YSCEF DOC. NO. 2588

RECEIVED NYSCEF: 02/16/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*00202*

Index no : CV-00526-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | CHRIS A SAMUELS |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 12:35 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00526-23/BX endorsed thereon on CHRIS A SAMUELS at 4301 EDSON AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michelle Wright, Co-Resident of CHRIS A SAMUELS, a person of suitable age and discretion. Said premises is CHRIS A SAMUELS's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4301 EDSON AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| Female | Black | Black | 45 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4301 EDSON AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE, THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

*Melissa A. Cyran*
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472248

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE



*86425*

Index no : CV-00425-23/BX
Date Index Number Purchased: 01/19/2023

---

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | WARREN THOMPSON |

---

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 12:32 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00500-23/BX endorsed thereon on WARREN THOMPSON at 34 METROPOLITAN OVAL APT 9A , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Kelvin Weeks, Co-resident of WARREN THOMPSON, a person of suitable age and discretion. Said premises is WARREN THOMPSON's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 34 METROPOLITAN OVAL APT 9A , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 28 | 5ft 7in - 5ft 9in | 131-160 |

Other Features: mustache, beard

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 34 METROPOLITAN OVAL APT 9A, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
_____        901 North Broadway Ste 18
Melissa A. Cyrus                        N. White Plains, NY 10603
Notary Public, State Of New York        914-328-1060
No. 01CY6228619                         DCA License#: 2027471
Qualified in WESTCHESTER                Branch: White Plains
Commission Expires 9/27/26

Atty File#: N472639

1 of 1

NYSCEF DOC. NO. 2265

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

#88-4218

Index no : CV-00501-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | DEVON BRYANT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00501-23/BX endorsed thereon on DEVON BRYANT at 788 MORRIS PARK AVE APT 3R , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Melissa Graham, Co-resident of DEVON BRYANT, a person of suitable age and discretion. Said premises is DEVON BRYANT's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 788 MORRIS PARK AVE APT 3R , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 32 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 788 MORRIS PARK AVE APT 3R, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472689

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE



*88-423*

Index no : CV-00503-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | RICHARD CAMPBELL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:44 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00503-23/BX endorsed thereon on RICHARD CAMPBELL at 2181 WALLACE AVE APT 6G , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa D., Co-resident of RICHARD CAMPBELL, a person of suitable age and discretion. Said premises is RICHARD CAMPBELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2181 WALLACE AVE APT 6G , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2181 WALLACE AVE APT 6G, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F063060

1 of 1

FILED: BRONX 02/09/2023 03:20 PM

SCEF DOC. NO. 2327

CLAIM NO. Civil-Bronx3 rev. 21-DEC-2

RECEIVED NYSCEF: 02/09/202

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88315*

Index no : CV-00506-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | Midland Credit Management, Inc |
| --- | --- |
| | vs. |
| Defendant(s): | **KIMBERLY GAVIN** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:24 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00506-23/BX endorsed thereon on KIMBERLY GAVIN at 2523 PAULDING AVE APT 1F , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering therein a true copy of each to Senm Matthews, Co-Resident of KIMBERLY GAVIN, a person of suitable age and discretion. Said premises is KIMBERLY GAVIN's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2523 PAULDING AVE APT 1F , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2523 PAULDING AVE APT 1F, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1074492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C605762

FILED: BRONX 02/09/2023 02:15 PM

NYSCEF DOC. NO. 2296



RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88335*

Index no : CV-00508-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | BENJAMAPORN BOONROUNG |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:57 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00508-23/BX endorsed thereon on BENJAMAPORN BOONROUNG at 105 VAN CORTLANDT AVE W , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of BENJAMAPORN BOONROUNG, a person of suitable age and discretion. Said premises is BENJAMAPORN BOONROUNG's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" property addressed to defendant and defendant's last known residence, at 105 VAN CORTLANDT AVE W , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Black | 40 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 105 VAN CORTLANDT AVE W, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*#60357#

Index no : CV-00509-2VBX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ADRIENNE BURROUGHS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:00 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00509-23/BX endorsed thereon on ADRIENNE BURROUGHS at 120 ALDRICH ST APT 9F , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Caroline S., Co-Resident of ADRIENNE BURROUGHS, a person of suitable age and discretion. Said premises is ADRIENNE BURROUGHS's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 120 ALDRICH ST APT 9F , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 34 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 ALDRICH ST APT 9F, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1753388

1 of 1

NYSCEF DOC. NO.: 2281



RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*68954*

Index no : CV-00510-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | SAFINA BEGUM |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:28 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00510-23/BX endorsed thereon on SAFINA BEGUM at 759 VAN NEST AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name). Co-resident of SAFINA BEGUM, a person of suitable age and discretion. Said premises is SAFINA BEGUM's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 759 VAN NEST AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Hat | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent (Ind.) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 759 VAN NEST AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: P042885



*68956*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00511-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | DONALD WHITE |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:39 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00511-23/BX endorsed thereon on DONALD WHITE at 3717 BRONXWOOD AVE APT 3D , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie Brown, Co-Resident of DONALD WHITE, a person of suitable age and discretion. Said premises is DONALD WHITE's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3717 BRONXWOOD AVE APT 3D , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3717 BRONXWOOD AVE APT 3D, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071692
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: P042902

ISCBF DOC. NO. 2319
RECEIVED NYSCEF: 02/09/2023



# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

\*88260\*

Index no : CV-00518-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | NIKHAN M PIGGOTT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:47 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00518-23/BX endorsed thereon on NIKHAN M PIGGOTT at 700 ROSEWOOD ST APT 4E , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lauren D., Co-Resident of NIKHAN M PIGGOTT, a person of suitable age and discretion. Said premises is NIKHAN M PIGGOTT's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 700 ROSEWOOD ST APT 4E , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Brown | 30 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 700 ROSEWOOD ST APT 4E, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2023471
Branch: White Plains

Atty File#: N472175

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

FILED: BRONX COUNTY CIVIL COURT (RDDS) 02/16/2023 04:05 PM
Case No. CV-00519-23/BX

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX



*80278*

**AFFIDAVIT OF SERVICE**

Index no : CV-00519-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | JENNY M ROSARIO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/08/2023 at 11:28 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00519-23/BX endorsed thereon on JENNY M ROSARIO at 3245 PERRY AVE APT 6F, BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Calvin Morris, Co-Resident of JENNY M ROSARIO, a person of suitable age and discretion. Said premises is JENNY M ROSARIO's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant at defendant's last known residence, at 3245 PERRY AVE APT 6F, BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Black | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3245 PERRY AVE APT 6F, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: 1064014

NYSCEF DOC. NO. 2320    RECEIVED NYSCEF: 02/09/2023

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

#08271#

Index no : CV-00520-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | DAYMON P ARMSTRONG |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 12:07 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00520-23/BX endorsed thereon on DAYMON P ARMSTRONG at 100 DE KRUIF PL APT 20H , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie D., Co-Resident of DAYMON P ARMSTRONG, a person of suitable age and discretion. Said premises is DAYMON P ARMSTRONG's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 100 DE KRUIF PL APT 20H , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 DE KRUIF PL APT 20H, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472396

ILED:  BRONX 02/09/2023 03:14 PM                                                           21-DEC-23

SCEF DOC. NO. 2322                                                       RECEIVED NYSCEF: 02/09/2023



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

\*60272\*

Index no : **CV-00521-23/BX**
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | EDITH ASPINALL |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**   ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:21 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00521-23/BX endorsed thereon on EDITH ASPINALL at 1233 ARROW AVE , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Anthony Bell, Co-Resident of EDITH ASPINALL, a person of suitable age and discretion. Said premises is EDITH ASPINALL's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1233 ARROW AVE , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | White | Black | 36 | 5ft 7in - 5ft 9in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1233 ARROW AVE, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472362

**FILED: BRONX 02/09/2023 02:56 PM**
NYSCEF DOC. NO. 2309

CLAIM NO. Civil-Bronx: rev. 21-DEC-22



RECEIVED NYSCEF: 02/09/2023

*87905*

Index no : CV-00522-23/BX
Date Index Number Purchased: 01/19/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | Midland Credit Management, Inc |
| | vs. |
| Defendant(s): | JOHN CORSO |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 12:48 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00522-23/BX endorsed thereon on JOHN CORSO at 263 E 238TH ST FL 2, BRONX, NY 10470 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Madeline L., Co-Resident of JOHN CORSO, a person of suitable age and discretion. Said premises is JOHN CORSO's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 263 E 238TH ST FL 2, BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Brown | 42 | 5ft 0in – 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 263 E 238TH ST FL 2, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C605568



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*879544

Index no : CV-00523-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | Midland Credit Management, Inc |
| vs. | |
| Defendant(s): | RENE GONZALEZ |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:47 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00523-23/BX endorsed thereon on RENE GONZALEZ at 739 REVERE AVE APT 2 , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Felix Hermosa, Co-Resident of RENE GONZALEZ, a person of suitable age and discretion. Said premises is RENE GONZALEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 739 REVERE AVE APT 2 , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Black | 38 | 5ft 7in - 5ft 9in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 739 REVERE AVE APT 2, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: C605704



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*#88289*

Index no : CV-00525-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):        **CAPITAL ONE, N.A.**

vs.

Defendant(s):        **JOHNNY HARPER**

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 12:25 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00525-23/BX endorsed thereon on JOHNNY HARPER at 1480 PARKCHESTER RD APT 2A , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie Moore, Co-resident of JOHNNY HARPER, a person of suitable age and discretion. Said premises is JOHNNY HARPER's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1480 PARKCHESTER RD APT 2A , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1480 PARKCHESTER RD APT 2A, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and R Process Service, Inc.
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains



**FILED: BRONX 02/16/2023 04:12 PM**
NYSCEF DOC. NO. 2585

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/16/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*08205*

Index no : **CV-00527-23/BX**
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | **CAPITAL ONE, N.A.** |
|---|---|
| | vs. |
| Defendant(s): | **EVERALD MORRISON** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 11:59 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00527-23/BX endorsed thereon on EVERALD MORRISON at 4084 AMUNDSON AVE BSMT , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Cheryl Gordon, Co-Resident of EVERALD MORRISON, a person of suitable age and discretion. Said premises is EVERALD MORRISON's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4084 AMUNDSON AVE BSMT , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 34 | 5ft 0in – 5ft 3in | 131-160 |
| Other Features: accent (Caribbean),glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4084 AMUNDSON AVE BSMT, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88284*

Index no : CV-00528-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | EDITH L ESCOBALES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:19 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00528-23/BX endorsed thereon on EDITH L ESCOBALES at 933 VAN NEST AVE., BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Karen P., Co-resident of EDITH L ESCOBALES, a person of suitable age and discretion. Said premises is EDITH L ESCOBALES's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 933 VAN NEST AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Brown | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 933 VAN NEST AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty. File#: N472231

**TLED: BRONX 02/09/2023 03:08 PM**
YSCBF DOC. NO. 2315

CLAIM NO, Civil-BronxJ rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

### CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*#08296*

Index no : CV-00529-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | SEAN M BANTON |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 12:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00529-23/BX endorsed thereon on SEAN M BANTON at 140 ERDMAN PL APT 24E , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lynette Carter, Co-Resident of SEAN M BANTON, a person of suitable age and discretion. Said premises is SEAN M BANTON's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 140 ERDMAN PL APT 24E , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 36 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent (Caribbean), glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 140 ERDMAN PL APT 24E, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Any File#: 1042793



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*#86287#*

Index no : CV-00530-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | ZULMA GONZALEZ |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:37 PM, I served the within **SUMMONS AND COMPLAINT** with the Index#CV-00530-23/BX endorsed thereon on ZULMA GONZALEZ at **2074 WALLACE AVE APT 208 , BRONX, NY 10462** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Tiffany Rojas**, Co-resident of ZULMA GONZALEZ, a person of suitable age and discretion. Said premises is ZULMA GONZALEZ's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2074 WALLACE AVE APT 208 , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Brown | Auburn | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2074 WALLACE AVE, APT 208, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: P042855



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88114*

Index no : CV-00531-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **MARIA ULLOA** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:09 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00531-23/BX endorsed thereon on MARIA ULLOA at 3138 BAILEY AVE APT 5C, BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Eliza Monte, Co-Resident of MARIA ULLOA, a person of suitable age and discretion. Said premises is MARIA ULLOA's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3138 BAILEY AVE APT 5C, BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3138 BAILEY AVE APT 5C, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: G1752546

**ILED: BRONX 02/16/2023 04:16 PM**

**YSCEF DOC. NO. 2589**

CLAIM NO. Civil-Bronx) rev, 21-DEC-22

RECEIVED NYSCEF: 02/16/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*00117*

Index no : CV-00532-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| --- | --- |
| | vs. |
| Defendant(s): | LUZ GONZALEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 12:41 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00532-23/BX endorsed thereon on LUZ GONZALEZ at 4359 GUNTHER AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Edward Lopez, Co-Resident of LUZ GONZALEZ, a person of suitable age and discretion. Said premises is LUZ GONZALEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4359 GUNTHER AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Brown | Black | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4359 GUNTHER AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N, White Plains, NY 10603
914-328-1060
DCA Licensed: 2027471
Branch: White Plains

Atty File#: G1752833

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



**#88119#**

Index no : CV-00533-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| | vs. |
| Defendant(s): | LUIS M CABRERA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 01/31/2023 at 12:00 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00533-23/BX endorsed thereon on LUIS M CABRERA at 120 DE KRUIF PL APT 29M , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Edward Cabrera, Co-Resident of LUIS M CABRERA, a person of suitable age and discretion. Said premises is LUIS M CABRERA's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 120 DE KRUIF PL APT 29M , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 45 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 DE KRUIF PL APT 29M, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/23/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1060
DCA License#: 2022471
Branch: White Plains

FILED: BRONX 02/09/2023 02:49 PM

NYSCEF DOC. NO. 2303

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



#00218#

Index no : CV-00534-23/BX
Date Index Number Purchased: 01/19/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **MONICA MITCHELL** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:52 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00534-23/BX endorsed thereon on MONICA MITCHELL at 636 E 221ST ST , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Donovan Townsend, Co-Resident of MONICA MITCHELL, a person of suitable age and discretion. Said premises is MONICA MITCHELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 636 E 221ST ST , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent(Caribbean), mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 636 E 221ST ST, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER

X
BENJAMIN LAMB
License: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

FILED: BRONX 02/16/2023 04:03 PM

NYSCEF DOC. NO. 2577

RECEIVED NYSCEF: 02/16/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*00115*

Index no : CV-00535-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | **vs.** |
| Defendant(s): | **ANTHONY VAZQUEZ** |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/08/2023 at 11:17 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00535-23/BX endorsed thereon on ANTHONY VAZQUEZ at 3320 RESERVOIR OVAL E APT LC , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Selena Luna, Co-Resident of ANTHONY VAZQUEZ, a person of suitable age and discretion. Said premises is ANTHONY VAZQUEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3320 RESERVOIR OVAL E APT LC , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 30 | 5ft 0in - 5ft 3in | 131-160 |

Other Features: accent

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3320 RESERVOIR OVAL E APT LC, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL," AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/23/26

Atty File#: G1753225

1 of 1




Case No. CV-00536-23/BX

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*08116*

Index no : CV-00536-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | TOMAS JIMENEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 12:44 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00536-23/BX endorsed thereon on TOMAS JIMENEZ at 4351 GUNTHER AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lena Blanca, Co-Resident of TOMAS JIMENEZ, a person of suitable age and discretion. Said premises is TOMAS JIMENEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4351 GUNTHER AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 32 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST-CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4351 GUNTHER AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/23/26

Atty File#: P042681

NYSCEF DOC. NO. 2325

RECEIVED NYSCEF: 02/09/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY**
**OF BRONX**

**AFFIDAVIT OF SERVICE**

*88389*

Index no : CV-00537-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | DAVID P WILLIAMS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says;
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:55 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00537-23/BX endorsed thereon on DAVID P WILLIAMS at 2911 BARNES AVE APT 4A , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of DAVID P WILLIAMS, a person of suitable age and discretion. Said premises is DAVID P WILLIAMS's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2911 BARNES AVE APT 4A , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 38 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2911 BARNES AVE APT 4A, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F064112

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

*#88907#*

Index no : **CV-00538-23/BX**
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **AZIA J WILLIAMS** |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:50 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00538-23/BX
endorsed thereon on AZIA J WILLIAMS at 700 ROSEWOOD ST APT 2S , BRONX, NY 10467 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Denise Smith, Co-Resident of AZIA J WILLIAMS, a
person of suitable age and discretion. Said premises is AZIA J WILLIAMS's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" property addressed to defendant and defendant's last known residence, at 700 ROSEWOOD ST APT 2S
, BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 700
ROSEWOOD ST APT 2S, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472489

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

*88311*

Index no : CV-00539-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JENNIFER LECOINTE |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:29 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00539-23/BX
endorsed thereon on JENNIFER LECOINTE at 2612 CHESBROUGH AVE APT 2 , BRONX, NY 10461 in the
manner indicated below;

SUITABLE AGE: by delivering thereat a true copy of each to Michael D., Co-Resident of JENNIFER LECOINTE,
a person of suitable age and discretion. Said premises is JENNIFER LECOINTE's usual place of abode within the
state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 2612 CHESBROUGH AVE
APT 2 , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and
custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by
return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Black | 30 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2612
CHESBROUGH AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472499

FILED: BRONX 02/09/2023 03:15 PM

(SCEF DOC. NO. 2323

RECEIVED NYSCEF: 02/09/2023

21-DEC-22

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*08386*

Index no : CV-00540-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | KOJO F EYISON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 2:01 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00540-23/BX endorsed thereon on KOJO F EYISON at 2816 OLINVILLE AVE , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lily Doe (refused last name), Co-Resident of KOJO F EYISON, a person of suitable age and discretion. Said premises is KOJO F EYISON's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2816 OLINVILLE AVE , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|-----------------|---------|
| Female | White | Brown | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2816 OLINVILLE AVE, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471



CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | YANIQUE POWELL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:45 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00541-23/BX endorsed thereon on YANIQUE POWELL at 1806 SCHIEFFELIN AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jordan Cooke, Co-Resident of YANIQUE POWELL, a person of suitable age and discretion. Said premises is YANIQUE POWELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1806 SCHIEFFELIN AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 34 | 6ft 1in - 6ft 3in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1806 SCHIEFFELIN AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

_Melissa Alyea_

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472552

**FILED: BRONX 02/09/2023 02:21 PM**

NYSCEF DOC. NO. 2286

CLAIM NO: Civil-Bronx rev. 21-DEC-2

RECEIVED NYSCEF: 02/09/202

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88308*

Index no : CV-00542-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | ALEXIS HAMLOR |

STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 12:52 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00542-23/BX endorsed thereon on ALEXIS HAMLOR at 2035 NEWBOLD AVE APT 9N , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Steven Wright, Co-resident of ALEXIS HAMLOR, a person of suitable age and discretion. Said premises is ALEXIS HAMLOR's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2035 NEWBOLD AVE APT 9N , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 32 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2035 NEWBOLD AVE APT 9N, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Any File#: N472559

FILED: BRONX 02/09/2023 02:14 PM

NYSCEF DOC. NO. 2280

CLAIM NO. Civil-Bronx: rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

**AFFIDAVIT OF SERVICE**

#68165#

Index no : CV-00543-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **DEBRA A BELLINO** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:31 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00543-23/BX endorsed thereon on DEBRA A BELLINO at 1912 WALLACE AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa J., Co-resident of DEBRA A BELLINO, a person of suitable age and discretion. Said premises is DEBRA A BELLINO's usual place of abode within the state.

On 02/06/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1912 WALLACE AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1912 WALLACE AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*09100*

Index no : CV-00544-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | IRENE SOLER |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00544-23/BX endorsed thereon on IRENE SOLER at 4064 BRONX BLVD APT 48 , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of IRENE SOLER, a person of suitable age and discretion. Said premises is IRENE SOLER's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4064 BRONX BLVD APT 48 , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4064 BRONX BLVD APT 48, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

**FILED: BRONX 02/09/2023 02:52 PM**
NYSCEF DOC. NO. 2306

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

RECEIVED NYSCEF: 02/09/2

**AFFIDAVIT OF SERVICE**

*08158*

Index no : CV-00544-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | IRENE SOLER |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00544-23/BX endorsed thereon on IRENE SOLER at 4064 BRONX BLVD APT 48 , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of IRENE SOLER, a person of suitable age and discretion. Said premises is IRENE SOLER's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4064 BRONX BLVD APT 48 , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4064 BRONX BLVD APT 48, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

FILED: BRONX 02/09/2023 03:03 PM

NYSCEF DOC. NO. 2312

CLAIM NO  Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



#00185#

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00545-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | ERIC E CAMACHO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:40 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00545-23/BX endorsed thereon on ERIC E CAMACHO at 2477 TRATMAN AVE APT 3 , BRONX, NY 10461-3658 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Yudelkin Ramos, Co-Resident of ERIC E CAMACHO, a person of suitable age and discretion. Said premises is ERIC E CAMACHO's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2477 TRATMAN AVE APT 3 , BRONX, NY 10461-3658 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2477 TRATMAN AVE APT 3, BRONX, NY 10461-3658 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603

Melissa A. Cyran
Notary Public, State Of New York

FILED: BRONX 02/09/2023 02:41 PM                    INDEX NO. 21-DEC-22

NYSCEF DOC. NO. 2297                                 RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*68187*

Index no : CV-00546-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | ANNA N CHEINA |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:49 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00546-23/BX endorsed thereon on ANNA N CHEINA at 3873 ORLOFF AVE APT 2M , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Max L., Co-Resident of ANNA N CHEINA, a person of suitable age and discretion. Said premises is ANNA N CHEINA's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3873 ORLOFF AVE APT 2M , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Black | 42 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3873 ORLOFF AVE APT 2M, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F063988

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*88162*

Index no : CV-00547-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | LILIBETH SANCHEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:24 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00547-23/BX endorsed thereon on LILIBETH SANCHEZ at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Rafael Lopez, Co-Resident of LILIBETH SANCHEZ, a person of suitable age and discretion. Said premises is LILIBETH SANCHEZ's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Brown | Salt and Pepper | 52 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2700 KINGSBRIDGE TER APT 5A, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472146

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



*88162*

Index no : CV-00547-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | LILIBETH SANCHEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:24 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00547-23/BX endorsed thereon on LILIBETH SANCHEZ at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Rafael Lopez, Co-Resident of LILIBETH SANCHEZ, a person of suitable age and discretion. Said premises is LILIBETH SANCHEZ's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Salt and Pepper | 52 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2700 KINGSBRIDGE TER APT 5A, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472146

**FILED: BRONX 02/09/2023 02:54 PM**
SYSCEF DOC. NO. 2307

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



**\*88169\***

Index no : **CV-00548-23/BX**
Date Index Number Purchased: 01/19/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **CLARENCE M BROWN** |

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:04 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00548-23/BX endorsed thereon on CLARENCE M BROWN at 745 E 231ST ST APT 3C , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Regina Stevens, Co-Resident of CLARENCE M BROWN, a person of suitable age and discretion. Said premises is CLARENCE M BROWN's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 745 E 231ST ST APT 3C , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Female | Black | Black | 32 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent (Caribbean), glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 745 E 231ST ST APT 3C, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

_Melissa A. Cyran_

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

X _____
BENJAMIN LAMB
License#. 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

FILED: BRONX 02/09/2023 02:59 PM

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

NYSCEF DOC. NO. 2311

RECEIVED NYSCEF: 02/09/2023



*80183*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00549-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | RANDORF I HERRERA CARVAJAL, |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:34 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00549-23/BX endorsed thereon on RANDORF I HERRERA CARVAJAL at 2437 LYVERE ST APT 1J , BRONX, NY 10461 in the manner indicated below;

SUITABLE AGE: by delivering thereat a true copy of each to Melissa Correa, Co-Resident of RANDORF I HERRERA CARVAJAL, a person of suitable age and discretion. Said premises is RANDORF I HERRERA CARVAJAL's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2437 LYVERE ST APT 1J , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant,

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 28 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2437 LYVERE ST APT 1J, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

**FILED: BRONX 02/09/2023 02:59 PM**
NYSCEF DOC. NO. 2311

CLAIM NO. CIVIL-BRONX Rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*88163*

Index no : CV-00549-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | RANDORF I HERRERA CARVAJAL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:34 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00549-23/BX endorsed thereon on RANDORF I HERRERA CARVAJAL at 2437 LYVERE ST APT 1J , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Melissa Correa, Co-Resident of RANDORF I HERRERA CARVAJAL, a person of suitable age and discretion. Said premises is RANDORF I HERRERA CARVAJAL's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2437 LYVERE ST APT 1J , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 28 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2437 LYVERE ST APT 1J, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File# N472205

FILED: BRONX ...

NYSCEF DOC. NO. 2293

RECEIVED NYSCEF: 02/09/202

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

\*88184\*

Index no : CV-00550-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **JOSE A MARTE** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER         ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 5:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00550-23/BX endorsed thereon on JOSE A MARTE at 5959 BROADWAY APT 308 , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Luisa Reyes, Co-Resident of JOSE A MARTE, a person of suitable age and discretion. Said premises is JOSE A MARTE's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 5959 BROADWAY APT 308 , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 37 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 5959 BROADWAY APT 308, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

_Melissa Ulysee_

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _Benjamin Lamb_
BENJAMIN LAMB
License#: 1071492
I and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1009
DCA License#: 2027471
Branch: White Plains

Atty File#: N472235

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*68164*

Index no : CV-00550-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JOSE A MARTE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 5:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00550-23/BX endorsed thereon on JOSE A MARTE at 5959 BROADWAY APT 308 , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Luisa Reyes, Co-Resident of JOSE A MARTE, a person of suitable age and discretion. Said premises is JOSE A MARTE's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 5959 BROADWAY APT 308 , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 37 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 5959 BROADWAY APT 308, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6226619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 15
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N473235

FILED: BRONX 02/09/2023 03:04 PM
NYSCEF DOC. NO. 2213

RECEIVED NYSCEF: 02/09/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



*=88175=*

Index no : CV-00551-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **ROSANYI M VIVENES** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER **ss.:**

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says;
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00551-23/BX endorsed thereon on ROSANYI M VIVENES at 2321 DELANOY AV , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of ROSANYI M VIVENES, a person of suitable age and discretion. Said premises is ROSANYI M VIVENES's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2321 DELANOY AV , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 42 | 5ft 0in - 5ft 3in | 131-160 |

Other Features: accent

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2321 DELANOY AV, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472394

**FILED: BRONX 02/09/2023 03:07 PM**

NYSCEF DOC. NO. 2315

CLAIM NO. Civil-Bronx3 rev. 21-DBC-

RECEIVED NYSCEF: 02/09/20

*88178*

Index no : CV-00552-23/BX
Date Index Number Purchased: 01/19/2023

### CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE, N.A.** |
| | vs. |
| Defendant(s): | **SHANITA GUINN** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:43 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00552-23/BX endorsed thereon on SHANITA GUINN at 801 TILDEN ST APT 13D , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Marlon White, Co-Resident of SHANITA GUINN, a person of suitable age and discretion. Said premises is SHANITA GUINN's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 801 TILDEN ST APT 13D , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 36 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard, accent (Caribbean) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 801 TILDEN ST APT 13D, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472422



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

#88181#

Index no : CV-00553-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | OLGA E CANTRES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:28 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00553-23/BX endorsed thereon on OLGA E CANTRES at 2870 DILL PL , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Rolando Molina, Co-Resident of OLGA E CANTRES, a person of suitable age and discretion. Said premises is OLGA E CANTRES's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2870 DILL PL , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Blonde | 37 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2870 DILL PL, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**FILED: BRONX 02/09/2023 02:16 PM**
NYSCEF DOC. NO. 2202

CLAIM NO. Civil-Bronx3 rev, 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



**#68186#**

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00554-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| | vs. |
| Defendant(s): | VOLOAN MINH |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 02/06/2023 at 1:22 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00554-23/BX endorsed thereon on VOLOAN MINH at 867 KINSELLA ST , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-resident of VOLOAN MINH, a person of suitable age and discretion. Said premises is VOLOAN MINH's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 867 KINSELLA ST , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Wrap | 45 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 867 KINSELLA ST, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

NYSCEF DOC. NO. 2314



RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88177*

Index no : CV-00555-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ERICA BUKOWIECKI |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:07 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00555-23/BX endorsed thereon on ERICA BUKOWIECKI at 2424 KINGSLAND AVE , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Joe Bako, Co-Resident of ERICA BUKOWIECKI, a person of suitable age and discretion. Said premises is ERICA BUKOWIECKI's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2424 KINGSLAND AVE , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------|-------|-----|-------------------|---------|
| Male | White | Brown | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2424 KINGSLAND AVE, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X_____ B—el

*Melissa A. Cyran*
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1753165

1 of 1

**FILED: BRONX 02/09/2023 02:07 PM**

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

NYSCEF DOC. NO. 2276

RECEIVED NYSCEF: 02/09/2023



*#08178*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-00556-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | DIAMOND CURTIS |

**STATE OF NEW YORK
COUNTY OF WESTCHESTER**     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/07/2023 at 6:30 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00556-23/BX endorsed thereon on DIAMOND CURTIS at 2166 BRONX PARK E APT 4J , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to John Carter, Co-resident of DIAMOND CURTIS, a person of suitable age and discretion. Said premises is DIAMOND CURTIS's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2166 BRONX PARK E APT 4J , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------------|----------|
| Male | Black | Black | 45 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: mustache,beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2166 BRONX PARK E APT 4J, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: 19342937

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

#88174#

Index no : CV-00557-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | DENISE PAULL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:52 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00557-23/BX endorsed thereon on DENISE PAULL at 680 BALCOM AVE APT 5D , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Greg Hall, Co-Resident of DENISE PAULL, a person of suitable age and discretion. Said premises is DENISE PAULL's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 680 BALCOM AVE APT 5D , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|--------------|---------------|-----|--------------------|----------|
| Male | Black | Black | 45 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 680 BALCOM AVE APT 5D, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X_____
BENJAMIN LAMB
License#: 1074492
J and E Process Service, Inc
901 North Broadway Ste 18
Melissa A. Cyran N. White Plains, NY 10603
Notary Public, State Of New York 914-328-1069
No. 01CY6228619 DCA License#: 2027471
Qualified in WESTCHESTER Branch: White Plains
Commission Expires 9/27/26

Atty File#: F064075

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

*63170*

Index no : CV-00558-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | RONALD DISCUA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:41 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00558-23/BX
endorsed thereon on RONALD DISCUA at 1111 E 229TH ST APT 1C , BRONX, NY 10466 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Nancy Doe (refused last name), Co-Resident of
RONALD DISCUA, a person of suitable age and discretion. Said premises is RONALD DISCUA's usual place of
abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 1111 E 229TH ST APT 1C ,
BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANTS PLACE OF RESIDENCE AT 1111 E
229TH ST APT 1C, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: 1942878

NYSCEF DOC. NO. 8155

RECEIVED NYSCEF: 06/21/202

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*91347*

Index no : CV-05375-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | DIANE BOWS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **06/08/2023** at **12:47 PM**, I served the within SUMMONS AND COMPLAINT with the index#CV-05375-23/BX endorsed thereon on DIANE BOWS at 150 DREISER LOOP APT 18D , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of DIANE BOWS, a person of suitable age and discretion. Said premises is DIANE BOWS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 150 DREISER LOOP APT 18D , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 43 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 150 DREISER LOOP APT 18D, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified In WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

**001**

 

**FILED: BRONX 06/21/2023 02:16 PM**
ISCEF DOC. NO. 8167

CLAIM NO. Civil-Bronx3 rev. 21-DEC-

RECEIVED NYSCEF: 06/21/202



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91296*

Index no : CV-05394-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **NANA CONDUA** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 12:54 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05394-23/BX endorsed thereon on NANA CONDUA at 120 CASALS PL APT 10J , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Conte D., Co-Resident of NANA CONDUA, a person of suitable age and discretion. Said premises is NANA CONDUA's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 120 CASALS PL APT 10J , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Bald | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 CASALS PL APT 10J, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified In WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1755180

**002**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*91021*

Index no : CV-05346-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | CHARLES F RIDENOUR |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:18 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05346-23/BX endorsed thereon on CHARLES F RIDENOUR at 140 DONIZETTI PL APT 14A , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Janice Doe (refused last name), Co-Resident of CHARLES F RIDENOUR, a person of suitable age and discretion. Said premises is CHARLES F RIDENOUR's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 140 DONIZETTI PL APT 14A , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 35 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 140 DONIZETTI PL APT 14A, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066079

**003**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

#31217#

Index no : CV-05340-23/BX
Date Index Number Purchased: 05/34/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | SHANECE SKILLINGS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:39 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05340-23/BX endorsed thereon on SHANECE SKILLINGS at 3153 SEYMOUR AVE APT 2D , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Error Davis, Co-Resident of SHANECE SKILLINGS, a person of suitable age and discretion. Said premises is SHANECE SKILLINGS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3153 SEYMOUR AVE APT 2D , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|-----------------|----------|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | Over 200 |

Other Features: accent (Caribbean), mustache, beard

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3153 SEYMOUR AVE APT 2D, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

**004**

YSCEF DOC. NO. 2172

RECEIVED NYSCEF: 06/21/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

#01829#

Index no : CV-05342-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | EMILY A SOLOMON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER  ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:48 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05342-23/BX endorsed thereon on EMILY A SOLOMON at 3022 GUNTHER AVE APT 1 , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to George Grant, Co-Resident of EMILY A SOLOMON, a person of suitable age and discretion. Said premises is EMILY A SOLOMON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3022 GUNTHER AVE APT 1 , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3022 GUNTHER AVE APT 1, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N473013

**005**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*98998*

Index no : CV-05370-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | JOAN A LAWSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:   .

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 2:17 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05370-23/BX endorsed thereon on JOAN A LAWSON at 866 E 222ND ST , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Renee C., Co-Resident of JOAN A LAWSON, a person of suitable age and discretion. Said premises is JOAN A LAWSON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 866 E 222ND ST , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 27 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 866 E 222ND ST, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066312

**006**

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*98997*

Index no : CV-05365-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | DAPHNE HUGHES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says: .
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **06/08/2023 at 2:40 PM**, I served the within **SUMMONS AND COMPLAINT** with the index#CV-05365-23/BX endorsed thereon on **DAPHNE HUGHES** at **640 ADEE AVE APT 13G , BRONX, NY 10467-6809** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Felicia Moore**, Co-Resident of **DAPHNE HUGHES**, a person of suitable age and discretion. Said premises is **DAPHNE HUGHES**'s usual place of abode within the state.

On **06/16/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **640 ADEE AVE APT 13G** , BRONX, NY 10467-6809 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 37 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 640 ADEE AVE APT 13G, BRONX, NY 10467-6809 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066273

1 of 1

**007**

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*98996*

Index no : CV-05367-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| Defendant(s): | vs. DANIEL QUESADA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **06/08/2023** at **2:49 PM**, I served the within SUMMONS AND COMPLAINT with the index#CV-05367-23/BX endorsed thereon on DANIEL QUESADA at 2304 MATTHEWS AVE APT 1 , BRONX, NY 10467 in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to Pablo Quesada, Co-Resident of DANIEL QUESADA, a person of suitable age and discretion. Said premises is DANIEL QUESADA's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2304 MATTHEWS AVE APT 1 , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|------|-----------------|---------|
| Male | Brown | Brown | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2304 MATTHEWS AVE APT 1, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066303

**008**

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**



*918883*

Index no : CV-05359-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JUSTIN DANIELS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 3:30 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05359-23/BX
endorsed thereon on JUSTIN DANIELS at 91 E 208TH ST APT 5L , BRONX, NY 10467 in the manner indicated
below:

SUITABLE AGE: by delivering thereat a true copy of each to Michelle Wright, Co-Resident of JUSTIN DANIELS,
a person of suitable age and discretion. Said premises is JUSTIN DANIELS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 91 E 208TH ST APT 5L ,
BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 91 E 208TH
ST APT 5L, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY
UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE
ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON
THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS
AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475608

**009**

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



*98894*

Index no : CV-05361-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **ERIKA N WILSON** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER　　ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **06/08/2023** at **3:16 PM**, I served the within SUMMONS AND COMPLAINT with the index#CV-05361-23/BX endorsed thereon on **ERIKA N WILSON** at **3540 DECATUR AVE APT 1G , BRONX, NY 10467** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Chante Wilson, Co-Resident** of **ERIKA N WILSON**, a person of suitable age and discretion. Said premises is **ERIKA N WILSON**'s usual place of abode within the state.

On **06/16/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3540 DECATUR AVE APT 1G , BRONX, NY 10467** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Black** | **Black** | **25** | **5ft 4in - 5ft 6in** | **131-160** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

**IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3540 DECATUR AVE APT 1G, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 06/16/2023

X _____

**Melissa A. Cyran**
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1756067

**010**

FILED: BRONX 06/27/2023 02:58 PM    Case 1:24-cv-04108-ALC   Document 1-15   Filed 05/29/24   Page 63 of 91   INDEX NO. CV-05388-23/BX   rev. 23-DEC-22

NYSCEF DOC. NO. 8497    RECEIVED NYSCEF: 06/27/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91223*

Index no : CV-05388-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | TATYANA MCBRIDE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05388-23/BX endorsed thereon on TATYANA MCBRIDE at 1554 UNIONPORT RD APT 5F, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jennifer D., Co-Resident of TATYANA MCBRIDE, a person of suitable age and discretion. Said premises is TATYANA MCBRIDE's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant, and defendant's last known residence, at 1554 UNIONPORT RD APT 5F, BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1554 UNIONPORT RD APT 5F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475716

**011**

1 of 1

NYSCEF DOC. NO. #408



RECEIVED NYSCEF: 06/27/2021

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91226*

Index no : CV-05387-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JUANITA GAMBOA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:30 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05387-23/BX endorsed thereon on JUANITA GAMBOA at 14 METROPOLITAN OVAL APT 4F, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Eric Colon, Co-Resident of JUANITA GAMBOA, a person of suitable age and discretion. Said premises is JUANITA GAMBOA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 14 METROPOLITAN OVAL APT 4F , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 14 METROPOLITAN OVAL APT 4F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc.
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified In WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475704

012

Civil Ct-Bronx rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



\*91341\*

Index no : CV-05381-23/BX
Date Index Number Purchased: 05/30/2023

Plaintiff(s):     CAPITAL ONE, N.A.
                  vs.

Defendant(s):     AKHEEM BILLY

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:37 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05381-23/BX endorsed thereon on AKHEEM BILLY at 1491 WEST AVE APT 6B , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Regina Carter, Co-Resident of AKHEEM BILLY, a person of suitable age and discretion. Said premises is AKHEEM BILLY's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1491 WEST AVE APT 6B , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1491 WEST AVE APT 6B, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**013**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91019*

Index no : CV-05350-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| | vs. |
| Defendant(s): | SHAHZADA YUSUF |

STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:45 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05350-23/BX endorsed thereon on SHAHZADA YUSUF at 2141 STARLING AVE APT 605 , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Sapphia Doe (refused last name), Co-Resident of SHAHZADA YUSUF, a person of suitable age and discretion. Said premises is SHAHZADA YUSUF's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2141 STARLING AVE APT 605 , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Wrap | 34 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent (ind) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2141 STARLING AVE APT 605, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1755523

**014**

1 of 1

ED: BRONX 06/27/2023 02:42 PM
CEF DOC. NO. 9403

21-DEC-22

RECEIVED NYSCEF: 06/27/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

*91340*

Index no : CV-05373-23/BX
Date Index Number Purchased: 05/30/2023

Plaintiff(s):   SYNCHRONY BANK
vs.
Defendant(s):   JULIO RODRIGUEZ

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:59 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05373-23/BX endorsed thereon on JULIO RODRIGUEZ at 1970 E TREMONT AVE APT 5H, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Gloria Rodriguez, Co-Resident of JULIO RODRIGUEZ, a person of suitable age and discretion. Said premises is JULIO RODRIGUEZ's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1970 E TREMONT AVE APT 5H, BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 35 | 5ft 4in - 5ft 6in | 131-160 |

Other Features: accent

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1970 E TREMONT AVE APT 5H, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1755430

015



# CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE

*91822*

Index no : CV-05348-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | CARLA BECKFORD |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 7:08 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05348-23/BX
endorsed thereon on CARLA BECKFORD at 2040 NEWBOLD AVE, BRONX, NY 10462 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Kevin S., Co-Resident of CARLA BECKFORD, a
person of suitable age and discretion. Said premises is CARLA BECKFORD's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 2040 NEWBOLD AVE,
BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2040
NEWBOLD AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N474190

**016**

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**



*98989*

Index no : CV-05362-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **FELIPE I LUNA** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 7:34 PM, I served the within **SUMMONS AND COMPLAINT** with the index#CV-05362-23/BX
endorsed thereon on **FELIPE I LUNA** at **2121 MATTHEWS AVE APT 4E , BRONX, NY 10462** in the manner
indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Marie Luna**, Co-Resident of FELIPE I LUNA, a
person of suitable age and discretion. Said premises is FELIPE I LUNA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at **2121 MATTHEWS AVE APT
4E , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address
or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2121
MATTHEWS AVE APT 4E, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 06/23/2023

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1756091

1 of 1

**017**

RECEIVED NYSCEF: 06/27/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*91828*

Index no : CV-05343-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | TYJUAN L HODNETT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER  ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 7:42 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05343-23/BX endorsed thereon on TYJUAN L HODNETT at 2041 HOLLAND AVE APT 3D, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa Grant, Co-Resident of TYJUAN L HODNETT, a person of suitable age and discretion. Said premises is TYJUAN L HODNETT's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2041 HOLLAND AVE APT 3D, BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 28 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2041 HOLLAND AVE APT 3D, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475328

**018**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91232*

Index no : CV-05383-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | NATHANIEL G RAMOS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/13/2023 at 2:22 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05383-23/BX endorsed thereon on NATHANIEL G RAMOS at 2459 FRISBY AVE APT 2 , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Leena Rivera, Co-Resident of NATHANIEL G RAMOS, a person of suitable age and discretion. Said premises is NATHANIEL G RAMOS's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2459 FRISBY AVE APT 2 , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2459 FRISBY AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X_____
BENJAMIN LAMB
Melissa A. Cyran                                    License#: 1071492
Notary Public, State Of New York      J and E Process Service, Inc
No. 01CY6228619                                 901 North Broadway Ste 18
Qualified in WESTCHESTER              N. White Plains, NY 10603
Commission Expires 9/2706              914-328-1069
                                                          DCA License#: 2027471
                                                          Branch: White Plains

**019**

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91025*

Index no : CV-05349-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| --- | --- |
| | vs. |
| Defendant(s): | MARIA BELLO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 12:25 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05349-23/BX endorsed thereon on MARIA BELLO at 2977 LAWTON AVE APT 2 , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lorenzo Tavarez, Co-Resident of MARIA BELLO, a person of suitable age and discretion. Said premises is MARIA BELLO's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2977 LAWTON AVE APT 2 , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Brown | Salt and Pepper | 50 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent, mustache | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2977 LAWTON AVE APT 2, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1755360

**020**



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*98993*

Index no : CV-05369-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | BRITTNEY C SMITH |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 12:40 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05369-23/BX endorsed thereon on BRITTNEY C SMITH at 2765 SAMPSON AVE APT 2A , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Andre Moore, Co-Resident of BRITTNEY C SMITH, a person of suitable age and discretion. Said premises is BRITTNEY C SMITH's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2765 SAMPSON AVE APT 2A , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 35 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2765 SAMPSON AVE APT 2A, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066311

1 of 1

**021**



# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*91226*

Index no : CV-05341-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | ALEXIS C RICARDO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 12:57 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05341-23/BX endorsed thereon on ALEXIS C RICARDO at 241 BUTTRICK AVE APT 1 , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Blanca Ricardo, Co-Resident of ALEXIS C RICARDO, a person of suitable age and discretion. Said premises is ALEXIS C RICARDO's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 241 BUTTRICK AVE APT 1 , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Blonde | 40 | 5ft 4in - 5ft 6in | 131-160 |

| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 241 BUTTRICK AVE APT 1, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475876

**022**

1 of 1



**FILED: BRONX 06/27/2023 02:32 PM**
YSCEF DOC. NO. 8395



CLAIM NO: Civil-Bronx3 rev! 21-DEC-22

RECEIVED NYSCEF: 06/27/2023

### CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

*91824*

### AFFIDAVIT OF SERVICE

Index no : CV-05345-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | LAUREEN HEREDIA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 1:09 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05345-23/BX endorsed thereon on LAUREEN HEREDIA at 2822 HARRINGTON AVE APT 1C , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to John Doe (refused name), Co-Resident of LAUREEN HEREDIA, a person of suitable age and discretion. Said premises is LAUREEN HEREDIA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2822 HARRINGTON AVE APT 1C , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 43 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

#### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2822 HARRINGTON AVE APT 1C, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1060

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

**023**



**FILED: BRONX 06/27/2023 02:29 PM**
NYSCEF DOC. NO. 8393

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22
RECEIVED NYSCEF: 06/27/2023



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*B1229*

Index no : CV-05392-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| vs. | |
| Defendant(s): | TRICY E MELENDEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:12 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05392-23/BX endorsed thereon on TRICY E MELENDEZ at 5400 FIELDSTON RD APT 12C, BRONX, NY 10471 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Luis Melendez, Co-Resident of TRICY E MELENDEZ, a person of suitable age and discretion. Said premises is TRICY E MELENDEZ's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 5400 FIELDSTON RD APT 12C, BRONX, NY 10471 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Brown | 40 | 5ft 10in - 6ft 0in | 131-160 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 5400 FIELDSTON RD APT 12C, BRONX, NY 10471 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
Licensee: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

**024**



FILED: BRONX 06/27/2023 02:28 PM

NYSCEF DOC. NO. 8392

CLAIM NO. Civil-Bronx1 rev. 21-DEC-22



RECEIVED NYSCEF: 06/27/2023

*91943*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-05377-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| vs. | |
| Defendant(s): | NACHSHON ROTHSTEIN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:33 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05377-23/BX endorsed thereon on NACHSHON ROTHSTEIN at 3530 HENRY HUDSON PKWY APT 6O , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michael Doe (refused last name), Co-Resident of NACHSHON ROTHSTEIN, a person of suitable age and discretion. Said premises is NACHSHON ROTHSTEIN's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3530 HENRY HUDSON PKWY APT 6O , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3530 HENRY HUDSON PKWY APT 6O, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty.File#: G1756251

**025**



FILED: BRONX 06/27/2023 02:27 PM

NYSCEF DOC. NO. 8391

CLAIM NO. Civil-Bronx1 rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91234*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-05384-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JOHN AUDIFFEREN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:47 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05384-23/BX endorsed thereon on JOHN AUDIFFEREN at 1 ADRIAN AVE APT 4F , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of JOHN AUDIFFEREN, a person of suitable age and discretion. Said premises is JOHN AUDIFFEREN's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1 ADRIAN AVE APT 4F , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 34 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1 ADRIAN AVE APT 4F, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Certified in WESTCHESTER

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

**026**



**FILED: BRONX 06/27/2023 02:25 PM**
NYSCEF DOC. NO. 8390

CLAIM NO. Civil-Bronx1 rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91224*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-05390-23/BX
Date Index Number Purchased: 05/30/2023

Plaintiff(s):        **CAPITAL ONE, N.A.**

vs.

Defendant(s):        **VINCENT J BOSEMAN**

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:54 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05390-23/BX endorsed thereon on VINCENT J BOSEMAN at 49 W 225TH ST APT 6H , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie E., Co-Resident of VINCENT J BOSEMAN, a person of suitable age and discretion. Said premises is VINCENT J BOSEMAN's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 49 W 225TH ST APT 6H , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 38 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 49 W 225TH ST APT 6H, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 1B
N. White Plains, NY 10603
914-328-1069

**027**



**FILED: BRONX 06/27/2023 02:23 PM**
NYSCEF DOC. NO. 8385

CLAIM NO  Civil-Bronx1 rev. 21-DEC-22
RECEIVED NYSCEF: 06/27/2023



*BI944*

Index no : CV-05376-23/BX
Date Index Number Purchased: 05/30/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **JANY MARTINEZ** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:00 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05376-23/BX endorsed thereon on JANY MARTINEZ at 3034 ALBANY CRES APT 1F , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Juan Martinez, Co-Resident of JANY MARTINEZ, a person of suitable age and discretion. Said premises is JANY MARTINEZ's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3034 ALBANY CRES APT 1F , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 32 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent, goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3034 ALBANY CRES APT 1F, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc.
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER

**028**

RECEIVED NYSCEF: 06/27/20

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*98999*

Index no : CV-05360-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | EDDY VASQUEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:29 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05360-23/BX endorsed thereon on EDDY VASQUEZ at 225 W 232ND ST APT 4M , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Claudia Vasquez, Co-Resident of EDDY VASQUEZ, a person of suitable age and discretion. Said premises is EDDY VASQUEZ's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 225 W 232ND ST APT 4M , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 225 W 232ND ST APT 4M, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475613

**029**



ILED: BRONX 06/27/2023 03:18 PM

ISCEF DOC. NO. 5415



CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

06/27/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91342*

Index no : CV-05378-23BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | JAMAAL S ANDERSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:35 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05378-23BX endorsed thereon on JAMAAL S ANDERSON at 210 W 230TH ST APT 9L , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Latoya Greene, Co-Resident of JAMAAL S ANDERSON, a person of suitable age and discretion. Said premises is JAMAAL S ANDERSON's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 210 W 230TH ST APT 9L., BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Black | Black | 28 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 210 W 230TH ST APT 9L, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619

BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 1B
N. White Plains, NY 10603
914-328-1069
JYCA License# 2027471

**030**



RECEIVED NYSCEF: 06/27/20...

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*90991*

Index no : CV-05368-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | FELIX MENDEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:38 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05368-23/BX endorsed thereon on FELIX MENDEZ at 210 WEST 230TH ST APT 6G , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Gloria Rivera, Co-Resident of FELIX MENDEZ, a person of suitable age and discretion. Said premises is FELIX MENDEZ's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 210 WEST 230TH ST APT 6G , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Blonde | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 210 WEST 230TH ST APT 6G, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066306

1 of 1

**031**



FILED: BRONX 06/27/2023 03:17 PM

NYSCEF DOC. NO. #418

CLAIM NO. Civil-Bronx3 rev. 23-DEC-22

RECEIVED NYSCEF: 06/27/2023



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91225*

Index no : CV-05389-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| --- | --- |
| vs. |
| Defendant(s): | KRISTIN SOUTHARD |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 06/17/2023 at 2:54 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05389-23/BX endorsed thereon on KRISTIN SOUTHARD at 222 E 237TH ST , BRONX, NY 10470 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Larry B., Co-Resident of KRISTIN SOUTHARD, a person of suitable age and discretion. Said premises is KRISTIN SOUTHARD's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 222 E 237TH ST , BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 42 | 6ft 1in - 6ft 3in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A SAID FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 222 E 237TH ST, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**032**

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



*91000*

Index no : CV-05358-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | TIFFANY K BENNETT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 3:30 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05358-23/BX
endorsed thereon on TIFFANY K BENNETT at 831 PENFIELD ST BSMT 1 , BRONX, NY 10470 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Tyrone Carr, Co-Resident of TIFFANY K
BENNETT, a person of suitable age and discretion. Said premises is TIFFANY K BENNETT's usual place of abode
within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 831 PENFIELD ST BSMT 1 ,
BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|------------------|---------|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee, glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 831
PENFIELD ST BSMT 1, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475601

**033**

1 of 1



**FILED: BRONX 06/27/2023 03:14 PM**

SCEF DOC. NO. 6512

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22



Received NYSCEF: 06/27/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91233*

Index no : CV-05385-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | ROSALINA MORIS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 3:45 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05385-23/BX endorsed thereon on ROSALINA MORIS at 3926 MURDOCK AVE APT 2 , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Ciara Pena, Co-Resident of ROSALINA MORIS, a person of suitable age and discretion. Said premises is ROSALINA MORIS's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3926 MURDOCK AVE APT 2 , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3926 MURDOCK AVE APT 2, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA-License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**034**

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

**\*91346\***

Index no : CV-05379-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | DENISE M EDGAR |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action I reside in the state of New York.

On 06/17/2023 at 3:54 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05379-23/BX endorsed thereon on DENISE M EDGAR at 4356 GRACE AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Malcolm Doe (refused last name), Co-Resident of DENISE M EDGAR, a person of suitable age and discretion. Said premises is DENISE M EDGAR's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4356 GRACE AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|-------|-------|------|------|------|
| Male | Black | Black | 36 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4356 GRACE AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 1E
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475681

**035**

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



*90995*

Index no : CV-05366-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | TEQUILA S YATES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 4:04 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05366-23/BX
endorsed thereon on TEQUILA S YATES at 3916 HARPER AVE APT 9 , BRONX, NY 10466 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of TEQUILA
S YATES, a person of suitable age and discretion. Said premises is TEQUILA S YATES's usual place of abode
within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 3916 HARPER AVE APT 9 ,
BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 42 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: braids | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3916
HARPER AVE APT 9, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066296

**036**

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**||||| *90990* |||||**

AFFIDAVIT OF SERVICE

Index no : CV-05364-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | JIAVANNI G CLARKE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 4:21 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05364-23/BX
endorsed thereon on JIAVANNI G CLARKE at 1005 E 228TH ST APT 1 , BRONX, NY 10466 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Malcolm G., Co-Resident of JIAVANNI G CLARKE,
a person of suitable age and discretion. Said premises is JIAVANNI G CLARKE's usual place of abode within the
state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 1005 E 228TH ST APT 1 ,
BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1005 E
228TH ST APT 1, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066271

**037**



CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

### AFFIDAVIT OF SERVICE

*91805*

Index no : CV-05357-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | KAYBARNUON JARBOE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 5:43 PM, I served the within **SUMMONS AND COMPLAINT** with the index#CV-05357-23/BX
endorsed thereon on **KAYBARNUON JARBOE** at **2112 MATTHEWS AVE PH , BRONX, NY 10462** in the
manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jane Doe (refused name)**, Co-Resident of
**KAYBARNUON JARBOE**, a person of suitable age and discretion. Said premises is **KAYBARNUON JARBOE**'s
usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at **2112 MATTHEWS AVE PH** ,
**BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2112
MATTHEWS AVE PH, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475573

**038**



YSCEF DOC. NO

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

RECEIVED NYSCEF: 07/07/202

**AFFIDAVIT OF SERVICE**

*91826*

Index no : CV-05347-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | CHARLIE CASALI |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **07/05/2023** at **10:00 AM**, I served the within **SUMMONS AND COMPLAINT** with the **index#CV-05347-23/BX**
endorsed thereon on **CHARLIE CASALI** at **1127 THROGGMORTON AVE , BRONX, NY 10465** in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jennie D, Co-Resident of CHARLIE CASALI, a
person of suitable age and discretion. Said premises is **CHARLIE CASALI's** usual place of abode within the state.

On **07/07/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at **1127 THROGGMORTON
AVE , BRONX, NY 10465** and deposited said envelope in an official depository under the exclusive care and custody
of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return
address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 47 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 07/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1127
THROGGMORTON AVE, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 07/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066123

**039**