**Dawn Diforio**

| | |
|---|---|
| From: | edds@nycourts.gov |
| Sent: | Wednesday, June 21, 2023 2:31 PM |
| To: | edds@nycourts.gov; Dawn Diforio |
| Subject: | EDDS DOCUMENT(S) FILED: Bronx County Civil Court (EDDS) - General Civil<AFFIDAVIT OF SERVICE-> |



## Bronx County Civil Court (EDDS)
## Notification of Receipt
## 06/21/2023

This is an automated message, please do not reply. For questions about this submission, please refer to the Receiver Contact Information below.

On 06/21/2023, the EDDS System received the documents listed below from submitter Ellen Eakley, dawn@jeprocess.com. Please keep this notice for your records.

### Sender Information

**Document(s) ID: HBBMVV**

Case Number: **CV-05361-23/BX**

Case Title: **Synchrony Bank vs Erika N Wilson**

Name: **Ellen Eakley**

Organization/Agency/Firm Name: **J&E Process Services, Inc.**

Represented Party: **Synchrony Bank**

Party Role: **Plaintiff**

Phone Number: **914-328-1069**

Email Address: **dawn@jeprocess.com**

Reason for Sending Documents: **COVID 19**

### Documents Received

| Document | Received Date |
|---|---|
| AFFIDAVIT OF SERVICE-<br>Affidavit of Service | 06/21/2023 |

### Receiver Contact Information