## 2304 Matthews Ave



