

4355 Grace Ave

New York

Google Street View

Feb 2022    See latest date

Image capture: Feb 2022    © 2024 Google

