FILED: BRONX 02/09/2023 02:57 PM

NYSCEF DOC. NO. 2310



CLAIM NO. Civil-Bronx1 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*BB119*

Index no : CV-00533-23/BX
Date Index Number Purchased: 01/15/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | LUIS M CABRERA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says;
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 01/31/2023 at 12:00 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00533-23/BX endorsed thereon on LUIS M CABRERA at 120 DE KRUIF PL APT 29M , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Edward Cabrera, Co-Resident of LUIS M CABRERA, a person of suitable age and discretion. Said premises is LUIS M CABRERA's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 120 DE KRUIF PL APT 29M , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Black | 45 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 DE KRUIF PL APT 29M, BRONX, NY 10475 AND DEPOSTING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6225519
Qualified in WESTCHESTER
Commission Expires 9/23/26

X _____
BENJAMIN LAMB
License#: 1071492
J and I: Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1009
DCA License#: 2027471
Branch: White Plains

**001**

NYSCEF DOC. NO. 2320



RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88271*

Index no : CV-00520-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | DAYMON P ARMSTRONG |

STATE OF NEW YORK
COUNTY OF WESTCHESTER   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 12:07 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00520-23/BX endorsed thereon on DAYMON P ARMSTRONG at 100 DE KRUIF PL APT 20H , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie D., Co-Resident of DAYMON P ARMSTRONG, a person of suitable age and discretion. Said premises is DAYMON P ARMSTRONG's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to and defendant's last known residence, at 100 DE KRUIF PL APT 20H , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |

Other Features:

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 DE KRUIF PL APT 20H, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6226619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472396

002

**FILED: BRONX 02/09/2023 03:00 PM**
NYSCEF DOC. NO. 2316

CLAIM NO. Civil-BronxJ rev. 21-DEC-22
RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*68298*

Index no : CV-00529-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | SEAN M BANTON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 12:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00529-23/BX endorsed thereon on SEAN M BANTON at 140 ERDMAN PL APT 24E , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lynette Carter, Co-Resident of SEAN M BANTON, a person of suitable age and discretion. Said premises is SEAN M BANTON's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 140 ERDMAN PL APT 24E , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 36 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent (Caribbean), glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 140 ERDMAN PL APT 24E, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc.
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: 1042793

003

FILED: BRONX 02/09/2023 03:22 PM

NYSCEF DOC. NO. 2329

CLAIM NO. Civil-Bronx] rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*00557*

Index no: CV-00509-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ADRIENNE BURROUGHS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:00 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00509-23/BX endorsed thereon on ADRIENNE BURROUGHS at 120 ALDRICH ST APT 9F , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Caroline S., Co-Resident of ADRIENNE BURROUGHS. a person of suitable age and discretion. Said premises is ADRIENNE BURROUGHS's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence. at 120 ALDRICH ST APT 9F , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 34 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 ALDRICH ST APT 9F, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cytryn
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: GI753388

1 of 1

004

NYSCEF DOC. NO. 2314



RECEIVED NYSCEF: 02/09/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

*88177*

Index no : CV-00555-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ERICA BUKOWIECKI |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:07 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00555-23/BX endorsed thereon on ERICA BUKOWIECKI at 2424 KINGSLAND AVE , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Joe Bako, Co-Resident of ERICA BUKOWIECKI, a person of suitable age and discretion. Said premises is ERICA BUKOWIECKI's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2424 KINGSLAND AVE , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|-------------------|---------|
| Male | White | Brown | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2424 KINGSLAND AVE, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1753165

1 of 1

005

FILED: BRONX 02/09/2023 03:04 PM

NYSCEF DOC. NO. 2313

CLAIM NO: Civil-Bronx: 167. 21-DOC-22

RECEIVED NYSCEF: 02/09/2023



*88175*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00551-23/BX
Date Index Number Purchased: 01/15/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | ROSANYI M VIVENES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00551-23/BX endorsed thereon on ROSANYI M VIVENES at 2321 DELANOY AV, BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of ROSANYI M VIVENES, a person of suitable age and discretion. Said premises is ROSANYI M VIVENES's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2321 DELANOY AV, BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|--------------|---------------|-----|--------|--------|
| Female | White | Blonde | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2321 DELANOY AV, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N, White Plains, NY 10603
914.328.1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472394

FILED: BRONX 02/09/2023 03:14 PM

SCEF DOC. NO. 2322

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*00272*

Index no : CV-00521-23/BX
Date Index Number Purchased: 01/19/2023

| | | |
|---|---|---|
| Plaintiff(s): | CAPITAL ONE, N.A. | |
| | vs. | |
| Defendant(s): | EDITH ASPINALL | |

STATE OF NEW YORK
COUNTY OF WESTCHESTER   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:21 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00521-23/BX endorsed thereon on EDITH ASPINALL at 1233 ARROW AVE, BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Anthony Bell, Co-Resident of EDITH ASPINALL, a person of suitable age and discretion. Said premises is EDITH ASPINALL's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1233 ARROW AVE , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Black | 36 | 5ft 7in - 5ft 9in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1233 ARROW AVE, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A Cyran
Notary Public, State Of New York,
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/23/26

X _____
BENJAMIN LAMB
License#: 1071492
J and L Process Service, Inc
901 North Broadway Ste 13
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472362

007

LED: BRONX 02/09/2023 03:20 PM

SCEF DOC. NO. 2327

CLAIM NO. Civil-Bronx3 rev. 21-DEC-2...

RECEIVED NYSCEF: 02/09/202...

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



*B8915*

Index no : CV-00506-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | Midland Credit Management, Inc |
| --- | --- |
| vs. | |
| Defendant(s): | KIMBERLY GAVIN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:24 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00506-23/BX endorsed thereon on KIMBERLY GAVIN at 2523 PAULDING AVE APT 1F , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Sean Matthews, Co-Resident of KIMBERLY GAVIN, a person of suitable age and discretion. Said premises is KIMBERLY GAVIN's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2523 PAULDING AVE APT 1F , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2523 PAULDING AVE APT 1F, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C605762

**008**

NYSCEF DOC. NO. 2326



RECEIVED NYSCEF: 02/09/202

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88311*

Index no : CV-00539-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JENNIFER LECOINTE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:29 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00539-23/BX endorsed thereon on JENNIFER LECOINTE at 2612 CHESBROUGH AVE APT 2 , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michael D., Co-Resident of JENNIFER LECOINTE, a person of suitable age and discretion. Said premises is JENNIFER LECOINTE's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2612 CHESBROUGH AVE APT 2 , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|-----------------|---------|
| Male | Brown | Black | 30 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2612 CHESBROUGH AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-4069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472499

009



FILED: BRONX 02/09/2023 02:59 PM

SCEF DOC. NO. 2311

CLAIM NO. Civil-Bronx Rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*88185*

Index no : CV-00549-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | RANDORF I HERRERA CARVAJAL. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:34 PM, I served the within SUMMONS AND COMPLAINT with the Index# CV-00549-23/BX endorsed thereon on RANDORF I HERRERA CARVAJAL at 2437 LYVERE ST APT 1J , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Melissa Correa, Co-Resident of RANDORF I HERRERA CARVAJAL, a person of suitable age and discretion. Said premises is RANDORF I HERRERA CARVAJAL's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2437 LYVERE ST APT 1J , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 28 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2437 LYVERE ST APT 1J, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

010

FILED: BRONX 02/09/2023 03:21 PM

NYSCEF DOC. NO. 2325

CLAIM NO. CIVIL-BRONX Rev. 21-DEC-2

RECEIVED NYSCEF: 02/05/202

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

#68956#

Index no: **CV-00511-23/BX**
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | DONALD WHITE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/31/2023** at **1:39 PM**, I served the within SUMMONS AND COMPLAINT with the Index# CV-00511-23/BX endorsed thereon on DONALD WHITE at 3717 BRONXWOOD AVE APT 3D , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie Brown, Co-Resident of DONALD WHITE, a person of suitable age and discretion. Said premises is DONALD WHITE's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3717 BRONXWOOD AVE APT 3D , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3717 BRONXWOOD AVE APT 3D, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X_____
BENJAMIN LAMB
License#: 1071692
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P042902

**011**

**FILED: BRONX 02/09/2023 03:07 PM**

NYSCEF DOC. NO. 2315

CLAIM NO. Civil-Bronx) rev. 21-DEC-

RECEIVED NYSCEF: 02/09/20:

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*E8178*

Index no : CV-00552-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | SHANITA GUINN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:43 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00552-23/BX endorsed thereon on SHANITA GUINN at 801 TILDEN ST APT 13D , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Marlon White, Co-Resident of SHANITA GUINN, a person of suitable age and discretion. Said premises is SHANITA GUINN's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 801 TILDEN ST APT 13D , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|------|-------------------|---------|
| Male | Black | Black | 36 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard, accent (Caribbean) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 801 TILDEN ST APT 13D, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472422



012



FILED: BRONX 02/09/2023 03:17 PM

NYSCEF DOC. NO. 2324

CLAIM NO. CIVIL-BRONX INV. 21-DBC-22

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*88587*

Index n.o : CV-00538-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | AZIA J WILLIAMS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER         ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:50 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00538-23/BX
endorsed thereon on AZIA J WILLIAMS at 700 ROSEWOOD ST APT 2S , BRONX, NY 10467 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Denise Smith, Co-Resident of AZIA J WILLIAMS, a
person of suitable age and discretion. Said premises is AZIA J WILLIAMS's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 700 ROSEWOOD ST APT 2S
, BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in – 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 700
ROSEWOOD ST APT 2S, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1074492
J and E Process Service, Inc.
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2024471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York.
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472489

1 of 1

013



(FILED: BRONX 02/09/2023 03:18 PM)

NYSCEF DOC. NO. 2325

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00537-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):    TD BANK USA, N.A.

vs.

Defendant(s):    DAVID P WILLIAMS

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:55 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00537-23/BX
endorsed thereon on DAVID P WILLIAMS at 2911 BARNES AVE APT 4A , BRONX, NY 10467 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of DAVID P.
WILLIAMS, a person of suitable age and discretion. Said premises is DAVID P WILLIAMS's usual place of abode
within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 2911 BARNES AVE APT 4A ,
BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 38 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2911
BARNES AVE APT 4A, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: B064112

014

FILED: BRONX 02/09/2023 03:15 PM

NYSCEF DOC. NO. 2323

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

*88385*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00540-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | KOJO F EYISON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 2:01 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00540-23/BX endorsed thereon on KOJO F EYISON at 2816 OLINVILLE AVE , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lily Doe (refused last name), Co-Resident of KOJO F EYISON, a person of suitable age and discretion. Said premises is KOJO F EYISON's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2816 OLINVILLE AVE , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Brown | 30 | 5ft 0in - 5ft 3in | 131-160 |

Other Features:

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2816 OLINVILLE AVE, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6225519

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914 328-1069
DCA License#: 2027471

015

FILED: BRONX 02/09/2023 03:03 PM

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

NYSCEF DOC. NO. 2312

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*881185*

Index no : CV-00545-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | ERIC E CAMACHO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/01/2023 at 1:40 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00545-23/BX endorsed thereon on ERIC E CAMACHO at 2477 TRATMAN AVE APT 3 , BRONX, NY 10461-3658 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Yudelka Ramos, Co-Resident of ERIC E CAMACHO, a person of suitable age and discretion. Said premises is ERIC E CAMACHO's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2477 TRATMAN AVE APT 3 , BRONX, NY 10461-3658 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2477 TRATMAN AVE APT 3, BRONX, NY 10461-3658 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603

Melissa A. Cyran
Notary Public, State Of New York

016

FILED: BRONX 02/09/2023 02:56 PM

NYSCEF DOC. NO. 2309

CLAIM NO. Civil-Bronx1 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*879055*

Index no : CV-00522-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | Midland Credit Management, Inc |
| | vs. |
| Defendant(s): | JOHN CORSO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 12:48 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00522-23/BX endorsed thereon on JOHN CORSO at 263 E 238TH ST FL 2 , BRONX, NY 10470 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Madeline L., Co-Resident of JOHN CORSO, a person of suitable age and discretion. Said premises is JOHN CORSO's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 263 E 238TH ST FL 2 , BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 263 E 238TH ST FL 2, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C605568

017

FILED: BRONX 02/09/2023 02:54 PM

NYSCEF DOC. NO. 2307

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

AFFIDAVIT OF SERVICE

*D8169*

Index no : CV-00548-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | CLARENCE M BROWN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:04 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00548-23/BX endorsed thereon on CLARENCE M BROWN at 745 E 231ST ST APT 3C , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Regina Stevens, Co-Resident of CLARENCE M BROWN, a person of suitable age and discretion. Said premises is CLARENCE M BROWN's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 745 E 231ST ST APT 3C, BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent (Caribbean), glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 745 E 231ST ST APT 3C, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/09/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6238619

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

018

FILED: BRONX 02/09/2023 02:52 PM

NYSCEF DOC. NO. 2306



RECEIVED NYSCEF: 02/09/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

## AFFIDAVIT OF SERVICE

*08168*

Index no : CV-00544-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | IRENE SOLER |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00544-23/BX
endorsed thereon on IRENE SOLER at 4064 BRONX BLVD APT 48 , BRONX, NY 10466 in the manner indicated
below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of IRENE
SOLER, a person of suitable age and discretion. Said premises is IRENE SOLER's usual place of abode within the
state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 4064 BRONX BLVD APT 48 ,
BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4064 BRONX
BLVD APT 48, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY
UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE
ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON
THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS
AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyzan
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

019

FILED: BRONX 02/09/2023 02:51 PM

NYSCEF DOC. NO. 2305

CLAIM NO. Civil-Bronx rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*63179*

Index no : CV-00558-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | RONALD DISCUA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:41 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00558-23/BX endorsed thereon on RONALD DISCUA at 1111 E 229TH ST APT 1C , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Nancy Doe (refused last name), Co-Resident of RONALD DISCUA, a person of suitable age and discretion. Said premises is RONALD DISCUA's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1111 E 229TH ST APT 1C , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1111 E 229TH ST APT 1C, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York.
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: 1052576

020

FILED: BRONX 02/09/2023 02:50 PM
NYSCEF DOC. NO. 2304

CLAIM NO. Civil-Bronx] rev. 21-DEC-22
RECEIVED NYSCEF: 02/09/2023



*88318*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-00541-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):     CAPITAL ONE, N.A.

vs.

Defendant(s):     YANIQUE POWELL

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:45 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00541-23/BX endorsed thereon on YANIQUE POWELL at 1806 SCHIEFFELIN AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jordan Cooke, Co-Resident of YANIQUE POWELL, a person of suitable age and discretion. Said premises is YANIQUE POWELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1806 SCHIEFFELIN AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------------|----------|
| Male | Black | Black | 34 | 6ft 11n - 6ft 3in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she the Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1806 SCHIEFFELIN AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/25/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N472552

1 of 1

021

FILED: BRONX 02/09/2023 03:11 PM

ISCEF DOC. NO. 2319

CLAIM NO. CIVIL-BRONXJ-16V. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



*88289*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00518-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | NIKHAN M PIGGOTT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2023 at 1:47 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00518-23/BX endorsed thereon on NIKHAN M PIGGOTT at 700 ROSEWOOD ST APT 4E , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lauren D., Co-Resident of NIKHAN M PIGGOTT, a person of suitable age and discretion. Said premises is NIKHAN M PIGGOTT's usual place of abode within the state.

On 02/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 700 ROSEWOOD ST APT 4E , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concern, or an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 30 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 700 ROSEWOOD ST APT 4E, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2037471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472175

022

FILED: BRONX 02/09/2023 02:49 PM

NYSCEF DOC. NO. 2303

CLAIM NO. Civil-Bronx) rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



*88118*

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

Index no : CV-00534-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | MONICA MITCHELL. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 1:52 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00534-23/BX endorsed thereon on MONICA MITCHELL at 636 E 221ST ST, BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Donovan Townsend, Co-Resident of MONICA MITCHELL, a person of suitable age and discretion. Said premises is MONICA MITCHELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 636 E 221ST ST, BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent(Caribbean), mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 636 E 221ST ST, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

_Melissa Alya_

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6226519
Qualified in WESTCHESTER

X _____
BENJAMIN LAMB
License# 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

023



FILED: BRONX 02/09/2023 02:46 PM

NYSCEF DOC. NO. 2300

RECEIVED NYSCEF: 02/09/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

Index no : CV-00531-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | MARIA ULLOA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:09 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00531-23/BX
endorsed thereon on MARIA ULLOA at 3138 BAILEY AVE APT 5C, BRONX, NY 10463 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Eliza Monte, Co-Resident of MARIA ULLOA, a
person of suitable age and discretion. Said premises is MARIA ULLOA's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 3138 BAILEY AVE APT 5C,
BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3138
BAILEY AVE APT 5C, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/23/26

X _____
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: GI752546

024

ICEF DOC. NO. 2295



RECEIVED NYSCEF: 02/05/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*88182*

Index no : CV-00547-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | LILIBETH SANCHEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being, duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:24 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00547-23/BX endorsed thereon on LILIBETH SANCHEZ at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Rafael Lopez, Co-Resident of LILIBETH SANCHEZ, a person of suitable age and discretion. Said premises is LILIBETH SANCHEZ's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2700 KINGSBRIDGE TER APT 5A , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Salt and Pepper | 52 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2700 KINGSBRIDGE TER APT 5A, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N White Plains, NY 10603
914-326-1069
DCA License#: 2027474
Branch: White Plains

Melissa A Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472146

025



**FILED: BRONX 02/09/2023 02:41 PM**
NYSCEF DOC. NO. 2297

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22
RECEIVED NYSCEF: 02/09/2023

*88187*

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

Index no : CV-00546-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | ANNA N CHEINA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:49 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00546-23/BX
endorsed thereon on ANNA N CHEINA at 3873 ORLOFF AVE APT 2M , BRONX, NY 10463 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Max L., Co-Resident of ANNA N CHEINA, a person
of suitable age and discretion. Said premises is ANNA N CHEINA's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 3873 ORLOFF AVE APT 2M
, BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 42 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3873
ORLOFF AVE APT 2M, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
Licenset: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F063988

1 of 1

026

**FILED: BRONX 02/09/2023 02:40 PM**
NYSCEF DOC. NO. 2296

CLAIM NO. CIVIl-BRONX 1477

RECEIVED NYSCEF: 02/09/2023



CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

*688355*

Index no : CV-00508-23/BX
Date Index Number Purchased: 01/19/2023

| | |
|---|---|
| Plaintiff(s): | TD BANK USA, N.A. |
| vs. | |
| Defendant(s): | BENJAMAPORN BOONROUNG |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says;
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 4:57 PM, I served the within SUMMONS AND COMPLAINT with the index# CV-00508-23/BX endorsed thereon on BENJAMAPORN BOONROUNG at 105 VAN CORTLANDT AVE W , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of BENJAMAPORN BOONROUNG, a person of suitable age and discretion. Said premises is BENJAMAPORN BOONROUNG's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" property addressed to defendant and defendant's last known residence, at 105 VAN CORTLANDT AVE W , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 40 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 105 VAN CORTLANDT AVE W, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**027**

FILED: BRONX 02/09/2023 02:35 PM

NYSCEF DOC. NO. 2293

RECEIVED NYSCEF: 02/09/202



*88164*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00550-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JOSE A MARTE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ___ ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2023 at 5:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00550-23/BX endorsed thereon on JOSE A MARTE at 5959 BROADWAY APT 308 , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Luisa Reyes, Co-Resident of JOSE A MARTE, a person of suitable age and discretion. Said premises is JOSE A MARTE's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 5959 BROADWAY APT 308 , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 37 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 5959 BROADWAY APT 308, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472235

028

FILED: BRONX 02/09/2023 02:24 PM    CLAIM NO. CIVIL-BRONX 123. 11-DEC-11

NYSCEF DOC. NO. 2289    RECEIVED NYSCEF: 02/09/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

AFFIDAVIT OF SERVICE



*88285*

Index no : CV-00525-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JOHNNY HARPER |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 12:25 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00525-23/BX endorsed thereon on JOHNNY HARPER at 1480 PARKCHESTER RD APT 2A , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie Moore, Co-resident of JOHNNY HARPER, a person of suitable age and discretion. Said premises is JOHNNY HARPER's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1480 PARKCHESTER RD APT 2A , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|--------------|---------------|-----|--------|--------|
| Female | Black | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1480 PARKCHESTER RD APT 2A, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1909
DCA License#: 2027471
Branch: White Plains

029

FILED: BRONX 02/09/2023 02:23 PM

NYSCEF DOC. NO. 2288

CLAIM NO. (CIVIL-BRONX) REV. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

**AFFIDAVIT OF SERVICE**

*86425*

Index no : CV-00500-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):    CAPITAL ONE, N.A.
                 vs.
Defendant(s):    WARREN THOMPSON

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 12:32 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00500-23/BX endorsed thereon on WARREN THOMPSON at 34 METROPOLITAN OVAL APT 9A , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Kelvin Weeks, Co-resident of WARREN THOMPSON, a person of suitable age and discretion. Said premises is WARREN THOMPSON's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 34 METROPOLITAN OVAL APT 9A , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 28 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANTS PLACE OF RESIDENCE AT 34 METROPOLITAN OVAL APT 9A, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and R Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2021471
Branch: White Plains

Atty File#: N472639

1 of 1

030

FILED: BRONX 02/09/2023 02:21 PM

CLAIM NO. Civil-Bronx rev. 21-DEC-2

NYSCEF DOC. NO. 2236

RECEIVED NYSCEF: 02/09/202



*88388*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-00541-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | ALEXIS HAMLOR |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 02/06/2023 at 12:52 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00541-23/BX endorsed thereon on ALEXIS HAMLOR at 2035 NEWBOLD AVE APT 9N , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Steven Wright, Co-resident of ALEXIS HAMLOR, a person of suitable age and discretion. Said premises is ALEXIS HAMLOR's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2035 NEWBOLD AVE APT 9N , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 32 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2035 NEWBOLD AVE APT 9N, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472559

031

FILED: BRONX 02/09/2023 04:20 PM

NYSCEF DOC. NO. 2285



RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-00501-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | DEVON BRYANT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:13 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00501-23/BX endorsed thereon on DEVON BRYANT at 788 MORRIS PARK AVE APT 3R , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Melisaa Graham, Co-resident of DEVON BRYANT, a person of suitable age and discretion. Said premises is DEVON BRYANT's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 788 MORRIS PARK AVE APT 3R , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 788 MORRIS PARK AVE APT 3R, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N472689

032

**FILED: BRONX 02/09/2023 02:17 PM**

NYSCEF DOC. NO. 2283

RECEIVED NYSCEF: 02/09/2023



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*68284*

Index no : CV-00528-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | EDITH L ESCOBALES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:19 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00528-23/BX endorsed thereon on EDITH L ESCOBALES at 933 VAN NEST AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Karen P., Co-resident of EDITH L ESCOBALES, a person of suitable age and discretion. Said premises is EDITH L ESCOBALES's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 933 VAN NEST AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 933 VAN NEST AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL," AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

033

FILED: BRONX 02/09/2023 02:16 PM

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

NYSCEF DOC. NO. 2282

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*08188*

Index no : CV-00554-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | VOLOAN MINH |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:22 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00554-23/BX endorsed thereon on VOLOAN MINH at 867 KINSELLA ST , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-resident of VOLOAN MINH, a person of suitable age and discretion. Said premises is VOLOAN MINH's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 867 KINSELLA ST , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Wrap | 45 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 867 KINSELLA ST, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, In:
901 North Broadway Ste 15
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

034

NYSCEF DOC. NO. 2281



CLAIM NO. Civil-BronxJ rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

Index no : CV-00510-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | SAFINA BEGUM |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:28 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00510-23/BX endorsed thereon on SAFINA BEGUM at 759 VAN NEST AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name). Co-resident of SAFINA BEGUM, a person of suitable age and discretion. Said premises is SAFINA BEGUM's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 759 VAN NEST AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Hal | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent (Ind.) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 321S

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 759 VAN NEST AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and I Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P042885

035

FILED: BRONX 02/09/2023 02:14 PM

NYSCEF DOC. NO. 2280

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023

*08166*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-00543-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | DEBRA A BELLINO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:31 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00543-23/BX endorsed thereon on DEBRA A BELLINO at 1912 WALLACE AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa J., Co-resident of DEBRA A BELLINO, a person of suitable age and discretion. Said premises is DEBRA A BELLINO's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1912 WALLACE AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| Female | White | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1912 WALLACE AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyzan
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
Licensed: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1669
DCA License#: 2027471
Branch: White Plains

036

FILED: BRONX 02/09/2023 02:10 PM

NYSCEF DOC. NO. 2275

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/09/2023



*B8297*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-00530-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):     CITIBANK, N.A.

vs.

Defendant(s):     ZULMA GONZALEZ

STATE OF NEW YORK
COUNTY OF WESTCHESTER     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:37 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00530-23/BX endorsed thereon on ZULMA GONZALEZ at 2074 WALLACE AVE APT 208 , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Tiffany Rojas, Co-resident of ZULMA GONZALEZ, a person of suitable age and discretion. Said premises is ZULMA GONZALEZ's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2074 WALLACE AVE APT 208 , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Auburn | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2074 WALLACE AVE APT 208, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P042855

037

FILED: BRONX 02/09/2023 02:09 PM

CLAIM NO.: CIVIL-BRONX 167. 21-DEC-22

NYSCEF DOC. NO. 2278

RECEIVED NYSCEF: 02/09/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

#B8423#

Index no : CV-00503-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | RICHARD CAMPBELL |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/06/2023 at 1:44 PM, I served the within SUMMONS AND COMPLAINT with the Index # CV-00503-23/BX endorsed thereon on RICHARD CAMPBELL at 2181 WALLACE AVE APT 6G , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa D., Co-resident of RICHARD CAMPBELL, a person of suitable age and discretion. Said premises is RICHARD CAMPBELL's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2181 WALLACE AVE APT 6G , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2181 WALLACE AVE APT 6G, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F063060

1 of 1

038

FILED: BRONX 02/09/2023 02:07 PM
NYSCEF DOC. NO. 2276

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22
RECEIVED NYSCEF: 02/09/2023

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



*08176*

Index no : CV-00556-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | DIAMOND CURTIS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER:          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/07/2023 at 6:30 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00556-23/BX endorsed thereon on DIAMOND CURTIS at 2166 BRONX PARK E APT 4J , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to John Carter, Co-resident of DIAMOND CURTIS, a person of suitable age and discretion. Said premises is DIAMOND CURTIS's usual place of abode within the state.

On 02/08/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2166 BRONX PARK E APT 4J , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 45 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she the Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/08/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2166 BRONX PARK E APT 4J, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/08/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-326-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: 1542937

039



FILED: BRONX 02/16/2023 04:12 PM

CLAIM NO. Civil-BronxI rev. 21-DEC-22

NYSCEF DOC. NO. 2585

RECEIVED NYSCEF: 02/16/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*88285*

Index no : CV-00527-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | EVERALD MORRISON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 11:59 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00527-23/BX endorsed thereon on EVERALD MORRISON at 4084 AMUNDSON AVE BSMT , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Cheryl Gordon, Co-Resident of EVERALD MORRISON, a person of suitable age and discretion. Said premises is EVERALD MORRISON's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4084 AMUNDSON AVE BSMT , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent (Caribbean),glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4084 AMUNDSON AVE BSMT, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB

Melissa A. Cyran
Notary Public, State Of New York.
No. 01CY6228619

License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

040

FILED: BRONX 02/16/2023 04:03 PM

NYSCEF DOC. NO. 2577

CLAIM NO. Civil-Bronx, rev. 11-DEC-11

RECEIVED NYSCEF: 02/16/2023



*08115*

Index no : CV-00535-23/BX

Date Index Number Purchased: 01/19/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ANTHONY VAZQUEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/08/2023 at 11:17 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00535-23/BX endorsed thereon on ANTHONY VAZQUEZ at 3320 RESERVOIR OVAL E APT LC, BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Selena Luna, Co-Resident of ANTHONY VAZQUEZ, a person of suitable age and discretion. Said premises is ANTHONY VAZQUEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3320 RESERVOIR OVAL E APT LC, BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3320 RESERVOIR OVAL E APT LC, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1753225

1 of 1

041



FILED: BRONX COUNTY CIVIL COURT (BDDS) 02/16/2023 04:05 PM

Case No. CV-00519-23/BX



### CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*BB027B*

Index no : CV-00519-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JENNY M ROSARIO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 02/08/2023 at 11:28 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00519-23/BX endorsed thereon on JENNY M ROSARIO at 3245 PERRY AVE APT 6F, BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Calvin Morris, Co-Resident of JENNY M ROSARIO, a person of suitable age and discretion. Said premises is JENNY M ROSARIO's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3245 PERRY AVE APT 6F , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANTS PLACE OF RESIDENCE AT 3245 PERRY AVE APT 6F, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
501 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: 1406404_4

042

FILED: BRONX 02/16/2023 04:16 PM

NYSCEF DOC. NO. 2589

CLAIM NO. Civil-Bronx3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/16/2023



# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*00117*

Index no : CV-00532-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| | vs. |
| Defendant(s): | LUZ GONZALEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 12:41 PM, I served the within SUMMONS AND COMPLAINT with the Index #CV-00532-23/BX endorsed thereon on LUZ GONZALEZ at 4359 GUNTHER AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Edward Lopez, Co-Resident of LUZ GONZALEZ, a person of suitable age and discretion. Said premises is LUZ GONZALEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4359 GUNTHER AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4359 GUNTHER AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc.
_____     901 North Broadway Ste 18
Melissa A. Cyran     N. White Plains, NY 10603
Notary Public, State Of New York     914-328-1060
No. 01CY6228649     DCA License#: 2027478
Qualified in WESTCHESTER     Branch: White Plains
Commission Expires 8/27/26

Atty File#: G1752633

043

FILED: BRONX COUNTY CIVIL COURT (BDDS) 02/16/2023 04:16 PM
Case No. CV-00536-23/BX

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*08116*

Index no : CV-00536-23/BX
Date Index Number Purchased: 01/19/2023

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | TOMAS JIMENEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/10/2023 at 12:44 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-00536-23/BX endorsed thereon on TOMAS JIMENEZ at 4351 GUNTHER AVE , BRONX, NY 10466 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lena Blanco, Co-Resident of TOMAS JIMENEZ, a person of suitable age and discretion. Said premises is TOMAS JIMENEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 4351 GUNTHER AVE , BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|--------------|---------------|-----|--------|--------|
| Female | Brown | Black | 32 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST-CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4351 GUNTHER AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melisa Alyn
Melisa A. Cyran
Notary Public, State Of New York
No. 01CY6229449
Qualified in WESTCHESTER
Commission Expires 9/23/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: 1942681

044

FILED: BRONX 02/16/2023 04:40 PM

NYSCEF DOC. NO. 2612

CLAIM NO. Civil-BronX3 rev. 21-DEC-22

RECEIVED NYSCEF: 02/16/2023



#88181#

Index no : CV-00553-23/BX
Date Index Number Purchased: 01/19/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | OLGA E CANTRES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:28 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-00553-23/BX endorsed thereon on OLGA E CANTRES at 2870 DILL PL , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Rolando Molina, Co-Resident of OLGA E CANTRES, a person of suitable age and discretion. Said premises is OLGA E CANTRES's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2870 DILL PL , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Brown | Blonde | 37 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2870 DILL PL, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THERROF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

045



FILED: BRONX 02/16/2023 04:44 PM

NYSCEF DOC. NO. 2616

CLAIM NO. Civil-Bronx: rev. 21-DEC-22

RECEIVED NYSCEF: 02/16/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

\*88174\*

Index no : CV-00557-23/BX
Date Index Number Purchased: 01/19/2023

---

Plaintiff(s):     TD BANK USA, N.A.

vs.

Defendant(s):     DENISE PAULL

---

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:52 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00557-23/BX endorsed thereon on DENISE PAULL at 680 BALCOM AVE APT 5D, BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Greg Hall, Co-Resident of DENISE PAULL, a person of suitable age and discretion. Said premises is DENISE PAULL's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 680 BALCOM AVE APT 5D, BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Black | Black | 45 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 680 BALCOM AVE APT 5D, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F064075

046

FILED: BRONX 02/16/2023 04:43 PM

NYSCEF DOC. NO. 2415



RECEIVED NYSCEF: 02/16/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*B79544

Index no : CV-00523-23/BX
Date Index Number Purchased: 01/19/2023

Plaintiff(s):   Midland Credit Management, Inc

vs.

Defendant(s):   RENE GONZALEZ

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/13/2023 at 11:47 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-00523-23/BX endorsed thereon on RENE GONZALEZ at 739 REVERE AVE APT 2 , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Felix Hermosa, Co-Resident of RENE GONZALEZ, a person of suitable age and discretion. Said premises is RENE GONZALEZ's usual place of abode within the state.

On 02/15/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 739 REVERE AVE APT 2 , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Black | 38 | 5ft 7in - 5ft 9in | 161-200 |
| Other Features: noneat | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/15/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 739 REVERE AVE APT 2, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/15/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C605704

047