

867 Kinsella St

Image capture: Aug 2011    © 2024 Google

