CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------------- X

SYCHRONY BANK

Plaintiff,

– against –

ERIKA WILSON

Defendant(s).

-------------------------------------------------------------------- X

Index No.: 5361/23

**NOTICE OF MOTION
TO
DISMISS**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Matthew

Schedler, Esq., dated December 6, 2023, upon the Exhibits annexed thereto, upon all the

proceedings heretofore had and papers filed herein, the Defendant will move this Court at

the courthouse, located at 851 Grand Concourse, Bronx, NY 10451, Part 32C, Room 504,

of the Civil Court of the City of New York, County of Bronx  in the State of New York

on the 11th day of January 2024 at 9:30 a.m. or as soon thereafter as counsel can be heard,

for an order: (i) dismissing the action pursuant to C.P.L.R. § 3211(a)(8) because the

Court lacks personal jurisdiction; or (ii) setting the matter down for a traverse hearing to

determine whether service was proper and personal jurisdiction is had by the Court; and,

(iii) granting such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to C.P.L.R. § 2214(b), if

this motion is served at least 21 days before the return date, any answering papers must

be served upon the attorneys for the defendant at least 7 days prior to the return date.

Dated: December 6, 2023
    Brooklyn, New York

By:  Matthew Schedler, Of Counsel
     CAMBA Legal Services, Inc.
     Elizabeth Miller, Esq., General Counsel
     20 Snyder Avenue
     Brooklyn, NY 11226
     (718) 940-6311, ext.79284
     *Attorneys for the Defendant*

To:  Donna A. Ciampa
    Selip & Stylianou, LLP
    199 Crossways Park Drive
    Woodbury, NY 11797
    (516) 686-8991
    *Attorney(s) for the Plaintiff*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------X

SYNCHRONY BANK,

          Plaintiff,

                               INDEX NO. 5361/23
          against                  **DEFENDANT'S AFFIDAVIT**

ERIKA WILSON,

          Defendant.
----------------------------------------------------------------X

Erika Wilson, being duly sworn, deposes and says:

1.   I am the defendant, Erika Wilson, and I live at 3540 Decatur Ave., Apt. 1G,

      Bronx, NY 10467.

2.   I live at this address with my mother, Shemin Wilson, and with my infant child,

      Rain.

3.   I have lived with my mother, Shemin Wilson, at this residence for approximately

      eleven years and lived with her at the alleged time of service on June 8th, 2023.

4.   Neither my mother nor myself were home the afternoon of June 8th, 2023 to grant

      anyone entry into the building or our unit.

5.   I became aware of this action in the end of July 2023 after receiving a notice from

      the court in the mail. Upon learning about the case, I sought assistance from

      CAMBA Legal Services who agreed to represent me in this action.

6.     The process server describes service by substitute service on Chante Wilson, an alleged co-resident. Chante Wilson is described as a black woman who is exactly 25 years old, between 5'4 – 5'6 inches tall and between 131-160 pounds.

7.     Service as described in the process server's affidavit is not possible. I do not know a Chante Wilson and there no one in my family with this name. The process server describes serving Chante Wilson on Thursday, June 8, 2023, at 3:16 P.M. During that time, I was at the hospital with my daughter. My daughter was born on June 6th, 2023. Due to health issues, she needed to be admitted to the neonatal intensive care unit ("NICU") at Mount Sinai West Hospital. I was at the hospital with my daughter until she was released on June 10th, 2023.

8.     During my daughter's time in the NICU, my mother, Shemin Wilson, would visit me at the hospital from approximately 10:00A.M. until visiting hours ended at 9:00 P.M. She visited me every day while my daughter was in the NICU. She was with me in the hospital on the afternoon of alleged service.

9.     I have also never had anyone in my apartment that matches the description in the process server's affidavit and neither I nor my mother matches that description.

10.     Parking near my residence at 3540 Decatur Ave. is very limited. There is only street parking available and typically all these spots are taken.

11.    To gain access to my unit, someone must buzz you in, and the arranging of the apartments in the building is not intuitive. For example, I live in apartment 1G, but it is not on the first floor. The apartments on the first floor are labeled starting with an L for lobby. To get to my apartment, you must go up a flight of stairs and locate my apartment.

12.    I have not previously requested this relief.

WHEREFORE, I respectfully request that the Court grant any relief that it deems just, equitable and proper.

Erika Wilson

Subscribed and Sworn Before Me
This 16th day of October 2023.

Notary Public
Matthew Schedler
Notary Public State of New York
Reg. No. 02SC6197762
Expires 1/12/2025
Qualified Kings County

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------X

SYNCHRONY BANK,

          Plaintiff,

                                  INDEX NO. 5361/23
                                  **AFFIDAVIT IN SUPPORT OF**
          against               **DEFENDANT'S MOTION**

ERIKA WILSON,

          Defendant.

-------------------------------------------------------------X

Ex. C

Shemin Wilson, being duly sworn, deposes and says:

1.    I am Shemin Wilson, the defendant, Erika Wilson's, moth[er]

        Decatur Ave., Apt 1G, Bronx, NY 10467.

2.    I live at this address with my daughter Erika Wilson, and v[...]

        grandchild, Rain.

3.    I have lived with my daughter at this residence for approximately eleven years

        and lived with her at time of the alleged service on June 8, 2023.

4.    Neither my daughter nor myself were home on June 8th, 2023 to grant anyone

        entry into the building or out unit.

5.    The process server describes service by substitute service on Chante Wilson, an

        alleged co-resident. Chante Wilson is described as a black woman who is exactly

        25 years old, between 5'4 - 5'6 inches tall and between 131-160 pounds.

6.  Service as described in the process server's affidavit is not possible. I do not
    know a Chante Wilson and there is no one in my family with this name. The
    process server describes serving Chante Wilson on Thursday, June 8, 2023, at
    3:16 P.M. Service as described in the affidavit is not possible. On June 6, 2023
    my grandchild, Rain, was born. Due to health issues she needed to be admitted to
    the neonatal intensive care unit ("NICU") at Mount Sinai West Hospital. She and
    my daughter were at the hospital for a number of days including on June 8.
    During that time, I would go to the hospital as soon as possible to be with my
    daughter, always arriving by 10 A.M. I would stay with my daughter and
    granddaughter all day. Only leaving when hospital visiting hours were over
    around 9 P.M.

7.  Because my granddaughter was in the NICU, neither my daughter, nor I were
    home during the time of service and no one was in our apartment.

8.  I have also never had anyone in my apartment that matches the description in the
    process server's affidavit and neither I nor my daughter matches that description.

9.  Parking near my residence at 3540 Decatur Ave. is very limited. There is only
    street parking available and typically all of these spots are taken. I have driven
    around for over an hour looking for parking.

10. To gain access to my unit, someone must buzz you in, and the arranging of the
    apartments in the building is not intuitive. For example, I live in apartment 1G,
    but it is not on the first floor. The apartments on the first floor are labeled starting
    with an L for lobby. In order to get to my apartment you must go up a flight of

stairs and locate my apartment. This is a source of confusion and often results in

me getting delivery orders for the wrong person.

WHEREFORE, I respectfully request that the Court grant any relief that it deems

just, equitable and proper.

Shemin Wilson

Subscribed and Sworn Before Me
This 16th day of October 2023.

Notary Public
Matthew Schedler
Notary Public State of New York
Reg. No. 02SC6197762
Expires 1/12/2025
Qualified Kings County

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X
SYNCHRONY BANK,

        Plaintiff,

                              INDEX NO. 5361/23
        against              **AFFIRMATION IN SUPPORT**

ERIKA WILSON,

        Defendant.
-------------------------------------------------------------X

Matthew Schedler, Esq., an attorney duly licensed to practice law in the state of New York, hereby affirms the following to be true pursuant to C.P.L.R. § 2106 and under the penalties of perjury states that:

1. I am a supervising attorney with CAMBA Legal Services, Inc., attorneys for the Defendant, Erika Wilson. As such, I am fully familiar with the facts and circumstances underlying this proceeding, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true. The basis of my belief is information provided to me by my client and information contained within the court file.

2. The above-captioned action involves an alleged consumer credit transaction.

3. I submit this affirmation in support of Erika Wilson's ("Ms. Wilson") motion to dismiss asking this Court to issue an Order: (i) dismissing the action pursuant to C.P.L.R. § 3211(a)(8) because the Court lacks personal jurisdiction.

## PRELIMINARY STATEMENT

4. Ms. Wilson is moving to dismiss the action because service was improper. Service of process was performed by Benjamin Lamb ("Mr. Lamb"), a process server with a long history of improper service. Mr. Lamb's description of service is impossible and is part of a pattern of improper service that spans multiple cases.

5. In the affidavit of service, Mr. Lamb swears that he served Ms. Wilson on June 8, 2023 at her Bronx residence by substitute service on a "Chante Wilson." Chante Wilson does not exist. At the time of service both Ms. Wilson, and her mother – who also resides with her – were at the hospital as Ms. Wilson had given birth two days before and her child was admitted to the neonatal intensive care unit ("NICU"). As a result, no one was at the Wilson's apartment at the time of alleged service.

6. This is not the first instance of improper service by this process server. Mr. Lamb, has a history of falsifying affidavits of service. Mr. Lamb was a key figure in *Sykes v. Mel S. Harris et. al.*, a class action involving an illegal debt collection scheme a part of which was failing to properly serve process. *Sykes v. Mel Harris and Associates, LLC. Sykes v. Mel Harris and Assocs., LLC*, 757 F. Supp. 2d 413 (S.D.N.Y. 2010). In *Sykes* it was discovered that Mr. Lamb lied about the service he was supposed to perform and on a number of occasions claimed to be serving multiple individual at the exact same time. *Sykes v. Mel Harris and Associates, LLC. Sykes v. Mel Harris and Assocs., LLC*, 285 F.R.D. 279 (S.D.N.Y. 2012). As part of his pattern of improper service, Mr. Lamb would almost always allege that he had performed substitute service. A true copy of the affidavit of Nicholas Echolson detailing Mr. Lamb's attempts at service is attached as Exhibit D.

7. Upon information and belief, Mr. Lamb claims to serve by substitute service because it is harder to verify. If Mr. Lamb claims person service, it can be checked against the actual appearance of the defendant while affix and mail service can be checked against the required GPS records. It is harder to check claims of substitute service, which does not have the same easy and incontrovertible methods of authentication.

8. To this day, Mr. Lamb still claims - in virtually every instance - to have performed substitute service. In preparing for this motion, Ms. Wilson's attorney reviewed 38 cases in which Mr. Lamb performed service. In every case reviewed, Mr. Lamb claimed substitute service with many of the instances occurring at times that would be impossible given the distance between the locations and the time it takes to properly serve process.

## FACTS AND PROCEDURAL HISTORY

9. Synchrony Bank commenced this action on May 30, 2023, with the purchase of an index number and the filing of a summons and complaint. A true copy of the summons and complaint is attached as Exhibit A

10. In the affidavit of service, process server, Benjamin Lamb, (DCA License #2027471), swears to substitute service on June 8, 2023, at 3:16 P.M., upon a person of suitable age and discretion allegedly named "Chante Wilson," at 3540 Decatur Ave., Apt. 1G, Bronx, NY 10467. A true copy of the affidavit of service is attached as Exhibit B.

11. Ms. Wilson has lived at 3540 Decatur Ave., Apt 13G, Bronx, NY 10467 for the last eleven years. Affidavit of Erika Wilson. Ms. Wilson lives with her mother, Shemin Wilson, and her infant child, Rain. *Id*; Affidavit of Shemin Wilson.

12. The affidavit of service describes "Chante Wilson," as an alleged co-resident, who is a black woman, exactly 25 years old, between 5'4 – 5'6 inches tall, and between 131-160 pounds. Exhibit B.

13. Neither Shemin Wilson nor Erika Wilson know a "Chante Wilson" and there is no one in their family with this name. Affidavit of Erika Wilson; Affidavit of Shemin Wilson. Neither Shemin Wilson nor Erika Wilson know of anyone fitting Chante Wilson's description and no one with that description was ever in their apartment. *Id*.

14. At the time of the alleged service, June 8, 2023, at 3:16 P.M., Shemin Wilson and Erika Wilson were both at Mount Sinai West Hospital. *Id.* Ms. Wilson had given birth two days before and Ms. Wilson's newborn daughter had to be admitted to the NICU at Mount Sinai West Hospital. Shemin Wilson visited her daughter and granddaughter in the NICU from approximately 10:00A.M. until visiting hours ended at 9:00P.M. every day between June 6, 2023 and June 10, 2023. *Id.*

15. Ms. Wilson stayed at Mount Sinai West Hospital continuously between June 6, 2023 and June 10, 2023 while her daughter was in the NICU. She returned home with her newborn on June 10, 2023 unaware that she was ever served. Aside from her mother, who was with her in the NICU at the time of alleged service, no one had access to her apartment. *Id.*

16. Ms. Wilson became aware of the lawsuit in late July when she received a notice from the court in the mail. Erika Wilson Affidavit.

17. In August 2023, Ms. Wilson obtained the representation of CAMBA Legal Services, Inc. and filed an Answer to the Complaint on September 18, 2023. A true copy of Ms. Wilson's Answer is attached as Exhibit C. Ms. Wilson's answer includes an affirmative defense of lack of personal jurisdiction. *Id.*

18. Ms. Wilson now makes this motion to dismiss based on the lack of personal jurisdiction.

### BENJAMIN LAMB'S HISTORY OF IMPROPER SERVICE

19. Benjamin Lamb, has a long history of purposely failing to properly execute service of process and the improper service in this case is not an isolated incident.

20. Mr. Lamb's history of improper service is highlighted in *Sykes v. Mel Harris and Associates, LLC*. *Sykes v. Mel Harris and Assocs., LLC*, 285 F.R.D. 279 (S.D.N.Y. 2012). *Sykes* was a class action involving illegal debt collection scheme an important of which

was process servers engaging "sewer service" - purposely failing to deliver process - to obtain easy default judgments against individuals who were unaware of the lawsuits lawsuit against them. *Id.* Mr. Lamb, and other process servers, would knowingly fail to complete service and falsify affidavits of service to advance this scheme. For example, the District Court noted that, "[o]n 517 occasions, defendants, Mosquera, Lamb, and Andino, alone, claimed to [sic] have performed service in two or more places at the same time." *Id.* at 284.

21. As a part of the *Sykes* litigation, Nicholas Egleson, an IT consultant and analyst, completed a comprehensive analysis of over 16,000 of Benjamin Lamb's affidavits of service. Exhibit D. Egelson analyzed all service of process performed by the service agency involved in the *Sykes* litigation from January 2007 through January 2011. Exhibit D at 1-2. Egelson found that Benjamin Lamb alleged substitute service in almost every instance, at least 15,000 times, which represented 91.21% of his service attempts. Exhibit D at 25. In comparison, Lamb allegedly only completed personal service 5.31% of the time and only completed nail and mail service and astounding .03% of the time. Exhibit D at 25.

22. By alleging substitute service in almost all cases, Mr. Lamb is able better skirt the rules of service and avoid having his improper service detected. This would not be the case if he alleged personal service as the description of the person server could be verified by the appearance of the defendant. Along the same lines, if Mr. Lamb alleged affix and mail service he would have to make the required GPS recordings, which could easily be verified. By alleging substitute service, Mr. Lamb is able to avoid these detection methods and continue his scheme.

23. The evidence of Mr. Lamb's improper service is not just limited to the type of service her was performing, Egleson also found that Benjamin Lamb outright lied, and claimed to be serving process in two separate locations at the exact same time on sixty six occasions. Exhibit D at 3.

24. The pattern of improper service highlighted in *Sykes* is also present in this case and in Mr. Lamb's recent attempts of service. To gather more information on Mr. Lamb's recent service activity, CAMBA Legal Services pulled thirty-nine affidavits of service from the index numbers surrounding the index number for this action. True copies of these affidavits of service are attached as Exhibit E. Every affidavit of service reviewed by CAMBA is attached to this motion, none has been excluded. As stated above, these affidavits reveal that Mr. Lamb claimed substitute service in all thirty-nine instances with many of those attempts describing service that are not possible.

25. On June 8, 2023, the date of alleged service in this case, for example, Mr. Lamb allegedly completed a substitute service at 640 Adee Ave., Bronx, NY at 2:40 PM. Exhibit E at p. 7. Then. nine minutes later, Mr. Lamb claims to have completed substitute service at 2304 Matthews Ave., Bronx, NY 10476. Exhibit E at p. 8. According to Google Maps, the driving distance between these two locations is least six minutes via car. A true copy of a google maps printout between these locations is attached Exhibit F.

26. To complete service, Mr. Lamb would have had to find parking; park his car; walk to the building; gain access to the building; find the appropriate unit; travel to the unit via stair or elevator; knock on the door; wait for a response; hand over papers to an alleged co-resident; ask the person their name and relationship to the defendant; ask if the defendant was in the military; wait for them to answer; go back down the stairs or elevator; walk out the

building; make a GPS recording of his location; walk back to his car; fill out description of the person and the information concerning service in his logbook; and then repeat that entire process at the next residence. That Mr. Lamb was able to do all of this at two locations that are 6 minutes apart in 9 minutes total is not possible, but we see this pattern repeated throughout his attempts at service.

27. The same thing happened on June 17, 2023. On this day, Mr. Lamb allegedly served two individuals via substitute service in 10 minutes. Exhibit E. At 3:54 P.M. Mr. Lamb allegedly served an individual by substitute service at 4356 Grace Avenue, Bronx. NY 10466. Exhibit E at p. 35. Then, 10 minutes later, Mr. Lamb again performed substitute service at 4:04 P.M. at 3916 Harper Avenue Apt 9 Bronx, NY 10455. Exhibit E at p. 36. In both instances Mr. Lamb swears that he had a conversation with the person served and asked if the defendant was in the military. Service as detailed in the affidavit is still not possible.

28. 4356 Grace Avenue is a 6 minute drive or 28 minute walk from 3916 Harper Avenue. A true copy of a google map printout of the distance between these addresses is attached as Exhibit G. This means that in 10 minutes Mr. Lamb was able to locate the address; turn on his car; drive to the location; find parking; park his car; gather his things; walk to the building; gain access to the building; find the appropriate unit; knock; wait for a response; talk to the person served; make a GPS recording; write down the description of the person served; leave the building; then return to his car; and do it all over at the next address. Exhibit G. This is simply not possible.

29. In addition to the impossible descriptions of service, the thirty-nine affidavits pulled on Ms. Wilson's behalf show that Mr. Lamb never completed personal service on a defendant

and never completed nail and mail service. Exhibit G. In other words, Mr. Lamb knocked on the door of thirty-nine different homes. In none of those instance was no one home and in none of those instances was the defendant he was try to serve home. Instead, in each of the thirty-nine cases, a 3rd party answered the door, had a conversation about the defendants military service and then accepted service. The pattern does not survive scrutiny.

## ARGUMENT

### Sychrony's Action Should Be Dismissed Because Ms. Wilson Was Not Served

30. The Court does not have personal jurisdiction over Ms. Wilson because Synchrony did not properly serve the Summons and Complaint. Proper service under C.P.L.R. § 308(2) requires that the process server deliver notice to a person of suitable age at the actual place of dwelling or usual place of abode of the defendant and then mail a copy to the defendant's last known residence. C.P.L.R. § 308(2). Here, the requirement is not satisfied, the person described in the affidavit of service does not exist and service is not possible because everyone who lives in the apartment was at the hospital with Ms. Wilson's newborn.

31. Service of process is necessary for a court to exercise personal jurisdiction over a defendant. *Macchia v. Russo*, 67 N.Y.2d 592, 595 (1986). Proper service of process is a constitutional requirement meant to ensure due process. *Feinstein v. Bergner*, 48 N.Y.2d 234, 241 (1979).

32. Service must be reasonably calculated under the circumstances to give interested parties notice of the suit with adequate time to prepare their defense. *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950). The New York Court of Appeals mandates strict compliance with the statutory requirements for service of process to ensure this constitutional mandate is met. *Macchia*, 67 N.Y.2d at 595.

33. Unchallenged, a process server's affidavit of service is typically sufficient to support a finding that service was proper. *Bankers Tr. Co. of California v. Tsoukas*, 303 A.D.2d 343, 343-344 (2d Dep't 2003). However, when there are issues of fact about whether service was properly performed a traverse hearing must be scheduled. *Trovato v. Galaxy Sanitation Servs. of New York, Inc.*, 171 A.D.3d 830, 832 (2d Dep't 2019); *Elliott v. Butler*, 8 N.Y.3d 972, 972-73 (2007); *Steiner v. Steiner*, 81 A.D.2d 725, 725 (2d Dep't 1981).

34. Conversely, when no issues of fact exist concerning improper service, the court may dismiss the action without a traverse hearing. *Mendez v. Rattigan*, 209 A.D.3d 637, 640 (2d Dep't 2022); *Capital Equity Mgt., LLC v. Dema*, 78 Misc.3d 129(A) at *1 (App Term 2023).

35. When the defendant submits unrebutted documentary proof that the person served would not have been in their residence, no traverse hearing is necessary to dismiss the action. *Mendez*, 209 A.D.3d at 640; *Capital Equity Mgt., LLC*, 78 Misc.3d 129(A) at *1.

36. Ms. Wilson has resided at the same residence, 3540 Decatur Ave., for the last eleven years. Erika Wilson Affidavit. The affidavit of service states that he performed substitute service on June 8, 2023, on a "Chante Wilson". Exhibit B. While this address is where Ms. Wilson lives, neither she nor her mother know of anyone named Chante Wilson and no one by that name or matching the description has ever been in the apartment. Erika Wilson Affidavit; Shemin Wilson Affidavit; Exhibit B.

37. On June 8, 2023, Ms. Wilson and her mother were at Mount Sinai West Hospital with Ms. Wilson's daughter in the NICU. *Id.* As no one was present in their residence and neither Ms. Wilson nor her mother has ever heard of Chante Wilson, proper service was not completed. *Id.*

38. By denying proper receipt of service and providing probative facts, sworn testimony, and documentary evidence that substitute service was not properly performed, Ms. Wilson has effectively disputed service. The Court should dismiss the case. Alternatively, the Court should set the matter down for a traverse hearing to determine whether service was proper and whether the Court has personal jurisdiction.

**WHEREFORE**, we respectfully request, on behalf of Defendant Ms. Wilson, that this Court issue an Order: (i) dismissing the action pursuant to C.P.L.R. § 3211(a)(8) because the Court lacks jurisdiction over the person of the defendant; or (ii) ordering a traverse hearing to determine whether service was proper and personal jurisdiction is had by the court; and, (iii) granting such other relief as the Court deems just and proper.

Dated: December 6, 2023
        Brooklyn, New York

By:    Matthew Schedler, Of Counsel
       CAMBA Legal Services, Inc.
       Elizabeth Miller, Esq., General Counsel
       20 Snyder Avenue
       Brooklyn, NY 11226
       (718) 940-6311, ext.79284
       *Attorneys for the Defendant*

To:    Donna A. Ciampa
       Selip & Stylianou, LLP
       199 Crossways Park Drive
       Woodbury, NY 11797
       (516) 686-8991
       *Attorney(s) for the Plaintiff*

EXHIBIT A

ORIGINAL

CONSUMER CREDIT TRANSACTION

**IMPORTANT!! YOU ARE BEING SUED!! THIS IS A COURT PAPER - A SUMMONS DON'T THROW IT AWAY!! TALK TO A LAWYER RIGHT AWAY! PART OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHED). IF YOU DO NOT BRING THIS TO COURT, OR SEE A LAWYER, YOUR PROPERTY CAN BE TAKEN AND YOUR CREDIT RATING CAN BE HURT!! YOU MAY HAVE TO PAY OTHER COSTS TOO!! IF YOU CAN'T PAY FOR YOUR OWN LAWYER BRING THESE PAPERS TO THIS COURT RIGHT AWAY. THE CLERK (PERSONAL APPEARANCE) WILL HELP YOU!! THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------

SYNCHRONY BANK
                    PLAINTIFF,
            -AGAINST-
ERIKA N WILSON
                    DEFENDANT.

-----------------------------------------------

**INDEX NUMBER:**          ( 5361
S&S FILE NO. G1756067

**SUMMONS**
Plaintiff's address: 170 ELECTION RD SUITE 125,
DRAPER, UT 84020

The Basis of the Venue Designated is Defendant's
Residence

*TO THE ABOVE NAMED DEFENDANT(S):* YOU ARE HEREBY SUMMONED to appear in
the **CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX** at the office of the
clerk of the said Court at **851 GRAND CONCOURSE, BRONX, NY 10451,** in the City and State
of New York, within the time provided by law as noted below and to file your answer to the annexed
complaint with the clerk: upon your failure to answer, judgment will be taken against you for the
sum of $6,743.15 with costs and disbursements of this action.                    **FEE PAID**

**Dated: May 03, 2023**
Selip & Stylianou, LLP, Attorneys for Plaintiff
P.O. Box 9004, 199 Crossways Park Dr., Woodbury, NY 11797-9004
(516) 364-6006 ext. 8991; (866) 848-8975 ext. 8991; TTY/TRS: (516) 422-8500
Refer to S&S File No. G1756067

MAY 30 2023

**CIVIL COURT
BRONX COUNTY**

Note: the law provides that (a) if this summons is served by its delivery to you personally within the
City of New York, you must appear and answer within twenty days after such service; or (b) if this
summons is served by delivery to any person other than you personally, or is served outside the City
of New York, or by publication, or by any means other than personal delivery to you within the City
of New York, you are allowed thirty days after the proof of service thereof is filed with the clerk of
this Court within which to appear and answer.

**Defendant to be served:**
ERIKA N WILSON, 3540 DECATUR AVE APT 1G, BRONX, NY 10467

By: _____
DONNA A. CIAMPA ESQ.

TRANSACCION DE CREDITO DEL CONSUMIDOR
**IMPORTANTE! UD.HA SIDO DEMANDADO! ESTE ES UN DOCUMENTO
LEGAL - UNA CITACION NO LA BOTE! CONSULTE CON SU ABOGADO
ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO).
SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN
CONFISCAR SUS BIENES, (PROPIEDAD) Y PERJUDICAR SU CREDITO!
TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES
(COSTOS ADDICIONALES)! SI UD. NO TIENE DINERO PARA UN ABOGADO
TRAIGA ESTOS PAPELES A LA CORTE INMEDIATAMENTE. VENGA EN
PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA. ESTA
COMUNICACIÓN ES DE UN COBRADOR DE DEUDAS Y ES UN INTENTO DE
COBRAR UNA DEUDA. CUALQUIER INFORMACIÓN OBTENIDA SERÁ
UTILIZADA PARA ESE PROPÓSITO.**

CORTE CIVIL DE LA CIDUDAD DE NUEVA YORK
CONDADO DE BRONX

-------------------------------------------------

SYNCHRONY BANK

                    DEMANDANTE,

        -VS.-
ERIKA N WILSON

                    DEMANDADO.

-------------------------------------------------

**INDEX NUMBER:**
S&S FILE NO. G1756067

**CITACION**
La direccion del demandante: 170 ELECTION RD
SUITE 125, DRAPER, UT 84020

La Razon de Haber Designado esta Corte es la
Residencia del Demandado

*AL DEMANDADO ARRIBA MENCIONADO:* USTED ESTA CITADO A COMPARECER EN
LA CORTE CIVIL DE LA CIUDAD DE NUEVA YORK, CONDADO DE BRONX a la oficina
del jefe principal de dicha Corte en **851 GRAND CONCOURSE, BRONX, NY 10451** en el
Condado de BRONX, Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun
abajo indicado y a presentar su respuesta a la demanda anexada al jefe de la Corte; si usted no
comparece a contestar se dictara sentencia contra usted en la suma de **$6,743.15** incluyendo los
costos de esta accion.

**Fechado: May 03, 2023**
Selip & Stylianou, LLP, Attorneys for Plaintiff, Abogados del Demandante
P.O. Box 9004, 199 Crossways Park Dr., Woodbury, NY 11797-9004
(516) 364-6006 ext. 8991; (866) 848-8975 ext. 8991; TTY/TRS: (516) 422-8500
Refer to S&S File No. G1756067

Nota: la ley provee que: (a) si esta citacion es entregada a usted personalmente en la Ciudad de
Nueva York, usted debe comparecer y responderla dentro de veinte dias despues de la entrega; o (b)
si esta citacion es entregada a otra persona que no fuera usted personalmente o si fuera entregada
afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran
entrega personal a usted en la Ciudad de Nueva York, usted tiene treinta dias para comparecer y
responder la demanda, despues de haberse presentado prueba de entrega de la citacion al jefe de esta
Corte.

**Demandado citado:**
ERIKA N WILSON, 3540 DECATUR AVE APT 1G, BRONX, NY 10467

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------

SYNCHRONY BANK

               PLAINTIFF,      INDEX NUMBER:

-AGAINST-                        S&S FILE NO. G1756067

ERIKA N WILSON              **COMPLAINT**

               DEFENDANT.

-----------------------------------------------

Plaintiff, by its attorneys, complaining of the Defendant(s), respectfully alleges that:

1. Plaintiff is a savings bank organized pursuant to federal law. Plaintiff is a direct creditor and not a debt purchaser, and as such is not required to be licensed by the NYC DWCP.

2. Upon information and belief, the Defendant(s) resides or has an office in the venue in which this action is brought, or the Defendant(s) transacted business within the venue in which this action is brought, either in person or through an agent, and the instant cause of action arose out of said transaction.

3. Based upon a reasonable inquiry, the Statute of Limitations for the causes of action asserted herein has not expired.

### FACTS

4. A CareCredit-branded revolving credit account (hereafter the "Account") was opened in Defendant's name, subject to the terms and conditions provided, or made available in electronic format, to the Defendant (the "Agreement"). A copy of the charge-off statement is attached hereto. Plaintiff is the original creditor (as defined in NY CPLR § 105(q-1)) and owner of the Account.

5. Defendant used the Account and incurred a balance. The last four digits of the Account number on the most recent monthly statement recording a purchase transaction, last payment, or balance transfer (the "Last Activity Statement") are 6252, and the balance owed as set forth in the Last Activity Statement was $5,774.76.

6. Defendant breached the terms of the Agreement by failing to make the agreed-upon payments when due.

7. Demand for payment of the Account was made on Defendant, but Defendant failed to make all the required payments. The Defendant's last payment was made on or about April 19, 2021 in the amount of $221.00.

8. As a result of Defendant's default, the Plaintiff closed the Account and subsequently charged it off on November 15, 2021 in the amount of $6,743.15, as reflected in the attached statement.

9. The balance currently due and owing is $6,743.15, itemized as follows:

| Balance due at time of charge-off: | $6,743.15 |
|---|---|
| Plus total amount of interest accrued since charge-off: | $0.00 |
| Plus total amount of non-interest charges or fees since charge-off: | $0.00 |
| Plus total amount of dishonored payments: | $0.00 |
| Less total amount of payments and/or credits since charge-off: | $0.00 |

## AS AND FOR A FIRST CAUSE OF ACTION

10.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if more fully set for herein.

11.    As a result of Defendant's breach of the Agreement, and after crediting Defendant for all payments and credits, there is now due and owing by Defendant to Plaintiff the sum of $6,743.15, no part of which has been paid despite due demand therefor.

**WHEREFORE**, Plaintiff demands judgment against Defendant(s) in the amount of **$6,743.15** together with costs and disbursements.

The undersigned attorney hereby certifies that, to the best of his/her knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the presentation of the within complaint and the contentions therein are not frivolous as defined in part 130-1.1(c) of the rules of the Chief Administrator.

Dated: MAY 03, 2023

YOURS, ETC.

By: _____
DONNA A. CIAMPA ESQ.
Selip & Stylianou, LLP, Attorneys for Plaintiff
199 Crossways Park Drive, Woodbury, NY 11797-9004
(516) 686-8991; (866) 848-8975 ext. 8991;
S&S File No. G1756067

CARECREDIT/SYNY    ONY BANK 

| Summary of Account Activity | | Payment Information | |
|---|---|---|---|
| Previous Balance | $6,703.15 | New Balance | $0.00 |
| + New Purchases | $0.00 | Total Minimum Payment Due | $1,883.09 |
| – Payments | $0.00 | Payment Due Date | 11/17/2021 |
| +/- Credits, Fees & Adjustments (net) | ($8,703.15) | | |
| +/- Interest Charge (net) | $0.00 | PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE. We may convert your payment into an electronic debit. See reverse side. | |
| New Balance | $0.00 | | |
| Credit Limit | $4,250.00 | | |
| Available Credit | $0.00 | Late Payment Warning: If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $40.00. | |
| Days in Billing Period | 28 | | |

Pay online for free at: mysynchrony.com
For Synchrony Bank customer service or to report your
card lost or stolen, call (1-866-893-7864).

Best time to call are Wednesday - Friday.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/15/2021 | 11/15/2021 | F907235623000000359 | CHARGE OFF ACCOUNT-PRINCIPALS | ($3,100.72) |
| 11/15/2021 | 11/15/2021 | F9072013700995993 | CHARGE OFF ACCOUNT-INTEREST CHARGE | ($3,642.42) |
| | | | FEES | |
| 11/10/2021 | 11/10/2021 | | LATE FEE | $40.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $40.00 |
| | | | INTEREST CHARGED | |
| 11/15/2021 | 11/15/2021 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2021 | $440.60 |
| Total Interest Charged in 2021 | $2,692.18 |
| Total Interest Paid in 2021 | $0.00 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 26.99% | $0.00 | $0.00 |

## Cardholder News & Information

In order to protect your account privacy, we are unable to provide account information to anyone other than the cardholder(s) or an authorized party. If you wish to permit us to speak to an authorized party such as a spouse about your account, please send written authorization to the General Inquiries address.

You can pay your bill online or even the phone. We noticed you've been enjoying our easy paperless payment options, so we will no longer be including return envelopes. You can make things even easier by selecting the paperless statement option on your account online.

Statement not provided to customer.

* NOTICE: See reverse side and additional pages (if any) for important information concerning your account.

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $1,883.00 | $0.00 | 11/17/2021 | $0.00 | |

Payment Enclosed : $ ☐☐☐☐☐☐.☐☐

☐ New address or e-mail?
Check the box at left and
print changes on back.

Payment due includes $ 0.00 past due. Please pay the past due amount PROMPTLY.

ERIKA N WILSON
3540 DECATUR AVE APT 1G
BRONX NY 10467-1734

Make Payment to: SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

EXHIBIT B



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*00004*

Index no : CV-05361-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ERIKA N WILSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 3:16 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05361-23/BX endorsed thereon on ERIKA N WILSON at 3540 DECATUR AVE APT 1G , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Chante Wilson, Co-Resident of ERIKA N WILSON, a person of suitable age and discretion. Said premises is ERIKA N WILSON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3540 DECATUR AVE APT 1G , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 25 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3540 DECATUR AVE APT 1G, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: G1756067

EXHIBIT C

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------- X

SYNCHRONY BANK

                     Plaintiff,

         – against –

ERIKA WILSON,

                Defendant(s).

---------------------------------------------------------------- X

Index No.: 5361/23

ANSWER

      PLEASE TAKE NOTICE that Defendant Erika Wilson, by her attorney, Matthew
Schedler, Esq., Of Counsel to Elizabeth Miller, Esq., CAMBA Legal Services Inc., hereby
interpose the following Verified Answer to the Complaint:

1. Defendant lacks sufficient information to either admit or deny the allegations in
paragraphs 1, 2, and 3 of the Complaint.

2. Defendant denies the allegations in paragraph 4 of the Complaint.

3. Defendant denies the allegations in paragraph 5 of the Complaint.

4. Defendant denies the allegations in paragraph 6 of the Complaint.

5. Defendant denies the allegations in paragraph 7 of the Complaint.

6. Defendant denies the allegations in paragraph 8 of the Complaint.

7. Defendant denies the allegations in paragraph 9 of the Complaint.

8. Defendant denies the allegations in paragraph 10 of the Complaint.

9. Defendant denies the allegations in paragraph 11 of the Complaint.

FILED

SEP 1 8 2023

CIVIL COURT
BRONX COUNTY

DEFENSES

1

### First Affirmative Defense

10. The Court lacks personal jurisdiction over defendant because she was not properly served in accordance with C.P.L.R. § 308.

### Second Affirmative Defense

11. The plaintiff lacks standing to bring this action.

### Third Affirmative Defense

12. The defendant does not owe the debt.

### Fourth Affirmative Defense

13. The defendant disputes the amount of the debt.

### Fifth Affirmative Defense

14. The defendant is entitled to an offset against the amounts claimed because of plaintiff's failure to mitigate its damages.

### Sixth Affirmative Defense

15. The statute of limitations has expired

### Prayer for Relief

WHEREFORE, Defendant respectfully asks that the Court:

A. Dismiss the Complaint in its entirety;

B. Award defendant's reasonable costs and attorney fees; and

C. Award such other and further relief as the Court deems just and proper.

Dated: August 21, 2023
Brooklyn, New York



By:   Matthew Schedler, Esq., Of Counsel
      CAMBA Legal Services, Inc.
      Elizabeth Miller, Esq., General Counsel
      20 Snyder Avenue
      Brooklyn, NY 11226
      (718) 940-6311, ext. 79222
      (347) 525-5072
      matthewsc@camba.org
      *Attorneys for the Defendant*

## VERIFICATION

State of New York    )
                     ) ss.:
County of Kings      )

The undersigned, an Attorney duly admitted to practice law in the State of New York, affirms pursuant to NY CPLR 3020 (d) (3) the following statements to be true under the penalties of perjury: That I am the Attorney of record for Defendant; That I have read and know the contents of the foregoing Answer; That same is true to the knowledge of the affirmant except as to those matters therein stated to be alleged upon information and belief and as to those matters I believe to be true. The reason this verification is made by the affirmant and not the Defendant is because the Defendant does not reside in the county where I maintain an office for the practice of law.

By: Matthew Schedler, Esq., Of Counsel
Elizabeth Miller, Esq., Executive Director
CAMBA Legal Services, Inc.
Attorneys for Defendant
885 Flatbush Ave. 2nd Fl.
Brooklyn, NY 11226
(718) 940-6311
*Attorneys for the Defendant*

Dated: August 21, 2023
       Brooklyn, New York

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Civil Court of the City of New York, County of Bronx,
Index No.: 5361/23

SYNCHRONY BANK

Plaintiff,

-against-

ERIKA WILSON

Defendant(s).

**ANSWER**

Signature (Rule 130-1.1-a)

Print name beneath
Matthew Schedler, Of Counsel

*Attorney for*

**CAMBA LEGAL SERVICES, INC.**
Elizabeth Miller, Esq., General Counsel
*Office and Post Office Address, Telephone*
20 Snyder Avenue
Brooklyn, New York 11226
718-940-6311 ext. 79222

To: Selip and Stylianou, LLP
199 Crossways Park Drive
Woodbury, NY 11797
Attorney(s) for Plaintiff

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for

EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE SYKES, REA VEERABADREN,
KELVIN PEREZ, and CLIFTON
ARMOOGAM, individually and on behalf of
all others similarly situated,

                          Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC;
MEL S. HARRIS; MICHAEL YOUNG;
DAVID WALDMAN; KERRY LUTZ; TODD
FABACHER; MEL HARRIS JOHN/JANE
DOES 1-20; LEUCADIA NATIONAL
CORPORATION; L-CREDIT, LLC; LR
CREDIT, LLC; LR CREDIT 10, LLC; LR
CREDIT 14, LLC; LR CREDIT 18, LLC; LR
CREDIT 21, LLC; JOSEPH A. ORLANDO;
PHILIP M. CANNELLA; LR CREDIT
JOHN/JANE DOES 1-20; SAMSERV, INC.;
WILLIAM MLOTOK; BENJAMIN LAMB;
MICHAEL MOSQUERA; JOHN ANDINO;
and SAMSERV JOHN/JANE DOES 1-20,

                          Defendants.

ECF Case
No. 09 Civ. 8486(DC)

DECLARATION OF
NICHOLAS
EGLESON

NICHOLAS EGLESON declares under the penalty of perjury, pursuant to 28 U.S.C. §

1746, that the following is true and correct:

1. I am the founder and president of Paladin Consulting and Programming, which provides

   IT consulting services to New York area health care, social service, and non-profit

   agencies, and commercial clients. I submit this affidavit in further support of Plaintiffs'

   Motion for Class Certification.

2. On July 27, 2011, I began analyzing a Microsoft Access database entitled "Process

   Service Management System," which had been produced earlier that day. I understand

1

that this database is a record of all service of process performed by Samserv for Mel Harris and Associates, LLC, from January 2007 through January 2011.

3. Because I received the entire set of data on July 27, 2011, my analysis at this point is necessarily non-comprehensive. I believe there may be more data indicative of consistent, easily ascertainable trends that I have not yet been able to review.

4. The database contains 123,828 records of service, including 94,123 records of cases filed by Mel Harris in the New York City Civil Court. Of these records, 59,959 concern service of a summons and complaint in cases filed by Mel Harris on behalf of the Leucadia Defendants in New York City Civil Court.

5. For each record of service, the database contains a number of fields, including the name of the process server, his or her employee ID number, the date the process server was assigned to serve process, the method of service, the date and time of service, and, if applicable, the name and a description of the person served. The database also contains payment information for process servers.

6. For method of service, the database specifies the following methods of service: personal service, nail and mail, substitute service, corporate service, and several types of unsuccessful service.[1] In this affidavit I use the term "completed service" to mean instances in which a process server visited an address and effected service. "Attempted service" means instances in which a process server visited an address but did not effect service. "Visits" means all instances in which a process server went to an address,

---

[1] "Unsuccessful service" includes the following categories: nonservice, bad address, moved, new address, not known at address, P.O. Box, no apartment number, deceased, miscellaneous, jurisdiction and "retd-per atty-not serv."

2

whether or not service was effected. In other words, "visits" equals attempted plus completed services.

7. Six individual process servers (Assmst Abdelrahman, John Andino, Benjamin Lamb, Michael Mosquera, Angelo Rivera and James Stevens) accounted for 79% of all service performed by Samserv for Mel Harris in New York City between January 2007 and January 2011. Together, these individuals reported 74,446 services.

8. I was able to isolate several subsets of data by running queries in Microsoft Access, as well as by exporting the data into Microsoft SQL Server and Microsoft Excel.

**Impossible and Highly Improbable Reports of Service**

9. The data shows multiple instances of the same process server recording two or more services at different addresses at the same hour and minute – a physical impossibility. Twenty-three out of 25 servers who reported serving in New York City logged simultaneous visits at different addresses. Attached as Exhibit A is a table displaying the number of times each process server reported simultaneously being in at least two different locations in New York City at the same time.

10. For example, Defendant Mosquera claimed to be at four different locations on September 17, 2008 at 1 p.m., Defendant Lamb claimed to be in two different locations on November 28, 2007 at 6:59 p.m., and Defendant Andino claimed to be in nine different locations on March 29, 2007 at 4 p.m.

11. Overall, the data shows that Defendant Andino claimed to be in two or more places at the same time on 327 occasions, Defendant Mosquera on 124 occasions, and Defendant Lamb on 66 occasions.

3

12. Furthermore, in 2,915 instances, a process server claimed to have attempted or completed service *before* the date that the service was assigned to that process server – another physical impossibility.

13. Finally, each of the six most active process servers reported physically impossible travel times.

14. To determine actual travel time, I filtered the relevant data columns by server and date, sorted by time of visit, and ran a comparison with a driving route generated by Google Maps.

15. The data shows several instances where individual process servers reported making 40 to 100 visits in a day in less time than Google Maps estimates is required for the continuous drive time alone. The Google estimates assume a continuous driving route and do not include time for other activities, such as parking a vehicle, entering a building, serving legal papers, or updating a logbook.

16. The data also shows instances where process servers report having served papers in an order that required nonsensical backtracking along the route.

17. Attached as Exhibit B(1) through B(6) are tables displaying examples of simultaneous service, impossible travel times and nonsensical backtracking as reported by the six most active servers.

18. For example, Exhibit B(1) shows that on the morning of October 2, 2008, while serving defendants in Staten Island, Defendant Mosquera reported having completed 10 hours and 24 minutes of travel time in only two hours and five minutes. On that morning alone, Defendant Mosquera consistently backtracked among zip codes, and also reported four instances when he was in two different locations at the exact same time.

4

19. Exhibit B(2) shows that on December 8, 2007, while serving defendants in the Bronx,
Defendant Lamb reported having completed 12 hours and 15 minutes of travel in seven
hours and 10 minutes. On that day alone, Defendant Lamb consistently backtracked
among zip codes and also reported 10 instances when he was in two different locations at
the exact same time.

20. Exhibit B(3) shows that on October 15, 2007, while serving defendants in Brooklyn,
process server James Stevens reported making visits almost exclusively within five-
minute increments. A particularly odd entry shows that from 6:30 to 6:45 p.m., Mr.
Stevens traveled to an address that according to Google Maps would take him 22
minutes, not 15. Mr. Stevens also reported making this same impossible trip in 15
minutes on two other dates for additional service attempts. Also on October 15, 2007,
Mr. Stevens reported four instances when he was in two different locations at the exact
same time, including one for which he reported simultaneous service attempts at the same
two addresses on two other dates.

21. Exhibit B(4) shows that on December 15, 2007, while serving defendants in Brooklyn,
process server Angelo Rivera reported having completed eight hours and 48 minutes of
travel in six hours and 39 minutes. During that time period, Mr. Rivera reported a travel
time of one minute for a distance that according to Google Maps would take 31 minutes
to complete. On that day Mr. Rivera backtracked among zip codes repeatedly, and also
reported three instances where he was in two different locations at the exact same time.

22. Exhibit B(5) shows that on January 28, 2008, while serving defendants in the Bronx,
Defendant Andino reported having completed 16 hours and 57 minutes of travel time in
five hours and 36 minutes. During that time period Defendant Andino backtracked

5

repeatedly among zip codes, and reported 10 instances where he was in two different places at the exact same time.

23. Exhibit B(6) shows that on October 6, 2008, process server Assmat Abdelrahman reported making service attempts in Brooklyn at 16 different addresses in the span of two hours and 23 minutes, despite the fact that the driving time alone among those locations would have taken three hours and 27 minutes. Mr. Abdelrahman reported consistently backtracking among zip codes throughout the day, in one instance claiming a space of one minute between services when the drive would have taken at least 21 minutes. He also reported an instance of being at two different addresses at the exact same time.

Methods and Volume of Service

24. The data shows that a strikingly small number of individuals performed most of the reported service. Six individual process servers (Assmat Abdelrahman, John Andino, Benjamin Lamb, Michael Mosquera, Angelo Rivera and James Stevens) accounted for 79% of all service performed by Samserv for Mel Harris in New York City between January 2007 and January 2011. Together, these individuals reported 74,446 services.

25. The six process servers reported high volumes of service, including hundreds of days on which they claimed to have made more than 40 visits in a single day. See table attached at Exhibit C.

26. The six process servers also reported widely divergent rates of personal, substitute, and nail and mail service. For example, Defendant Mosquera reported personal service in 1% of cases, substitute service in 88% of cases, and nail and mail in 8% of cases. Defendant Lamb reported personal service in 5% of cases, substitute service in 91% of cases, and almost never reported nail and mail service. Meanwhile, Defendant Andino

6

reported nail and mail service in 80% of cases. See tables and charts attached at Exhibit D.

27. Overall, Samserv process servers in New York City reported effecting personal service in 3.5% of cases, substitute service in 69% of cases, and nail and mail service in 22.4% of cases.

**Payment of Process Servers**

28. Samserv's database contains information regarding payment rates, including whether or not a process server would be compensated for various service outcomes.

29. The database indicates that individual process servers were to be paid from $6.50 to $10 for each completed service, with the majority of the servers to be paid less than $10 per completed service.

30. The database also indicates that process servers received no payment when they reported that the address was not valid, the defendant had moved, the defendant was at a new address, the defendant was not known at the service address, the service address was a post office box, or the service address lacked an apartment number.

31. In 95% of NYC Civil Court cases, process servers reported an outcome for which they would be paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31 , 2011
New York, New York

NICHOLAS EGLESON

## Exhibit A - Simultaneous Visits to Different Addresses

Instances when servers report being at 2 or more addresses at the same time, for servers who claimed to serve in NYC Civil

| Employee ID# | Name | # instances |
|---|---|---|
| 1 | M. MOSQUERA | 124 |
| 2 | LAMB | 66 |
| 12 | STEVENS | 410 |
| 52 | RIVERA | 84 |
| 58 | ANDINO | 327 |
| 63 | ABDELRAHMAN | 122 |
| Other NYC Civil servers (<4000 service claims) | | |
| 3 | PINDER | 11 |
| 4 | LEWIS | 5 |
| 11 | WEGARD | 21 |
| 21 | D. MOSQUERA | 204 |
| 26 | BENITEZ | 41 |
| 55 | JACOBS | 42 |
| 56 | DWORETSKY | 138 |
| 57 | DEGENNARO | 1 |
| 60 | NEWMAN | 5 |
| 61 | ACEVEDO | 107 |
| 62 | JOSEPH | 3 |
| 64 | TANEGA | 2 |
| 66 | H. AL-ATRASH | 9 |
| 67 | MILLER | 85 |
| 71 | N. ATRASH | 34 |
| 72 | MATHERS | 24 |
| 73 | ISSAM | 2 |
| 77 | BARRETT | 0 |
| 78 | IBRAHIM | 0 |

Exhibit B1 - Mosquera Impossible Travel 10/2/2008

Key:

| | |
|---|---|
| | Nonsensical Zip Code Backtracking |
| | Claim to be in two places at once |



Page 1 of 2

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page42 of 57
AA-170

Exhibit B1 - Mosquera Impossible Travel 10/2/2008

| Name | Address | City | State | ZIP | | | | | | | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOSQUERA | | | | | | | | | | N&M | | |
| MOSQUERA | | | | | | | | | | N&M | | |
| MOSQUERA | | | | | | | | | | N&M | | |
| MOSQUERA | 114 NEWMORE ST | STATEN ISLAND | NY | 10312 | | | | | | N&M | 10/2/2008 | 10:44 AM |
| MOSQUERA | | | | | | | | | | N&M | | |
| MOSQUERA | 112 MC VEIGH AVE | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 11:06 AM |
| MOSQUERA | 31 WESTPORT LN | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 11:18 AM |
| MOSQUERA | 512 BUCHANAN AVE | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 11:32 AM |
| MOSQUERA | 69 BOWDOIN ST | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 1:05 PM |
| MOSQUERA | | | | | | | | | | N&M | | |
| MOSQUERA | 111 FREEDOM AVE APT 1A | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 1:20 PM |
| MOSQUERA | 154 DRAKE AVE | STATEN ISLAND | NY | 22314 | | | | | | N&M | 10/2/2008 | 1:19 PM |
| MOSQUERA | 72 REGIS DR | STATEN ISLAND | NY | 10314 | | | | | | N&M | 10/2/2008 | 2:00 PM |
| MOSQUERA | 1726 RICHMOND RD APT 1A | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 8:01 PM |
| MOSQUERA | 366 JEFFERSON AVE | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 8:20 PM |
| MOSQUERA | 38 DUMONT AVE | STATEN ISLAND | NY | 10305 | | | | | | N&M | 10/2/2008 | 8:31 PM |
| MOSQUERA | 80 HAFSTROM ST | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 8:43 PM |
| MOSQUERA | 25 HELY AVE | STATEN ISLAND | NY | 10304 | | | | | | N&M | 10/2/2008 | 8:56 PM |
| MOSQUERA | 48 EMMET AVE | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 9:10 PM |
| MOSQUERA | 12 LUKE CT | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 9:24 PM |
| MOSQUERA | 44 ROWAN AVE | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 9:36 PM |
| MOSQUERA | 131 CUBA AVE | STATEN ISLAND | NY | 10306 | | | | | | N&M | 10/2/2008 | 9:50 PM |

AA-171

Exhibit B2 - Lamb Impossible Travel 12/8/2007

Key:

Nondescript ZIP code hard tracking

Claim to be in two places at once

| | | borough | state | yr | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAMB | 2979 EDSON AVE #A 2 | BRONX | NY | 10469 | 12/8/2007 | 7:00 AM | | | | Sub. |
| LAMB | | | | | 12/8/2007 | 7:00 AM | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | 12/8/2007 | 7:58 AM | | | | Sub. |
| LAMB | | | | | 12/8/2007 | 7:58 AM | | | | Sub. |
| LAMB | 278 SWINTON AVE | | | 10465 | 12/8/2007 | 8:07 AM | 9 | | 8 | Sub. |
| LAMB | 820 COLGATE AVE | BRONX | NY | | | | | | | Sub. |
| LAMB | | BRONX | NY | 10471 | 12/8/2007 | 8:14 AM | 4 | | 0 | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | 875 MORRISON AVE APT 11K | BRONX | NY | 10472 | 12/8/2007 | 8:33 AM | 5 | | 4 | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | 825 MORRISON AVE APT 11F | BRONX | NY | 10473 | 12/8/2007 | 8:42 AM | 5 | | 4 | Sub. |
| LAMB | 1154 ELDER AVE APT 2K | BRONX | NY | 10472 | 12/8/2007 | 8:47 AM | 5 | | 3 | Sub. |
| LAMB | | | | | 12/8/2007 | 8:47 AM | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | 523 COMMONWEALTH AVE APT H31 | BRONX | NY | 10472 | 12/8/2007 | 9:18 AM | 7 | | 0 | Sub. |
| LAMB | | | | | | | | | | Sub. |
| LAMB | | | | | | | | | | Sub. |

Page 1 of 3

Exhibit B2 - Lamb Impossible Travel 12/8/2007

| | Address | City | State | | Date | Time | | | |
|---|---|---|---|---|---|---|---|---|---|
| LAMB | 2180 BRONX PARK E APT 2A APT 2A | BRONX | NY | 10463 | 12/8/2007 | 9:38 AM | 11 | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | 1515 METROPOLITAN AVE | BRONX | NY | 10462 | 12/8/2007 | 9:50 AM | 10 | 9 | Sub. |
| LAMB | 1553 UNIONPORT RD | BRONX | NY | 10462 | 12/8/2007 | 9:50 AM | 9 | 9 | Sub. |
| LAMB | | | | 10472 | 12/8/2007 | 9:54 AM | | 5 | Sub. |
| LAMB | 740 BEACH AVE APT 5E | BRONX | NY | 10473 | 12/8/2007 | 10:10 AM | 11 | 3 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | 1486 BEACH AVE APT 26 | BRONX | NY | 10460 | 12/8/2007 | 10:30 AM | 11 | 8 | Sub. |
| LAMB | | | | | 12/8/2007 | 10:30 AM | | 5 | Sub. |
| LAMB | XO87 CRESTON AVE APT 6A | BRONX | NY | 10453 | 12/8/2007 | 10:33 AM | 9 | 3 | Sub. |
| LAMB | | | | | 12/8/2007 | 10:33 AM | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sed. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sed. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | 12/8/2007 | 11:22 AM | | 5 | Sub. |
| LAMB | | | | | 12/8/2007 | 11:22 AM | | 5 | Sub. |
| LAMB | | | | | 12/8/2007 | 11:30 AM | | 5 | Sub. |
| LAMB | | | | | 12/8/2007 | 11:30 AM | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | 1714 ADAMS ST APT 2R | BRONX | NY | 10400 | 12/8/2007 | 12:00 PM | 10 | 9 | Sub. |
| LAMB | | | | | 12/8/2007 | 12:00 PM | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | 140 ALCOTT PL APT 18G | BRONX | NY | 10475 | 12/8/2007 | 12:22 PM | 10 | 1 | Sub. |
| LAMB | 220 CASALS PL APT 13K | BRONX | NY | 10473 | 12/8/2007 | 12:34 PM | 12 | 5 | Sub. |
| LAMB | 100 ELGAR PL APT 12B | BRONX | NY | 10475 | 12/8/2007 | 12:47 PM | 13 | 5 | Sub. |
| LAMB | 2185 REEDS MILL LN FL 16 APT 16J | BRONX | NY | 10475 | 12/8/2007 | 12:59 PM | 12 | 7 | Sub. |
| LAMB | 3100 PALMER AVE APT 3J0 | BRONX | NY | 10475 | 12/8/2007 | 1:10 PM | 11 | 2 | Sub. |
| LAMB | | | | | 12/8/2007 | 1:10 PM | | | Sub. |
| LAMB | 1066 SOUTHERN BLVD APT 13 | BRONX | NY | 10459 | 12/8/2007 | 1:22 PM | 12 | 3 | Sub. |
| LAMB | | | | | | | | 5 | Sub. |
| LAMB | | | | | | | | 5 | Sed. |

Exhibit B2 - Lamb Impossible Travel 12/8/2007

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LAMB | 2113 HAVILAND AVE | BRONX | | | | | | 4 | Sub |
| LAMB | | | | | | | | | Pers |
| LAMB | | | | | | | | | Sub |
| LAMB | | | | | | | | | Sub |
| LAMB | | | | | | | | | Sub |
| LAMB | 1721 GLEASON AVE APT 3 | BRONX | NY | 10472 | 12/8/2007 | 2:58 PM | | | Sub |
| LAMB | 1253 NOBLE AVE APT 2 | BRONX | NY | 10472 | 12/8/2007 | 3:26 PM | | | Sub |
| LAMB | 1271 CROES AVE | BRONX | NY | 10472 | 12/8/2007 | 3:51 PM | | | Sub |
| LAMB | 1132 TTELLY AVE APT 1R | BRONX | NY | 10472 | 12/8/2007 | 3:43 PM | | | Sub |
| LAMB | 1250 MORRISON AVE APT 3C | BRONX | NY | 10472 | 12/8/2007 | 2:53 PM | | | Sub |
| LAMB | 1245 MORRISON AVE | BRONX | NY | 10472 | 12/8/2007 | 3:00 PM | | | Sub |
| LAMB | 1240 MORRISON AVE APT 2N | BRONX | NY | 10472 | 12/8/2007 | 3:27 PM | | | Sub |
| LAMB | 3431 LIV AVE FLR 1 | BRONX | NY | 10469 | 12/8/2007 | 5:21 PM | | | Sub |
| LAMB | 3801 LACONIA AVE | BRONX | NY | 10469 | 12/8/2007 | 5:44 PM | | | Sub |
| LAMB | 3331 SEYMOUR AVE | BRONX | NY | 10469 | 12/8/2007 | 5:55 PM | | | Sub |
| LAMB | 1326 FISH AVE | BRONX | NY | 10469 | 12/8/2007 | 6:02 PM | | | Sub |
| LAMB | 2919 YATES AVE | BRONX | NY | 10469 | 12/8/2007 | 6:32 PM | | | Sub |
| LAMB | 2741 MICKLE AVE | BRONX | NY | 10469 | 12/8/2007 | 6:21 PM | | | Sub |
| LAMB | 2550 STEDMAN PL | BRONX | NY | 10469 | 12/8/2007 | 6:34 PM | | | Sub |
| LAMB | 1531 HAMMERSLEY AVE 1 | BRONX | NY | 10469 | 12/8/2007 | 6:48 PM | | | Sub |
| LAMB | 1210 BURKE AVE APT 3F | BRONX | NY | 10469 | 12/8/2007 | 6:53 PM | | | Sub |
| LAMB | 1324 OAKLEY ST FL 1 | BRONX | NY | 10469 | 12/8/2007 | 9:10 PM | | | Sub |
| LAMB | 2574 RADCLIFF AVE | BRONX | NY | 10469 | 12/8/2007 | 9:20 PM | | | Sub |
| LAMB | | | | | | | | | Pers |
| LAMB | 1836 PARKER STREET | BRONX | NY | 10462 | 12/8/2007 | 9:44 PM | | | Sub |
| LAMB | | | | | | | | | Sub |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page46 of 57

AA-174

Exhibit B3 - Stevens Impossible Travel 10/15/2007

Key:
- Claimed service on this day
- Nonsensical ZIP Code be tracking
- Claim to be in two places at once

| Name / Address | City | State | ID | Date | Time | | Date | Time | Date | Time | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEVENS 3302 ATLANTIC AVE APT | BROOKLYN | NY | 11333 | 10/15/2007 | 6:30 AM | N&M | 10/12/2007 | 1:05 PM | | | 10/13/2007 | 12:25 PM |
| STEVENS 34 ROCKAWAY AVE 2 | BROOKLYN | NY | 11273 | 10/15/2007 | 6:35 AM | N&M | 10/12/2007 | 1:10 PM | | | 10/13/2007 | 12:40 PM |
| STEVENS 1125 DECATUR ST APT 2 | BROOKLYN | NY | 11207 | 10/15/2007 | 6:40 AM | N&M | 10/12/2007 | 1:15 PM | | | 10/13/2007 | 12:45 PM |
| STEVENS 83 COOPER ST | BROOKLYN | NY | 11207 | 10/15/2007 | 6:45 AM | N&M | 10/12/2007 | 1:20 PM | | | 10/13/2007 | 12:50 PM |
| STEVENS 134 WINFIELD ST FL 1 | BROOKLYN | NY | 11221 | 10/15/2007 | 6:50 AM | N&M | 10/12/2007 | 1:25 PM | | | 10/13/2007 | 12:55 PM |
| STEVENS | | | | 10/15/2007 | 6:55 AM | Sub. | | | | | | 1:07 PM |
| STEVENS 219 SCHOLES ST APT 4B | BROOKLYN | NY | 11206 | 10/15/2007 | 7:01 AM | N&M | 10/12/2007 | 7:30 PM | | | 10/13/2007 | 1:05 PM |
| STEVENS 899 METROPOLITAN AVE | BROOKLYN | NY | 11211 | 10/15/2007 | 7:05 AM | N&M | 10/12/2007 | 7:35 PM | | | 10/13/2007 | 1:10 PM |
| STEVENS 184 CONSELYEA ST APT 2 | BROOKLYN | NY | 11211 | 10/15/2007 | 7:10 AM | N&M | 10/12/2007 | 7:40 PM | | | 10/13/2007 | 1:15 PM |
| STEVENS 204 JACKSON ST APT 2 | BROOKLYN | NY | 11211 | 10/15/2007 | 7:15 AM | N&M | 10/12/2007 | 7:45 PM | | | 10/13/2007 | 1:20 PM |
| STEVENS 367 S 2ND ST APT 3D | BROOKLYN | NY | 11221 | 10/15/2007 | 7:20 AM | Sub. | 10/12/2007 | 7:50 PM | | | 10/13/2007 | |
| STEVENS 413 S 5TH ST APT 1 | BROOKLYN | NY | 11211 | 10/15/2007 | 7:25 AM | N&M | 10/12/2007 | 7:55 PM | | | 10/13/2007 | 1:25 PM |
| STEVENS 200 THROOP AVE APT 14D | BROOKLYN | NY | 11206 | 10/15/2007 | 7:30 AM | N&M | 10/12/2007 | 8:00 PM | | | 10/13/2007 | 1:30 PM |
| STEVENS 231 VERNON AVE | BROOKLYN | NY | 11206 | 10/15/2007 | 7:35 AM | N&M | 10/12/2007 | 8:05 PM | | | 10/13/2007 | 1:35 PM |
| STEVENS 935 LAFAYETTE AVE APT 2 | BROOKLYN | NY | 11221 | 10/15/2007 | 7:40 AM | N&M | 10/12/2007 | 8:10 PM | | | 10/13/2007 | 1:40 PM |
| STEVENS 854 MACON ST APT 1 | BROOKLYN | NY | 11233 | 10/15/2007 | 7:45 AM | N&M | 10/12/2007 | 8:15 PM | | | 10/13/2007 | 1:45 PM |
| STEVENS 110 CHAUNCEY ST FL 5 APT | BROOKLYN | NY | 11233 | 10/15/2007 | 7:50 AM | N&M | 10/12/2007 | 8:20 PM | | | 10/13/2007 | 1:50 PM |
| STEVENS 156B LINCOLN PL | BROOKLYN | NY | 11233 | 10/15/2007 | 7:55 AM | N&M | 10/12/2007 | 8:25 PM | | | 10/13/2007 | 1:55 PM |
| STEVENS 1351 EASTERN PKWY APT | BROOKLYN | NY | 11233 | 10/15/2007 | 8:01 AM | N&M | 10/12/2007 | 8:30 PM | | | 10/13/2007 | 2:05 PM |
| STEVENS 877 EMPIRE BLVD APT B10 | BROOKLYN | NY | 11213 | 10/15/2007 | 8:05 AM | N&M | 10/12/2007 | 8:35 PM | | | 10/13/2007 | 2:10 PM |
| STEVENS | | | | | | Sub. | | | | | | |
| STEVENS | | | | | | Pres. | | | | | | |
| STEVENS 763 EASTERN PKWY APT | BROOKLYN | NY | 11213 | 10/15/2007 | 8:15 AM | N&M | 10/12/2007 | 8:50 PM | | | 10/13/2007 | 2:25 PM |
| STEVENS 127 KINGSTON AVE APT 3C | BROOKLYN | NY | 11213 | 10/15/2007 | 8:20 AM | Pres. | | | | | | |
| STEVENS 1625 FULTON ST APT C113 | BROOKLYN | NY | 11213 | 10/15/2007 | 8:30 AM | Pres. | | | | | | |
| STEVENS 604 POWELL ST | BROOKLYN | NY | 11212 | 10/15/2007 | 8:50 AM | Pres. | | | | | | |
| STEVENS | | | | | | Pres. | | | | | | |
| STEVENS 1119 CARROLL ST APT 4B | BROOKLYN | NY | 11225 | 10/16/2007 | 6:40 AM | N&M | 10/13/2007 | 6:05 PM | | | 10/15/2007 | 1:10 PM |
| STEVENS 390 MONTGOMERY ST | BROOKLYN | NY | 11225 | 10/16/2007 | 6:45 AM | N&M | 10/13/2007 | 6:10 PM | | | 10/15/2007 | 1:15 PM |
| STEVENS 11 MCKEEVER PL APT 8C | BROOKLYN | NY | 11225 | 10/16/2007 | 6:50 AM | N&M | 10/13/2007 | 6:15 PM | | | 10/15/2007 | 1:20 PM |
| STEVENS 1035 WASHINGTON AVE | BROOKLYN | NY | 11225 | 10/16/2007 | 6:55 AM | N&M | 10/13/2007 | 6:20 PM | | | 10/15/2007 | 1:25 PM |
| STEVENS 55 OCEAN AVE APT C1 | BROOKLYN | NY | 11225 | 10/16/2007 | 7:01 AM | N&M | 10/13/2007 | 6:25 PM | | | 10/15/2007 | 1:30 PM |
| STEVENS 54 STERLING ST | BROOKLYN | NY | 11225 | 10/16/2007 | 7:05 AM | N&M | 10/13/2007 | 6:30 PM | | | 10/15/2007 | 1:35 PM |
| STEVENS 330 STERLING ST APT 2K | BROOKLYN | NY | 11225 | 10/16/2007 | 7:15 AM | N&M | 10/13/2007 | 6:35 PM | | | 10/15/2007 | 1:40 PM |
| STEVENS 343 MAPLE ST APT 5B | BROOKLYN | NY | 11225 | 10/16/2007 | 7:20 AM | N&M | 10/13/2007 | 6:40 PM | | | 10/15/2007 | 1:45 PM |
| STEVENS 203 MIDWOOD ST APT 12 | BROOKLYN | NY | 11225 | 10/16/2007 | 7:25 AM | N&M | 10/13/2007 | 6:45 PM | | | 10/15/2007 | 1:50 PM |
| STEVENS 254 RUTLAND RD | BROOKLYN | NY | 11225 | 10/16/2007 | 7:30 AM | N&M | 10/13/2007 | 6:50 PM | | | 10/15/2007 | 1:55 PM |
| STEVENS 594 ROGERS AVE APT 4R | BROOKLYN | NY | 11225 | 10/16/2007 | 7:55 AM | N&M | 10/13/2007 | 6:55 PM | | | 10/15/2007 | 2:01 PM |

Exhibit B3 - Stevens Impossible Travel 10/15/2007

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STEVENS 537 ROGERS AVE | BROOKLYN | NY | 11225 | 10/16/2007 | 7:40 AM | | N8.M | 10/13/2007 | 7:01 PM | 10/15/2007 | 2:05 PM |
| STEVENS | | | | 10/12/2007 | 7:35 AM | | N8.M | 10/15/2007 | 2:05 PM | 10/16/2007 | 2:50 PM |
| STEVENS 60 CLARKSON AVE APT 41 | BROOKLYN | NY | 11226 | 10/16/2007 | 7:35 AM | | N8.M | 10/13/2007 | 7:35 PM | 10/15/2007 | 2:50 PM |
| STEVENS 200 LINDEN BLVD | BROOKLYN | NY | 11226 | 10/16/2007 | 8:10 AM | | N8.M | 10/13/2007 | 7:25 PM | 10/15/2007 | 3:15 PM |
| STEVENS 2723 SNYDER AVE | BROOKLYN | NY | 11226 | 10/16/2007 | 7:05 PM | | N8.M | 10/12/2007 | 7:10 AM | 10/15/2007 | 3:20 PM |
| STEVENS 245 MARTENSE ST APT 1 | BROOKLYN | NY | 11226 | 10/16/2007 | 7:10 PM | | N8.M | 10/12/2007 | 7:15 AM | 10/15/2007 | 3:20 PM |
| STEVENS 130 E 18TH ST APT 4L4 | BROOKLYN | NY | 11226 | 10/16/2007 | 7:15 PM | | N8.M | 10/12/2007 | 7:20 AM | 10/15/2007 | 3:25 PM |
| STEVENS | | | | 10/16/2007 | 7:30 PM | | N6.M | | | | |
| STEVENS 71 KENILWORTH PL SGMT | BROOKLYN | NY | 11218 | 10/16/2007 | 7:45 PM | | N8.M | 10/12/2007 | 7:35 AM | 10/15/2007 | 3:40 PM |
| STEVENS 1738 BROOKLYN AVE APT | BROOKLYN | NY | 11230 | 10/26/2007 | 7:55 PM | | N8.M | 10/12/2007 | 7:45 AM | 10/15/2007 | 3:50 PM |
| STEVENS 3670 AVENUE L | BROOKLYN | NY | 11230 | 10/16/2007 | 8:05 PM | | N8.M | 10/12/2007 | 7:55 AM | 10/15/2007 | 4:01 PM |
| STEVENS 1495 BROOKLYN AVE APT | BROOKLYN | NY | 11210 | 10/16/2007 | 8:15 PM | | N8.M | 10/12/2007 | 8:05 AM | 10/15/2007 | 4:15 PM |
| STEVENS 634 E 40TH ST | BROOKLYN | NY | 11210 | 10/16/2007 | 8:20 PM | | N8.M | 10/12/2007 | 8:10 AM | 10/15/2007 | 4:20 PM |
| STEVENS | | | | | | | N6.M | | | | |
| STEVENS 12161 FLATLANDS AVE APT | BROOKLYN | NY | 11207 | 10/17/2007 | 6:45 AM | | N6.M | 10/15/2007 | 6:20 PM | 10/16/2007 | 1:10 PM |
| STEVENS 9805 FLATLANDS AVE 1 FL | BROOKLYN | NY | 11236 | 10/17/2007 | 6:50 AM | | N6.M | 10/15/2007 | 6:25 PM | 10/16/2007 | 1:15 PM |
| STEVENS 1501 E 35TH ST FL 1 | BROOKLYN | NY | 11236 | 10/17/2007 | 6:55 AM | | N6.M | 10/15/2007 | 6:30 PM | 10/16/2007 | 1:20 PM |
| STEVENS 624 67TH ST APT 3R | BROOKLYN | NY | 11220 | 10/17/2007 | 7:15 AM | | N6.M | 10/15/2007 | 6:50 PM | 10/15/2007 | 1:40 PM |
| STEVENS 426 62ND ST | BROOKLYN | NY | 11220 | 10/17/2007 | 7:20 AM | | N6.M | 10/15/2007 | 6:55 PM | 10/16/2007 | 1:45 PM |
| STEVENS 933 60TH ST | BROOKLYN | NY | 11220 | 10/17/2007 | 7:25 AM | | N6.M | 10/15/2007 | 7:01 PM | 10/16/2007 | 1:50 PM |
| STEVENS 445 16TH ST FL 4 APT 4R | BROOKLYN | NY | 11215 | 10/17/2007 | 7:20 AM | | N6.M | 10/15/2007 | 7:15 PM | 10/16/2007 | 2:10 PM |
| STEVENS | | | | 10/17/2007 | 7:50 AM | | N6.M | 10/15/2007 | 7:15 PM | 10/16/2007 | 2:10 PM |
| STEVENS 510 ATLANTIC AVE APT 6Z6 | BROOKLYN | NY | 11217 | 10/17/2007 | 7:50 AM | | N6.M | 10/15/2007 | 7:30 PM | 10/16/2007 | 2:25 PM |
| STEVENS 401 E 90TH ST FL 2 APT 2R | BROOKLYN | NY | 11212 | 10/15/2007 | 8:05 PM | | N6.M | 10/12/2007 | 1:15 PM | 10/13/2007 | 2:40 AM |
| STEVENS 1155 WILLMOHST APT 2F | BROOKLYN | NY | 11212 | 10/15/2007 | 8:10 PM | | N6.M | 10/12/2007 | 1:20 PM | 10/13/2007 | 7:15 AM |
| STEVENS 328 E 98TH ST APT 6 | BROOKLYN | NY | 11212 | 10/16/2007 | 8:15 PM | | N6.M | 10/12/2007 | 1:25 PM | 10/13/2007 | 7:20 AM |
| STEVENS 477 SARATOGA AVE AA | BROOKLYN | NY | 11221 | 10/15/2007 | 8:20 PM | | Pers. | | | | |
| STEVENS | | | | 10/15/2007 | 8:25 PM | | Pers. | | | | |
| STEVENS | | | | 10/15/2007 | 8:25 PM | | N6.M | 10/12/2007 | 1:30 PM | 10/13/2007 | 7:25 AM |
| STEVENS 315 SUTTER AVE APT 5C | BROOKLYN | NY | 11212 | 10/15/2007 | 8:35 PM | | Pers. | | | | |
| STEVENS 315 SUTTER AVE APT 3F | BROOKLYN | NY | 11212 | 10/15/2007 | 8:40 PM | | N6.M | 10/12/2007 | 1:35 PM | 10/16/2007 | 7:30 AM |
| STEVENS 371 BLAKE AVE APT 3G | BROOKLYN | NY | 11212 | 10/14/2007 | 8:45 PM | | Pers. | | | | |
| STEVENS 662 SCHENCK AVE | BROOKLYN | NY | 11207 | 10/15/2007 | 9:01 PM | | N6.M | 10/12/2007 | 1:50 PM | 10/13/2007 | 7:45 AM |
| STEVENS 639 GLENMORE AVE FL 1 | BROOKLYN | NY | 11208 | 10/15/2007 | 9:05 PM | | N6.M | 10/12/2007 | 1:55 PM | 10/13/2007 | 7:50 AM |
| STEVENS 1260 SUTTER AVE FL 2 APT | BROOKLYN | NY | 11208 | 10/15/2007 | 9:10 PM | | Sub. | | | | |
| STEVENS 735 LINCOLN APT 3U | BROOKLYN | NY | 11208 | 10/15/2007 | 9:15 PM | | N6.M | 10/12/2007 | 2:01 PM | 10/13/2007 | 7:55 AM |
| STEVENS | | | | | | | N6.M | | | | 8:07 AM |
| STEVENS 101 WELDON ST APT 62 | BROOKLYN | NY | 11208 | 10/15/2007 | 9:25 PM | | N6.M | 10/12/2007 | 2:10 PM | 10/13/2007 | 8:05 AM |
| STEVENS 439 LINCOLN AVE APT 1R | BROOKLYN | NY | 11208 | 10/15/2007 | 9:30 PM | | N6.M | 10/12/2007 | 2:15 PM | 10/13/2007 | 8:10 AM |
| STEVENS | | | | | | | Pers. | | | | |
| STEVENS 20 LOGAN FIR 2 | BROOKLYN | NY | 11208 | 10/15/2007 | 9:40 PM | | N6.M | 10/12/2007 | 2:25 PM | 10/13/2007 | 8:20 AM |
| STEVENS 46 HALE AVE FL 2 | BROOKLYN | NY | 11208 | 10/15/2007 | 9:45 PM | | N6.M | 10/12/2007 | 2:30 PM | 10/13/2007 | 8:25 AM |
| STEVENS 2683 PILTON BSMT ST | BROOKLYN | NY | 11207 | 10/15/2007 | 9:50 PM | | N6.M | 10/12/2007 | 2:35 PM | 10/13/2007 | 8:30 AM |

Page 2 of 2

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page48 of 57

AA-176

Exhibit B4 - Rivera Impossible Travel 12/15/2007

Key:
Claimed service on this day
Nonservice ZIP Code backtracking
Claim to be in two places at once

| Name | Address | City | State | | Service Date | Time of Service | Time of Service | | Return | | Next Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIVERA | 1302 LINCON N PL | BROOKLYN | NY | 11213 | 12/15/2007 | 8:23 AM | | Sub. | | | | |
| RIVERA | 1059 SUTTER AVE APT 2 | BROOKLYN | NY | 11208 | 12/15/2007 | 9:15 AM | | Sub. | | | | |
| RIVERA | 203 E 115 ST | BROOKLYN | NY | 11103 | 12/17/2007 | 6:53 PM | | NBM | | 12/15/2007 | 11:00 AM |
| RIVERA | 1292 PROSPECT PL APT 3C | BROOKLYN | NY | 11213 | 12/17/2007 | 6:00 AM | | NBM | | 12/15/2007 | 12:00 PM |
| RIVERA | 560 WELDON ST UNIT A | BROOKLYN | NY | 11208 | 12/17/2007 | 6:36 AM | | NBM | | 12/15/2007 | 12:37 PM |
| RIVERA | 606 JEROME ST FL 1 | BROOKLYN | NY | 11107 | 12/15/2007 | 12:51 PM | | Sub. | | | | |
| RIVERA | 405 WILLIAMS AVE APT 1F | BROOKLYN | NY | 11107 | 12/15/2007 | 1:01 PM | | Sub. | | | | |
| RIVERA | 40 TAPSCOTT ST | BROOKLYN | NY | 11112 | 12/15/2007 | 1:15 PM | | Sub. | | | | |
| RIVERA | 80 POWELL ST FL 3 | BROOKLYN | NY | 11213 | 12/15/2007 | 1:25 PM | | Sub. | | | | |
| RIVERA | 29 CHRISTOPHER AVE 9G | BROOKLYN | NY | 11213 | 12/15/2007 | 1:35 PM | | Sub. | | | | |
| RIVERA | 358 BRISTOL ST APT A | BROOKLYN | NY | 11112 | 12/15/2007 | 1:45 PM | | Sub. | | | | |
| RIVERA | 453 HERCL ST APT 1D | BROOKLYN | NY | 11217 | 12/15/2007 | 3:35 PM | | Sub. | | | | |
| RIVERA | 480 WATKINS ST APT 3H | BROOKLYN | NY | 11212 | 12/15/2007 | 2:05 PM | | Sub. | | | | |
| RIVERA | 308 SUTTER AVE APT 3C | BROOKLYN | NY | 11212 | 12/15/2007 | 2:15 PM | | Sub. | | | | |
| RIVERA | 115 SUTTER AVE APT 21B | BROOKLYN | NY | 11213 | 12/15/2007 | 2:25 PM | | Sub. | | | | |
| RIVERA | 854 HANCOCK ST 2 | BROOKLYN | NY | 11216 | 12/15/2007 | 2:50 PM | | Sub. | | | | |
| RIVERA | | | | | 12/15/2007 | 2:30 PM | | Sub. | | | | |
| RIVERA | | | | | 12/15/2007 | 2:40 PM | | Sub. | | | | |
| RIVERA | | | | | 12/15/2007 | 2:40 PM | | Sub. | | | | |
| RIVERA | 99 ROGERS AVE 2 | BROOKLYN | NY | 11216 | 12/15/2007 | 3:00 PM | 20 | 7 Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | 737 E 45TH ST FL 2 | BROOKLYN | NY | 11203 | 12/17/2007 | 6:53 AM | 10 | 3 NBM | | 12/15/2007 | 3:36 PM |
| RIVERA | 283 E 35TH ST APT 5G | BROOKLYN | NY | 11203 | 12/17/2007 | 7:01 AM | 10 | 3 NBM | | 12/15/2007 | 3:25 PM |
| RIVERA | | | | | 12/15/2007 | 3:26 PM | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | 8407 17TH AVE 3F | BROOKLYN | NY | 11214 | 12/15/2007 | 5:04 PM | 15 | 10 Sub. | | | | |
| RIVERA | 8415 14TH AVE | BROOKLYN | NY | 11214 | 12/15/2007 | 5:14 PM | 20 | 5 Sub. | | | | |
| RIVERA | 2068 85TH ST APT 1E | BROOKLYN | NY | 11214 | 12/15/2007 | 5:24 PM | 10 | 4 Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |
| RIVERA | | | | | | | | Sub. | | | | |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page49 of 57

AA-177

Exhibit B4 - Rivera Impossible Travel 12/15/2007

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RIVERA 179 BAY 41ST ST 1 | BROOKLYN | NY | -11214 | 12/15/2007 | 5:54 PM | 10 | 1 Seb. | | |
| RIVERA | | | | | | | Seb. | | |
| RIVERA 763 EMP RE BLVD APT C9 | BROOKLYN | NY | 11213 | 12/15/2007 | 5:39 PM | 30 | 18 Seb. | | |
| RIVERA 4072 NOSTRAND AVE APT 2R | BROOKLYN | NY | 11210 | 12/15/2007 | 5:51 PM | 12 | 8 Seb. | | |
| RIVERA | | | | | | | Seb. | | |
| RIVERA | | | | | | | Seb. | | |
| RIVERA | | | | | | | Seb. | | |
| RIVERA | | | | | | | Seb. | | |
| RIVERA 320 7TH AVE APT 179 | BROOKLYN | NY | 11215 | 12/15/2007 | 7:31 PM | 10 | 3 Seb. | | |
| RIVERA 409 7TH AVE APT 2R | BROOKLYN | NY | 11215 | 12/15/2007 | 7:41 PM | 10 | 1 Seb. | | |
| RIVERA 20 DE KOLSE AVE APT 6F | BROOKLYN | NY | 11211 | 12/17/2007 | 7:35 AM | 17 | 16 NBM | 12/15/2007 | 7:58 PM |
| RIVERA 33 WILSON ST APT 2 | BROOKLYN | NY | 11211 | 12/17/2007 | 7:45 AM | 10 | 9 NBM | 12/15/2007 | 8:08 PM |
| RIVERA 51 FORD ST 4F | BROOKLYN | NY | 11211 | 12/17/2007 | 7:53 AM | 10 | 4 NBM | 12/15/2007 | 8:18 PM |
| RIVERA | | | | | | | Seb. | | |
| RIVERA 3418 FULTON STREET | BROOKLYN | NY | 11208 | 12/15/2007 | 8:33 PM | 10 | 6 Seb. | | |
| RIVERA 445 ESSEX ST 2 | BROOKLYN | NY | 11208 | 12/15/2007 | 8:49 PM | 10 | 8 Seb. | | |
| RIVERA 359 ELTGH ST | BROOKLYN | NY | 11208 | 12/15/2007 | 8:59 PM | 10 | 1 Seb. | | |
| RIVERA | | | | | | | 1 NBM | 12/13/2007 | 8:18 PM |
| RIVERA | | | | | | | Seb. | | |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page50 of 57

AA-178

Exhibit B5 - Andino Impossible Travel 1/28/2008

Key:

Nonsensical # / Code backtracking

Claim to be in two places at once



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ANDINO 370 MORRIS AVE APT AE | BRONX | NY | 10451 | 1/28/2008 | 6:11 AM | | | | NKM |
| ANDINO 271 E 143RD ST APT 13C | BRONX | NY | 10451 | 1/28/2008 | 6:16 AM | 4 | 1 | NKM | |
| ANDINO 900 E 143RD ST APT 12C | BRONX | NY | 10455 | 1/28/2008 | 6:20 AM | | 1 | NKM | |
| ANDINO | | | | 1/28/2008 | 6:20 AM | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | 10453 | 1/28/2008 | 6:34 AM | | | NKM | |
| ANDINO | | | 10453 | 1/28/2008 | 6:34 AM | | | NKM | |
| ANDINO | | | | 1/28/2008 | 6:39 AM | | | NKM | |
| ANDINO | | | | 1/28/2008 | 6:30 AM | | | NKM | |
| ANDINO 914 E 183 STREET APT 3C | BRONX | NY | 10453 | 1/28/2008 | 6:40 AM | 5 | | NKM | 2 |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO 585 SOUTHERN BLVD APT 44 | BRONX | NY | 10455 | 1/28/2008 | 7:01 AM | 5 | | NKM | 3 |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO 920 CO OP CITY BLVD APT 10B | BRONX | NY | 10475 | 1/28/2000 | 7:14 AM | 5 | 5 | NKM | 2 |
| ANDINO 220 CASALS PL APT 32J | BRONX | NY | 10475 | 1/28/2008 | 7:19 AM | 5 | | NKM | 3 |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO 1465 WYSE AVE APT 13 | BRONX | NY | 10459 | 1/28/2008 | 7:42 AM | 7 | | NKM | 2 |
| ANDINO | | | | | | | | NKM | |
| ANDINO 1436 CROTONA PARK E APT 1A | BRONX | NY | 10460 | 1/28/2008 | 7:53 AM | 5 | | NKM | 2 |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO | | | | | | | | NKM | |
| ANDINO 3170 REHREE AVE 3E | BRONX | NY | 10451 | 1/28/2008 | 8:19 AM | 9 | | NKM | 8 |

Page 1 of 3

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page51 of 57

AA-179

Exhibit B5 - Andino Impossible Travel 1/28/2008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | 8:39 AM | | | | N&M |
| | | | | 8:39 AM | | | | N&M |
| | | | | 8:42 AM | | | | N&M |
| | | | | 8:42 AM | | | | N&M |
| | | | | 8:51 AM | | | | N&M |
| | | | | 8:51 AM | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | 8:15 AM | | | | N&M |
| | | | | 8:15 AM | | | | N&M |
| 555 EAST 78TH ST APT 1 C | BRONX | NY | 10457 | 1/28/2008 | 8:29 AM | 5 | 2 | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| 630 PUGSLEY AVE APT 7F | BRONX | NY | 10473 | 1/28/2008 | 8:41 AM | 6 | 4 | N&M |
| | | | | | 8:41 AM | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| 4039 E TREMONT APT 2F | BRONX | NY | 10465 | 1/28/2008 | 10:10 AM | 5 | 2 | N&M |
| | | | | 1/28/2008 | 10:10 AM | | | N&M |
| 365 FORD ST APT 2CP | BRONX | NY | 10457 | 1/28/2008 | 10:15 AM | 6 | 2 | N&M |
| | | | | | | | | N&M |
| 2153 WASHINGTON AVE BSMT APT | BRONX | NY | 10457 | 1/28/2008 | 10:32 AM | 7 | 3 | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| | | | | | | | | N&M |
| 520 E 137TH ST APT 9A | BRONX | NY | 10454 | 1/28/2008 | 10:58 AM | 6 | 3 | N&M |
| | | | | | | | | N&M |

Page 2 of 3

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page52 of 57

AA-180

Exhibit B5 - Andino Impossible Travel 1/28/2008

| | | | | | | |
|---|---|---|---|---|---|---|
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO | | | | | | N&M |
| ANDINO 226 E 203RD ST APT 6C | BRONX | NY | 10458 | 1/28/2008 11:34 AM | 5 | 4 N&M |
| ANDINO | | | | 1/28/2008 11:37 AN | | N&M |
| ANDINO 512 E 145TH ST APT 3G | BRONX | NY | 10454 | 1/28/2008 11:37 AN | 0 | 0 N&M |
| ANDINO | | | | | | N&M |
| ANDINO 116 E MOSHOLU F EWY 5 FL 3 APT | BRONX | NY | 10458 | 1/28/2008 11:47 AM | 3 | 4 N&M |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page53 of 57
AA-181

## Exhibit B6 - Abdelrahman Impossible Travel 10/6/2008

**Key:**
- Claimed service on this day
- Nonsensical ZIP Code backtracking
- Claims to be in two places at once

| Surname | Address of Service | Borough State | ZIP | # | Event/Swipe Date | Time of Swipe | Type | Claimed | First Date | First Time | Next Date | Next Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABDELRAHMAN | 653 53RD ST APT 1 | BROOKLYN NY | 11220 | 11334 | 10/6/2008 | 8:21 AM | N&M | | 10/6/2008 | 6:05 AM | 10/7/2008 | 8:55 PM |
| ABDELRAHMAN | | BROOKLYN NY | | 11334 | 10/6/2008 | 6:43 AM | N&M | | 10/3/2008 | 1:23 PM | 10/4/2008 | 7:03 PM |
| ABDELRAHMAN | 1551 E 66TH ST | BROOKLYN NY | | 11234 | 10/6/2008 | 7:02 AM | N&M | | 10/3/2008 | 1:33 PM | 10/4/2008 | 7:27 PM |
| ABDELRAHMAN | 1812 E 53RD ST | BROOKLYN NY | | 11234 | 10/6/2008 | 7:23 AM | N&M | | 10/3/2008 | 2:03 PM | 10/4/2008 | 7:40 PM |
| ABDELRAHMAN | 3252 E 28TH ST | BROOKLYN NY | | 11233 | 10/6/2008 | 7:02 AM | N&M | | 10/7/2008 | 2:20 PM | 10/4/2008 | 7:56 PM |
| ABDELRAHMAN | 3302 W 12TH ST APT 3 | BROOKLYN NY | | 11223 | 10/6/2008 | 7:57 AM | N&M | | 10/7/2008 | 3:10 PM | 10/4/2008 | 8:17 PM |
| ABDELRAHMAN | 2820 W 8TH ST APT 9G | BROOKLYN NY | | 11224 | 10/6/2008 | 8:22 AM | N&M | | 10/7/2008 | 3:20 PM | 10/4/2008 | 8:30 PM |
| ABDELRAHMAN | 2531 AVENUE X | BROOKLYN NY | | 11235 | 10/6/2008 | 8:38 AM | N&M | | 10/7/2008 | 3:34 PM | 10/4/2008 | 8:47 PM |
| ABDELRAHMAN | 2430 HARING ST APT 5G | BROOKLYN NY | | 11235 | | | N&M | | 10/7/2008 | 5:50 PM | 10/4/2008 | 9:00 PM |
| ABDELRAHMAN | | BROOKLYN NY | | 11233 | 10/6/2008 | 9:20 AM | N&M | | 10/7/2008 | 6:22 AM | 10/4/2008 | 9:26 PM |
| ABDELRAHMAN | 1327 52ND ST | BROOKLYN NY | | 11219 | 10/6/2008 | 9:39 AM | N&M | | 10/3/2008 | 6:35 AM | 10/4/2008 | 9:49 PM |
| ABDELRAHMAN | 4815 15TH AVE APT 6F | BROOKLYN NY | | 11219 | 10/6/2008 | 10:25 AM | N&M | | 10/7/2008 | 6:56 AM | 10/4/2008 | 10:08 PM |
| ABDELRAHMAN | 340 CROWN ST APT 6G | BROOKLYN NY | | 11225 | 10/6/2008 | 10:37 AM | Sub | | | | | |
| ABDELRAHMAN | 60 TURNER PL APT 1D | BROOKLYN NY | | 11219 | 10/6/2008 | 10:51 AM | Sub | | | | | |
| ABDELRAHMAN | | BROOKLYN NY | | 11225 | 10/6/2008 | 10:57 AM | Sub | | | | | |
| ABDELRAHMAN | 1310 WESTBURY CT APT 3R | BROOKLYN NY | | 11225 | 10/6/2008 | 11:13 AM | Sub | | | | | |
| ABDELRAHMAN | 612 OCEAN AVE APT 2E | BROOKLYN NY | | 11225 | | | Sub | | | | | |
| ABDELRAHMAN | | | | | 10/6/2008 | 11:41 AM | Sub | | | | | |
| ABDELRAHMAN | 92 WOODRUFF AVE APT 2D | BROOKLYN NY | | 11225 | 10/6/2008 | 11:57 AM | Sub | | | | | |
| ABDELRAHMAN | 1567 NOSTRAND AVE APT 5E | BROOKLYN NY | | 11226 | 10/6/2008 | 12:17 PM | Sub | | | | | |
| ABDELRAHMAN | 180 LENOX RD APT 3E | BROOKLYN NY | | 11226 | 10/6/2008 | 12:30 PM | Sub | | | | | |
| ABDELRAHMAN | 222 LENOX RD APT 4AA | BROOKLYN NY | | 11226 | 10/6/2008 | 12:48 PM | Sub | | | | | |
| ABDELRAHMAN | 30 LINCOLN BLVD APT 5 | BROOKLYN NY | | 11226 | 10/6/2008 | 12:59 PM | Sub | | | | | |
| ABDELRAHMAN | 50 LINCOLN BLVD APT 15 | BROOKLYN NY | | 11226 | 10/6/2008 | 1:20 PM | Sub | | | | | |
| ABDELRAHMAN | 468 E 32ND ST APT 3B | BROOKLYN NY | | 11226 | 10/6/2008 | 1:37 PM | Pers | | | | | |
| ABDELRAHMAN | 265 E 17TH ST APT 201 | BROOKLYN NY | | 11225 | 10/6/2008 | | Sub | | | | | |
| ABDELRAHMAN | | | | 11224 | 10/6/2008 | 6:17 AM | N&M | 13 | 10/6/2008 | 2:16 PM | 10/7/2008 | 7:12 PM |
| ABDELRAHMAN | 2545 W 23RD ST APT 9R | BROOKLYN NY | | 11224 | 10/6/2008 | 6:16 AM | N&M | 2 | 10/6/2008 | | 10/7/2008 | 7:23 PM |
| ABDELRAHMAN | | | | | 10/6/2008 | 6:43 AM | Sub | | | | | |
| ABDELRAHMAN | 3606 BAYVIEW AVE | BROOKLYN NY | | 11224 | 10/6/2008 | 7:02 AM | N&M | 13 | 10/6/2008 | 2:36 PM | 10/7/2008 | 7:30 PM |
| ABDELRAHMAN | | | | | | | N&M | 4 | | 2:36 PM | 10/7/2008 | 7:23 PM |
| ABDELRAHMAN | 224 E 18TH ST | BROOKLYN NY | | 11226 | 10/6/2008 | 3:53 PM | Sub | 16 / 4 | | | | |
| ABDELRAHMAN | 1455 E 18TH ST FL 3 | BROOKLYN NY | | 11230 | 10/6/2008 | 3:07 PM | Sub | 14 / 6 | | | | |
| ABDELRAHMAN | 856 E 95TH ST | BROOKLYN NY | | 11236 | 10/6/2008 | 3:20 PM | Pers | 13 / 8 | | | | |
| ABDELRAHMAN | | BROOKLYN NY | | 11238 | 10/6/2008 | 3:33 AM | N&M | | 10/6/2008 | 3:29 PM | 10/7/2008 | 7:56 PM |

Exhibit B6 - Abdelrahman Impossible Travel 10/6/2008

| Name | Address | City | | | | | School | | | Name Date | Poll Time | Notification | PM Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABDELRAHMAN | 1419 E 93RD ST | BROOKLYN NY | 11235 | | | | 25 | | 17 Pers. | | | | 8:19 PM |
| ABDELRAHMAN | | | | 10/6/2008 | 3:45 PM | | | | M&M | | | 10/7/2008 | |
| ABDELRAHMAN | | | | 10/8/2008 | 7:43 AM | | | | M&M | | | | |
| ABDELRAHMAN | 9205 AVE A | BROOKLYN NY | 11235 | | | | 12 | | Sub. | | | | 8:49 PM |
| ABDELRAHMAN | | | | 10/6/2008 | 4:09 PM | | | | 7 Sub. | | | 10/7/2008 | |
| ABDELRAHMAN | | | | 10/8/2008 | 8:00 AM | | | | M&M | | | | |
| ABDELRAHMAN | 305 LINDEN BLVD APT 28E | BROOKLYN NY | 11225 | 10/7/2008 | 6:40 AM | | | | M&M | 10/4/2008 | 1:15 PM | 10/6/2008 | 7:58 PM |
| ABDELRAHMAN | 1806 CATON AVE APT C1 | BROOKLYN NY | 11226 | 10/7/2008 | 6:56 AM | | | | M&M | 10/4/2008 | 1:05 PM | 10/6/2008 | 7:32 PM |
| ABDELRAHMAN | 1701 ALBEMARLE RD APT F12 | BROOKLYN NY | 11225 | 10/7/2008 | 7:19 AM | | | | M&M | 10/4/2008 | 2:10 PM | 10/6/2008 | 7:40 PM |
| ABDELRAHMAN | | | | 10/7/2008 | 7:35 AM | | | | M&M | 10/4/2008 | 2:05 PM | | |
| ABDELRAHMAN | 1413 E 103RD ST | BROOKLYN NY | 11235 | 10/7/2008 | 7:52 AM | | | | M&M | 10/4/2008 | 3:32 PM | 10/6/2008 | 8:09 PM |
| ABDELRAHMAN | 1271 E 83RD ST | BROOKLYN NY | 11235 | 10/7/2008 | 8:14 AM | | | | M&M | 10/4/2008 | 4:20 PM | 10/6/2008 | 8:77 PM |
| ABDELRAHMAN | 1434 E 102ND ST | BROOKLYN NY | 11235 | | | | | | M&M | | | | |
| ABDELRAHMAN | | | | | | | | | M&M | | | | |
| ABDELRAHMAN | 555 MCDONALD AVE APT 4 | BROOKLYN NY | 11218 | 10/6/2008 | 3:12 PM | | | | Sub. | | | | |
| ABDELRAHMAN | 576 E 4TH ST BSMT | BROOKLYN NY | 11218 | 10/6/2008 | 9:25 PM | | | | Sub. | | | | |
| ABDELRAHMAN | 280 E 2ND ST APT C | BROOKLYN NY | 11218 | 10/6/2008 | 9:38 PM | | | | Sub. | | | | |
| ABDELRAHMAN | | | | | | | | | Sub. | | | | |
| ABDELRAHMAN | 115 AVENUE M | BROOKLYN NY | 11231 | 10/6/2008 | 10:09 PM | | | | Sub. | | | | |
| ABDELRAHMAN | 6512 AVENUE M | BROOKLYN NY | 11234 | 10/6/2008 | 10:27 PM | | | | Sub. | | | | |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page55 of 57

AA-183

## Exhibit C - High Volume of Visits per Day by Top Six Servers

Number and percentage of days with high volumes of visits, per server

| # visits/day | # days | % of total days | # days | % of total days | # days | % of total days |
|---|---|---|---|---|---|---|
| 30+ | 303 | 39.10% | 208 | 27.15% | 172 | 56.39% |
| 40+ | 206 | 26.58% | 110 | 14.36% | 115 | 37.70% |
| 50+ | 138 | 17.81% | 52 | 6.79% | 71 | 23.28% |
| 60+ | 75 | 9.68% | 23 | 3.00% | 42 | 13.77% |
| 70+ | 26 | 3.35% | 13 | 1.70% | 21 | 6.89% |
| 80+ | 11 | 1.42% | 3 | 0.39% | 7 | 2.30% |
| 90+ | 1 | 0.13% | 2 | 0.26% | 1 | 0.33% |
| 100+ | 0 | 0.00% | 2 | 0.26% | 0 | 0.00% |

| # visits/day | # days | % of total days | # days | % of total days | # days | % of total days |
|---|---|---|---|---|---|---|
| 30+ | 354 | 52.29% | 238 | 63.81% | 261 | 45.55% |
| 40+ | 250 | 36.93% | 184 | 49.33% | 163 | 28.45% |
| 50+ | 161 | 23.78% | 106 | 28.42% | 67 | 10.82% |
| 60+ | 97 | 14.33% | 66 | 17.69% | 14 | 2.44% |
| 70+ | 55 | 8.12% | 42 | 11.26% | 2 | 0.35% |
| 80+ | 24 | 3.55% | 23 | 6.17% | 0 | 0.00% |
| 90+ | 8 | 1.18% | 9 | 2.41% | 0 | 0.00% |
| 100+ | 2 | 0.30% | 5 | 1.34% | 0 | 0.00% |

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page56 of 57

AA-184

Exhibit D - Service Methods in NYC Civil by Top Six Servers for Claimed Services

Service method breakdown by type for NYC Civil, Top 6 servers

### Michael Mosquera



| | Number | Percentage |
|---|---|---|
| Personal | 192 | 1.03% |
| Nail & mail | 1399 | 7.53% |
| Substitute | 16362 | 88.07% |
| Other, unsuccessful | 626 | 3.37% |
| | 18579 | 100.00% |

### Benjamin Lamb



| | Number | Percentage |
|---|---|---|
| Personal | 879 | 5.31% |
| Nail & mail | 5 | 0.03% |
| Substitute | 15085 | 91.21% |
| Other, unsuccessful | 570 | 3.45% |
| | 16539 | 100.00% |

### James Stevens



| | Number | Percentage |
|---|---|---|
| Personal | 269 | 6.44% |
| Nail & mail | 3233 | 77.46% |
| Substitute | 570 | 13.66% |
| Other, unsuccessful | 102 | 2.44% |
| | 4174 | 100.00% |

Page 1 of 2

Case 13-2742, Document 107-2, 11/15/2013, 1093370, Page57 of 57

AA-185

Exhibit D - Service Methods In NYC Civil by Top Six Servers for Claimed Services



### Angelo Rivera

| | Number | Percentage |
|---|---|---|
| Personal | 6 | 0.03% |
| Nail & mail | 2233 | 12.07% |
| Substitute | 15788 | 85.35% |
| Other: unsuccessful | 472 | 2.55% |
| | 18499 | 100.00% |

### John Andino

| | Number | Percentage |
|---|---|---|
| P: personal | 311 | 5.40% |
| A: nail & mail | 4601 | 79.92% |
| S: substitute | 748 | 12.99% |
| Other: unsuccessful | 97 | 1.68% |
| | 5757 | 100.00% |

### Assmat Abdelrahman

| | Number | Percentage |
|---|---|---|
| Personal | 685 | 6.27% |
| Nail & mail | 2741 | 25.11% |
| Substitute | 6872 | 61.11% |
| Other: unsuccessful | 820 | 7.51% |
| | 10918 | 100.00% |

Page 2 of 2

EXHIBIT E

NYSCEF DOC. NO. 1811



CLAIM NO. Civil -Bronx Rev 21-DEC-21

RECEIVED NYSCEF: 06/21/2021

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CY-05375-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | DIANE BOWS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 12:47 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05375-23/BX endorsed thereon on DIANE BOWS at 150 DREISER LOOP APT 18D, BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of DIANE BOWS, a person of suitable age and discretion. Said premises is DIANE BOWS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 150 DREISER LOOP APT 18D , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 43 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 150 DREISER LOOP APT 18D, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified In WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

**001**



FILED: BRONX 06/21/2023 02:16 PM

NSCEF DOC. NO. 8167

CLAIM NO. Civil-Bronx3/rev. 21-DEC-

RECEIVED NYSCEF: 06/21/202

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



#81296#

Index no : CV-05394-23/BX
Date Index Number Purchased: 05/30/2023

| | |
|---|---|
| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | NANA CONDUA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 12:54 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05394-23/BX endorsed thereon on NANA CONDUA at 120 CASALS PL APT 10J, BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Coote D., Co-Resident of NANA CONDUA, a person of suitable age and discretion. Said premises is NANA CONDUA's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 120 CASALS PL, APT 10J, BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Bald | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 CASALS PL APT 10J, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10503
914-528-1099
DCA License#: 2037471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: GI755180

**002**

YSCEF DOC. NO. 8168



RECEIVED NYSCEF: 06/21/202

=91921=

Index no : CV-05346-23/BX
Date Index Number Purchased: 05/30/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | CHARLES F RIDENOUR |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:18 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05346-23/BX endorsed thereon on CHARLES F RIDENOUR at 140 DONIZETTI PL APT 14A , BRONX, NY 10475 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Janice Doe (refused last name), Co-Resident of CHARLES F RIDENOUR, a person of suitable age and discretion. Said premises is CHARLES F RIDENOUR's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 140 DONIZETTI PL APT 14A , BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Black | 35 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 140 DONIZETTI PL APT 14A, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066079

**003**

[FILED: BRONX 06/21/2023 02:20 PM]
NYSCEF DOC. NO. #165



RECEIVED NYSCEF: 06/21/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

**AFFIDAVIT OF SERVICE**

#31217#

Index no : CV-05340-23/BX
Date Index Number Purchased: 06/14/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | SHANECE SKILLINGS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:39 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05340-23BX endorsed thereon on SHANECE SKILLINGS at 3153 SEYMOUR AVE APT 2D , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Error Davis, Co-Resident of SHANECE SKILLINGS, a person of suitable age and discretion. Said premises is SHANECE SKILLINGS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3153 SEYMOUR AVE APT 2D , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: accent (Caribbean), mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3153 SEYMOUR AVE APT 2D, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**004**



RECEIVED NYSCEF: 06/21/2023

*21829*

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

Index no : CV-05342-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | EMILY A SOLOMON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER         ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 1:48 PM, I served the within SUMMONS AND COMPLAINT with the Index CV-05342-23/BX endorsed thereon on EMILY A SOLOMON at 3022 GUNTHER AVE APT 1, BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to George Grant, Co-Resident of EMILY A SOLOMON, a person of suitable age and discretion. Said premises is EMILY A SOLOMON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3022 GUNTHER AVE APT 1 , BRONX, NY 10469 and deposited said envelope in, an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 34 | 5ft 10in – 6ft 0in | 161-200 |
| Other Features: goatee | | | | | |

I asked the person spoken to whether he/she the Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3022 GUNTHER AVE APT 1, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyren
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069,
DCA License#: 2027471
Branch: White Plains

Atty File#: N473013

**005**

YSCEF DOC. NO. 8173

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

RECEIVED NYSCEF: 06/21/20



=909S0=

Index no : CV-05370-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | JOAN A LAWSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 2:17 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05370-23/BX endorsed thereon on JOAN A LAWSON at 866 E 222ND ST , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Renee C., Co-Resident of JOAN A LAWSON, a person of suitable age and discretion. Said premises is JOAN A LAWSON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 866 E 222ND ST , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 27 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 866 E 222ND ST, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 1S
N. White Plains, NY 10603
914-325-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066312

**006**

YSCEF DOC. NO. #175



RECEIVED NYSCEF: 06/21/20

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

\*90997\*

Index no : CV-05365-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | DAPHNE HUGHES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 2:48 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05365-23/BX endorsed thereon on DAPHNE HUGHES at 640 ADEE AVE APT 13G , BRONX, NY 10467-6809 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Felicia Moore, Co-Resident of DAPHNE HUGHES, a person of suitable age and discretion. Said premises is DAPHNE HUGHES's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 640 ADEE AVE APT 13G , BRONX, NY 10467-6809 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 37 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 640 ADEE AVE APT 13G, BRONX, NY 10467-6809 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10903
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066273

**007**

YSCEF DOC. NO. 9176



RECEIVED NYSCEF: 06/21/20;

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

*99996*

Index no : CV-05367-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | DANIEL QUESADA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 2:49 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05367-23/BX
endorsed thereon on DANIEL QUESADA at 2304 MATTHEWS AVE APT 1 , BRONX, NY 10467 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Pablo Quesada, Co-Resident of DANIEL QUESADA,
a person of suitable age and discretion. Said premises is DANIEL QUESADA's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 2304 MATTHEWS AVE APT
1 , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address
or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Brown | 50 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States at that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2304
MATTHEWS AVE APT 1, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 05/16/2023

X _____
BENJAMIN LAMB
Licensee: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228519
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066303

7 of 7

**008**

YSCEF DOC. NO. 8379

RECEIVED NYSCEF: 06/21/20



# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*91883*

Index no : CV-05359-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JUSTIN DANIELS |

STATE OF NEW YORK
COUNTY OF WESTCHESTER       ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 3:30 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05359-23/BX endorsed thereon on JUSTIN DANIELS at 91 E 208TH ST APT 5L , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michelle Wright, Co-Resident of JUSTIN DANIELS, a person of suitable age and discretion. Said premises is JUSTIN DANIELS's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 91 E 208TH ST APT 5L , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 91 E 208TH ST APT 5L, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475608

1 of 1

**009**

YSCEF DOC. NO. 5178

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



RECEIVED NYSCEF: 06/21/2023

*90994*

Index no : CV-05361-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | ERIKA N WILSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 3:16 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05361-23/BX endorsed thereon on ERIKA N WILSON at 3540 DECATUR AVE APT 1G , BRONX, NY 10467 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Chante Wilson, Co-Resident of ERIKA N WILSON, a person of suitable age and discretion. Said premises is ERIKA N WILSON's usual place of abode within the state.

On 06/16/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3540 DECATUR AVE APT 1G , BRONX, NY 10467 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 25 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3540 DECATUR AVE APT 1G, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 15
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1756057

**010**

FILED: BRONX 06/27/2023 02:56 PM

NYSCEF DOC. NO. 8407

CLERK NO. CIVIL-Bronx rev. 23-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91223*

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

Index no : CV-05388-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL, ONE, N.A. |
| | vs. |
| Defendant(s): | TATYANA MCBRIDE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says.
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:23 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05388-23/BX
endorsed thereon on TATYANA MCBRIDE at 1554 UNIONPORT RD APT 5F , BRONX, NY 10462 in the
manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jennifer D., Co-Resident of TATYANA MCBRIDE, a
person of suitable age and discretion. Said premises is TATYANA MCBRIDE's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant, and defendant's last known residence, at 1554 UNIONPORT RD APT
5F , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address
or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|-----------------|---------|
| Female | Black | Black | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1554
UNIONPORT RD APT 5F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6225619
Qualified in WESTCHESTER
Commission Expires 9/22/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1059
DCA License#: 2023471
Branch: White Plains

Atty File#: N475716

1 of 1

**011**

NYSCEF DOC. NO. 1908

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

AFFIDAVIT OF SERVICE



RECEIVED NYSCEF: 06/27/2023

*91226*

Index no : CV-05387-23/BX
Date Index Number Purchased: 05/30/2023

Plaintiff(s):       CAPITAL ONE, N.A.
        vs.
Defendant(s):      JUANITA GAMBOA

STATE OF NEW YORK
COUNTY OF WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On: 06/12/2023 at 6:35 PM, I served the within SUMMONS AND COMPLAINT with the Index# CV-05387-23/BX endorsed thereon on JUANITA GAMBOA at 14 METROPOLITAN OVAL APT 4F, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Eric Colon, Co-Resident of JUANITA GAMBOA, a person of suitable age and discretion. Said premises is JUANITA GAMBOA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant, and defendant's last known residence, at 14 METROPOLITAN OVAL APT 4F, BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight | |
|------|------|------|------|------|------|------|
| Male | Brown | Black | 34 | 5ft 10in - 6ft 0in | 161-200 | |
| Other Features: accent | | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3115, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 14 METROPOLITAN OVAL APT 4F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and J Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Any File#: N475704

**012**

FILED: BRONX 06/27/2023 03:01 PM
NYSCEF DOC. NO. 8610

CLAIM NO. Civil-Bronx rev. 21-D02-22

RECEIVED NYSCEF: 06/27/2023



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*915414*

Index no : CV-05381-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| Defendant(s): | AKHEEM BILLY |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:37 PM, I served the within SUMMONS AND COMPLAINT with the index# CV-05381-23/BX endorsed thereon on AKHEEM BILLY at 1491 WEST AVE APT 6B , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Regina Carter, Co-Resident of AKHEEM BILLY, a person of suitable age and discretion. Said premises is AKHEEM BILLY's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence. at 1491 WEST AVE APT 6B , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 52 | 5ft 0in - 5ft 3in | 131-160 |

Other Features:

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1491 WEST AVE APT 6B, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023.

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**013**

YSCEF DOC. NO. 8404

RECEIVED NYSCEF: 06/27/23

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*91019*

Index no : CV-05350-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | SHAHZADA YUSUF |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:45 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05350-23/BX endorsed thereon on SHAHZADA YUSUF at 2141 STARLING AVE APT 605 , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Sapphia Doe (refused last name), Co-Resident of SHAHZADA YUSUF, a person of suitable age and discretion. Said premises is SHAHZADA YUSUF's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2141 STARLING AVE APT 605 , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|--------------|---------------|-----|--------|--------|
| Female | Brown | Wrap | 34 | 5ft 4in - 5ft 6in | 161-200 |
| Other Features: accent (Ind) | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2141 STARLING AVE APT 605, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____

Melissa A. Cyram
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10503
914-328-1059
DCA License#: 2027471
Branch: White Plains

Atty File#: G1755523

1 of 1

**014**



ED: BRONX 06/27/2023 02:42 PM

EY DOC. NO. 3603

CLAIM NO. Civil-Bronx 16V. 23-DSC-22

RECEIVED NYSCEF: 06/27/2023

*01948*

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

Index no : CV-05373-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | JULIO RODRIGUEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 6:59 PM, I served the within SUMMONS AND COMPLAINT with the index CV-05373-23/BX
endorsed thereon on JULIO RODRIGUEZ at 1970 E TREMONT AVE APT 5H, BRONX, NY 10462 in the
manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Gloria Rodriguez, Co-Resident of JULIO
RODRIGUEZ, a person of suitable age and discretion. Said premises is JULIO RODRIGUEZ's usual place of abode
within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 1970 E TREMONT AVE APT
5H , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address
or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 35 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: none | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above carried. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1970 E
TREMONT AVE APT 5H, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6328619
Qualified in WESTCHESTER
Commission Expires 9/28/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1009
HCA License#: 2027471
Branch: White Plains

Any File#: G1355430

015

YSCEF DOC. NO. 8403

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



RECEIVED NYSCEF: 06/27/23

*91622*

Index no : CV-05348-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | CARLA BECKFORD |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 06/12/2023 at 7:05 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05348-23/BX endorsed thereon on CARLA BECKFORD at 2040 NEWBOLD AVE , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Kevin S., Co-Resident of CARLA BECKFORD, a person of suitable age and discretion. Said premises is CARLA BECKFORD's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2040 NEWBOLD AVE , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: goatee |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States, or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2040 NEWBOLD AVE, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
931 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N474190

**016**

1 of 1

YSCEF DOC. NO. 8401



RECEIVED NYSCEF: 06/27/20

*50989*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index. no : CV-05362-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | FELIPE I LUNA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/12/2023 at 7:34 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05362-23/BX endorsed thereon on FELIPE I LUNA at 2121 MATTHEWS AVE APT 4E, BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Marie Luna, Co-Resident of FELIPE I LUNA, a person of suitable age and discretion. Said premises is FELIPE I LUNA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2121 MATTHEWS AVE APT 4E, BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 42 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2121 MATTHEWS AVE APT 4E, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1059
DCA License#: 2027471
Branch: White Plains

Atty File#: G1756091

**017**

FILED: BRONX 06/27/2023 02:38 PM

NYSCEF DOC. NO. 5400

CLAIM NO. Civil-Bronx rcv. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*01828*

Index no.: CV-6543-23/BX
Date Index Number Purchased: 05/30/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | TYJUAN L HODNETT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/13/2023 at 7:42 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05543-23/BX endorsed thereon on TYJUAN L HODNETT at 2041 HOLLAND AVE APT 3D , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lisa Grant, Co-Resident of TYJUAN L HODNETT, a person of suitable age and discretion. Said premises is TYJUAN L HODNETT's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2041 HOLLAND AVE APT 3D , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 28 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POST PAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2041 HOLLAND AVE APT 3D, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyren
Notary Public, State Of New York
No. 01CY6238619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N425328

**018**

FILED: BRONX 06/27/2023 02:36 PM

NYSCEF DOC. NO. 1255

CLAIM NO. CIVIL-BRONX rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91282*

Index no.: CV-05383-2VBX
Date Index Number Purchased: 05/30/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

Plaintiff(s):     CAPITAL ONE, N.A.
              vs.
Defendant(s):     NATHANIEL G RAMOS

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says: ·
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/13/2023 at 2:22 PM, I served the within SUMMONS AND COMPLAINT with the Index #CV-05383-2VBX endorsed thereon on NATHANIEL G RAMOS at 2459 FRISBY AVE APT 2, BRONX, NY 10461 in the manner indicated below: ·

SUITABLE AGE: by delivering thereat a true copy of each to Leona Rivera, Co-Resident of NATHANIEL G RAMOS, a person of suitable age and discretion. Said premises is NATHANIEL G RAMOS's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2459 FRISBY AVE APT 2, BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2459 FRISBY AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 09706

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc.
901 North Broadway Ste 19
N, White Plains, NY 10603
914-328-1060
DCA License#: 2027471
Branch: White Plains

**019**

YSCEF DOC. NO. 8398

RECEIVED NYSCEF: 06/27/201

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



*01625*

Index no : CV-05349-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | MARIA BELLO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/16/2023 at 12:25 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05349-23/BX endorsed thereon on MARIA BELLO at 2977 LAWTON AVE APT 2, BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lorenzo Tavarez, Co-Resident of MARIA BELLO, a person of suitable age and discretion. Said premises is MARIA BELLO's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2977 LAWTON AVE APT 2, BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Salt and Pepper | 50 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent, mustache | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above named. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2977 LAWTON AVE APT 2, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1871492
J and E Process Service, Inc
601 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Any File#: G1755360

**020**



CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

AFFIDAVIT OF SERVICE

*90993*

Index no : CV-05369-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | BRITTNEY C SMITH |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York;

On 06/15/2023 at 12:40 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05369-23/BX endorsed thereon on BRITTNEY C SMITH at 2765 SAMPSON AVE APT 2A , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Andre Moore, Co-Resident of BRITTNEY C SMITH, a person of suitable age and discretion. Said premises is BRITTNEY C SMITH's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2765 SAMPSON AVE APT 2A , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 35 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2765 SAMPSON AVE APT 2A, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

x _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
501 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1060
DCA License#: 2027471
Branch: White Plains

Atty File#: F065311

**021**

FILED: BRONX 06/27/2023 02:55 PM
NYSCEF DOC. NO. 8396

RECEIVED NYSCEF: 06/27/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



*912289*

Index no : CV-05341-23/BX
Date Index Number Purchased: 05/03/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | ALEXIS C RICARDO |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 12:57 PM, I served the within SUMMONS AND COMPLAINT with the index CV-05341-23/BX endorsed thereon on ALEXIS C RICARDO at 241 BUTTRICK AVE APT 1 , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Blanca Ricardo, Co-Resident of ALEXIS C RICARDO, a person of suitable age and discretion. Said premises is ALEXIS C RICARDO's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 241 BUTTRICK AVE APT 1 , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Blonde | 40 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 241 BUTTRICK AVE APT 1, BRONX, NY 10565 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
981 North Broadway Ste 18
N. White Plains, NY 10503
914-328-1066
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyrus
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475876

1 of 1

**022**



TLED: BRONX 06/27/2023 02:32 PM
YSCEF DOC. NO. 4395

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*01824*

Index no : CV-05345-23/BX
Date Index Number Purchased: 05/30/2023

CLAIM NO | Civil-Bronx rev' 21-DEC-22
RECEIVED NYSCEF: 06/27/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | LAUREEN HEREDIA |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 1:09 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05345-23/BX endorsed thereon on LAUREEN HEREDIA at 2822 HARRINGTON AVE APT 1C , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to John Doe (refused name), Co-Resident of LAUREEN HEREDIA, a person of suitable age and discretion. Said premises is LAUREEN HEREDIA's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2822 HARRINGTON AVE APT 1C, BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Brown | Black | 43 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2822 HARRINGTON AVE APT 1C, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyzen
Notary Public, State Of New York
No. 01CY6228619

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-375-1060

**023**



**FILED:** BRONX 06/27/2023 02:29 PM
NYSCEF DOC. NO. 8353

CLAIM NO. Civil-Bronx rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91229*

Index no: CV-05392-23VBX
Date Index Number Purchased: 05/30/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

| Plaintiff(s): | TD BANK, USA, N.A. |
| | vs. |
| Defendant(s): | TRICY E MELENDEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says;
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:12 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05392-23/BX
endorsed thereon on TRICY E MELENDEZ a: 5400 FIELDSTON RD APT 12C, BRONX, NY 10471 in the
manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Luis Melendez, Co-Resident of TRICY E
MELENDEZ, a person of suitable age and discretion. Said premises is TRICY E MELENDEZ's usual place of abode
within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, a: 5400 FIELDSTON RD APT
12C, BRONX, NY 10471 and deposited said envelope in an official depository under the exclusive care and custody
of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return
address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Brown | Brown | 40 | 5ft 10in - 6ft 0in | 131-160 |
| Other Features: secret, mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 05/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 5400
FIELDSTON RD APT 12C, BRONX, NY 10471 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10503
914-328-1069

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

**024**




**FILED: BRONX 06/27/2023 02:28 PM**
NYSCEF DOC. NO. 5392

CLAIM NO. Civil-Bronx rev. '21-DEC-22
RECEIVED NYSCEF: 06/27/2023

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



*923454*

Index no : CV-05377-23/BX
Date Index Number Purchased: 06/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | NACHSHON ROTHSTEIN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:33 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05377-23/BX endorsed thereon on NACHSHON ROTHSTEIN at 3530 HENRY HUDSON PKWY APT 6O , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michael Doe (refused last name), Co-Resident of NACHSHON ROTHSTEIN, a person of suitable age and discretion. Said premises is NACHSHON ROTHSTEIN's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3530 HENRY HUDSON PKWY APT 6O , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|------|-----------------|----------|
| Male | White | Brown | 35 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3530 HENRY HUDSON PKWY APT 6O, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228649
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1031492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty.File#: G1756251

**025**



**FILED: BRONX 06/27/2023 02:27 PM**
NYSCEF DOC. NO. 8391



CLAIM NO   Civil-Bronx rev. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023

=01234=

Index no : CV-05384-23/BX
Date Index Number Purchased: 06/30/2023

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JOHN AUDIFFEREN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 6:47 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05384-23/BX endorsed thereon on JOHN AUDIFFEREN at 1 ADRIAN AVE APT 4F, BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of JOHN AUDIFFEREN, a person of suitable age and discretion. Said premises is JOHN AUDIFFEREN's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1 ADRIAN AVE APT 4F, BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of Skin | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 34 | 5ft 4in - 5ft 6in | 131-160 |
| Other features: | | | | | |

I asked the person spoken to whether both the Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1 ADRIAN AVE APT 4F, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and R Process Service, Inc
991 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1669

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6226619
Qualified in WESTCHESTER

**026**



**FILED: BRONX 06/27/2023 02:25 PM**
NYSCEF DOC. NO. 9390

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

CLAIM NO. Civil-Bronx rev. 23-DEC-22

RECEIVED NYSCEF: 06/27/2023



*91224*

Index no : CV-05390-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | VINCENT J BOSEMAN |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss :

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action, I reside in the state of New York.

On 06/15/2023 at 6:54 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05390-23/BX
endorsed thereon on VINCENT J BOSEMAN at 49 W 225TH ST APT 6H , BRONX, NY 10463 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Stephanie H., Co-Resident of VINCENT J
BOSEMAN, a person of suitable age and discretion. Said premises is VINCENT J BOSEMAN's usual place of abode
within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 49 W 225TH ST APT 6H ,
BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Female | Brown | Brown | 38 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 49 W 225TH
ST APT 6H, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY
UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE
ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON
THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS
AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
991 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

**027**



FILED: BRONX 06/27/2023 02:23 PM

NYSCEF DOC. NO. 8389

CLAIM NO  CIvil-Bronx 16v. 21-DEC-22

RECEIVED NYSCEF: 06/27/2023



*813444*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-05376-23/BX
Date Index Number Purchased: 03/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | JANY MARTINEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York:

On 06/15/2023 at 7:00 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05376-23/BX endorsed thereon on JANY MARTINEZ, at 3934 ALBANY CRES APT 1F , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Juan Martinez, Co-Resident of JANY MARTINEZ, a person of suitable age and discretion. Said premises is JANY MARTINEZ's usual place of abode within the state.

On 06/23/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3934 ALBANY CRES APT 1F , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|------|---------------|---------|
| Male | Brown | Black | 32 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent, goatee | | | | | |

I asked the person spoken to whether or not the Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/23/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3934 ALBANY CRES APT 1F, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/23/2023

Melissa A. Cyren
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

**028**

YSCEF DOC. NO. 6423

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



RECEIVED NYSCEF: 06/27/20

=90999=

Index no : CV-05360-23/BX
Date index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | EDDY VASQUEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:29 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05360-23/BX endorsed thereon on EDDY VASQUEZ at 225 W 232ND ST APT 4M , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Claudia Vasquez, Co-Resident of EDDY VASQUEZ, a person of suitable age and discretion. Said premises is EDDY VASQUEZ's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 225 W 232ND ST APT 4M , BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 225 W 232ND ST APT 4M, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475613

1 of 1

**029**



FILED: BRONX 06/27/2023 03:18 PM

CLAIM NO. CIV1I-Bronx 107. 23-DEC-27

NYSCEF DOC. NO. E415

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

*013542*

Index no : CV-05375-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | JAMAAL S ANDERSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 9:35 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05375-23/BX endorsed thereon on JAMAAL S ANDERSON at 210 W 230TH ST APT 9L, BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Lateya Greene, Co-Resident of JAMAAL S ANDERSON, a person of suitable age and discretion. Said premises is JAMAAL S ANDERSON's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 210 W 230TH ST APT 9L., BRONX, NY 10463 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 25 | 5ft 4in – 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 210 W 230TH ST APT 9L, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

Melissa A. Cyren
Notary Public, State Of New York
No. 01CY6228619

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069

030

YSCEF DOC. NO. 5422



RECEIVED NYSCEF: 05/27/20:

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*90901*

Index no : CV-05368-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| | vs. |
| Defendant(s): | FELIX MENDEZ |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/15/2023 at 7:58 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05368-23/BX endorsed thereon on FELIX MENDEZ at 210 WEST 230TH ST APT 6G , BRONX, NY 10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Gloria Rivera, Co-Resident of FELIX MENDEZ, a person of suitable age and discretion. Said premises is FELIX MENDEZ's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 210 WEST 230TH ST APT 6G , BRONX, NY 10463 and deposited said envelope in an official depositary under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Blonde | 34 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of any information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 210 WEST 230TH ST APT 6G, BRONX, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
501 North Broadway Ste 1S
N. White Plains, NY 10603
914-526-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066306

**031**



ILED: BRONX 06/27/2023 03:17 PM

YSCEF DOC. NO. 1418

CLAIM NO. Civil-Bronx: rev. 23-DEC-22

RECEIVED NYSCEF: 06/27/2023

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



*012254*

Index no.: CV-05389-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | KRISTIN SOUTHARD |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 2:54 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05389-23/BX endorsed thereon on KRISTIN SOUTHARD at 222 E 237TH ST, BRONX, NY 10470 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Larry E., Co-Resident of KRISTIN SOUTHARD, a person of suitable age and discretion. Said premises is KRISTIN SOUTHARD's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 222 E 237TH ST, BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | Black | Black | 42 | 6ft 1in - 6ft 3in | Over 210 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 222 E 237TH ST, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
I and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
IXA License#: 202747J

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 0/22/26.

**032**

YSCEF DOC. NO. 8417

RECEIVED NYSCEF: 06/29/20



*91080*

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

Index no : CV-05358-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
| | vs. |
| Defendant(s): | TIFFANY K BENNETT |

STATE OF NEW YORK
COUNTY OF WESTCHESTER   ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 3:30 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05358-23/BX endorsed thereon on TIFFANY K BENNETT at 831 PENFIELD ST BSMT 1 , BRONX, NY 10470 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Tyrone Carr, Co-Resident of TIFFANY K BENNETT, a person of suitable age and discretion. Said premises is TIFFANY K BENNETT's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 831 PENFIELD ST BSMT 1 , BRONX, NY 10470 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|----------------|----------------|------|-------------------|----------|
| Male | Black | Black | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of Now York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 831 PENFIELD ST BSMT 1, BRONX, NY 10470 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10503
914-328-4069
DCA License#: 2027471
Branch: White Plains

Atty File#: N475601

**033**



FILED: BRONX 06/27/2023 03:14 PM



CLAIM NO. Civil-B16NX8 16v. 21-DEC-22

**Civil COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*91239*

Index no : CV-05385-23/BX
Date Index Number Purchased: 06/30/2023

Plaintiff(s):      CITIBANK, N.A.

vs.

Defendant(s):      ROSALINA MORIS

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 3:45 PM, I served the within SUMMONS AND COMPLAINT with the Index CV-05385-23/BX
endorsed thereon on ROSALINA MORIS = 3926 MURDOCK AVE APT 2, BRONX, NY 10466 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Ciara Pena, Co-Resident of ROSALINA MORIS, a
person of suitable age and discretion. Said premises is ROSALINA MORIS's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 3926 MURDOCK AVE APT 2
, BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 36 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States so that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3926
MURDOCK AVE APT 2, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License #: 1071492
I and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
-DCA-License#: 2027471-
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6728619
Qualified in WESTCHESTER
Commission Expires 9/27/26

**034**

FILED: BRONX 06/27/2023 03:12 PM

NYSCEF DOC. NO. 5615

RECEIVED NYSCEF: 06/27/202



CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

*01540*

Index no : CV-05379-23/BX
Date Index Number Purchased: 05/30/2023

Plaintiff(s):        CAPITAL ONE, N.A.
            vs.

Defendant(s):        DENISE M EDGAR

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 3:54 PM, I served the within SUMMONS AND COMPLAINT with the index# CV-05379-23/BX
endorsed thereon on DENISE M EDGAR at 4356 GRACE AVE , BRONX, NY 10466 in the manner indicated
below:

SUITABLE AGE: by delivering thereat a true copy of each to Malcolm Doe (refused last name), Co-Resident of
DENISE M EDGAR, a person of suitable age and discretion. Said premises is DENISE M EDGAR's usual place of
abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class(√ )paid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 4356 GRACE AVE , BRONX,
NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal
Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise,
that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Black | Black | 36 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4356 GRACE
AVE, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER
THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE
BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE
THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED
DEBT.

Sworn to and subscribed before me on 06/26/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/23/26

X
BENJAMIN LAMB
License#: 1071492
I and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1059
DCA License#: 2027471
Branch: White Plains

Atty File#: N475681

035

FILED: BRONX 06/27/2023 03:11 PM

NYSCEF DOC. NO. 2414

CLAIM NO. CIV/L-81000X3 tev. 71-DEC-3

RECEIVED NYSCEF: 06/27/202

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE

*989954*

Index no : CV-05366-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| vs. | |
| Defendant(s): | TEQUILA S YATES |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 4:04 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-05366-23/BX
endorsed thereon on TEQUILA S YATES at 3916 HARPER AVE APT 9 , BRONX, NY 10466 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), Co-Resident of TEQUILA
S YATES, a person of suitable age and discretion. Said premises is TEQUILA S YATES's usual place of abode
within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 3916 HARPER AVE APT 9 ,
BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Black | Black | 42 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: braids | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3916
HARPER AVE APT 9, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

Melissa A. Cyren
Notary Public, State Of New York
No. 01CY6238619
Qualified in WESTCHESTER
Commission Expires 9/23/26

X
BENJAMIN LAMB
License#: 1071492
J and H Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F066296

**036**

VSCBF DOC No 06/13
CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX

AFFIDAVIT OF SERVICE



05/27/20

*90998*

Index no : CV-05364-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | HAVANNI G CLARKE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 4:21 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05364-23/BX endorsed thereon on HAVANNI G CLARKE at 1005 E 228TH ST APT 1, BRONX, NY 10466 in the manner indicated below.

SUITABLE AGE: by delivering thereat a true copy of each to Malcolm G., Co-Resident of HAVANNI G CLARKE, a person of suitable age and discretion. Said premises is HAVANNI G CLARKE's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1005 E 228TH ST APT 1, BRONX, NY 10466 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 34 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache, beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1005 E 228TH ST APT 1, BRONX, NY 10466 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 05/26/2023

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10503
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F096271

1 of 1

**037**

YSCEF DO...

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



Index no : CV-05357-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | CAPITAL ONE, N.A. |
|---|---|
| | vs. |
| Defendant(s): | KAYBARNUON JARBOE |

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/17/2023 at 5:43 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-05357-23/BX endorsed thereon on KAYBARNUON JARBOE at 2112 MATTHEWS AVE PH , BRONX, NY 10462 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name). Co-Resident of KAYBARNUON JARBOE, a person of suitable age and discretion. Said premises is KAYBARNUON JARBOE's usual place of abode within the state.

On 06/26/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2112 MATTHEWS AVE PH , BRONX, NY 10462 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 06/26/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2112 MATTHEWS AVE PH, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/26/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1009
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York:
No. 01CY6226619
Qualified In WESTCHESTER
Commission Expires 9/27/26

Atty File#: N475573

1 of 3

**038**

YSCEF DOC. NO. 8846

CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX



RECEIVED NYSCEF: 07/07/202

#91026#

AFFIDAVIT OF SERVICE

Index no : CV-45347-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| | vs. |
| Defendant(s): | CHARLIE CASALI |

STATE OF NEW YORK
COUNTY OF WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 07/05/2023 at 10:00 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-05347-23/BX endorsed thereon on CHARLIE CASALI at 1127 THROGGMORTON AVE , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jeanie D. Co-Resident of CHARLIE CASALI, a person of suitable age and discretion. Said premises is CHARLIE CASALI's usual place of abode within the state.

On 07/07/2023, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1127 THROGGMORTON AVE , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 47 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 07/07/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1127 THROGGMORTON AVE, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 07/07/2023

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1060
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228659
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: F066123

1 of 1

**039**

EXHIBIT F

**Google** Maps    640 Adee Ave, Bronx, NY 10467 to 2304 Matthews Ave,   Drive 1.1 miles, 6 min
Bronx, NY 10467



Map data ©2023 Google    500 ft ⌐_____⌐

🚗    **via Cruger Ave**             6 min

Best route now due to traffic       1.1 miles
conditions

🚗    **via Wallace Ave**            6 min

                                1.0 mile

🚗    **via Barnes Ave**             6 min

                                1.0 mile

## Explore nearby 2304 Matthews Ave

🍴       🛏       ⛽       🅿       •••

Restaurants    Hotels    Gas stations   Parking Lots    More

EXHIBIT G

Google Maps    4356 Grace Ave, Bronx, NY 10466 to 3916 Harper Ave,    Drive 1.2 miles, 6 min
Bronx, NY 10466



Map data ©2023 Google    500 ft ⊢————————⊣

🚗    via Bussing Ave and W          6 min
Kingsbridge Rd                  1.2 miles
Fastest route now due to traffic conditions

🚗    via Wilder Ave and E 233rd St    6 min
Some traffic, as usual           1.3 miles

🚗    via Grace Ave and E 233rd St     7 min
Some traffic, as usual           1.3 miles

Explore nearby 3916 Harper Ave

🍴            🛏            🛢            P            •••

Restaurants    Hotels    Gas stations    Parking Lots    More

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX**

Civil Court of the City of New York, County of Bronx,
Index No.: 5361/2023

SYNCHRONY BANK

Plaintiff,

-against-

ERIKA WILSON
Defendant(s).

**Motion to Dismiss**

Signature (Rule 130-1.1-a)

Print name beneath
Matthew Schedler, Of Counsel

*Attorney for*
**CAMBA LEGAL SERVICES, INC.**
Elizabeth Miller, Esq., General Counsel
*Office and Post Office Address, Telephone*
20 Snyder Avenue
Brooklyn, New York 11226
718-940-6311 ext. 79222

To: Selip and Stylianou, LLP
199 Crossways Park Drive
Woodbury, NY 11797
Attorney(s) for Plaintiff

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for