# AHMAD KESHAVARZ
*Attorney at Law*

16 Court St., 26th Floor  
Brooklyn, NY 11241-1026  

www.NewYorkConsumerAttorney.com  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7900

July 26, 2024

**VIA ECF**  
Hon. Andrew L. Carter, Jr.  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: 7/26/24

      **Re: Letter Request for Withdrawal of Appearance of Emma Caterine.**  
      *Wilson v. Selip & Stylianou, LLP, et al.,* No. 1:24-cv-04108-ALC

Dear Judge Carter:

      The undersigned represents the Plaintiff Erika Wilson alleging violations of the FDCPA and related state law.

      Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,

/s/

Emma Caterine

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

July 26, 2024  
New York, New York