UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ERIKA WILSON,

                Plaintiff,

  -against-

SELIP & STYLIANOU, LLP,
J & E PROCESS SERVERS,
and BENJAMIN LAMB,

              Defendants.
------------------------------------------------------X

Case No. 1:24-cv-4108 (ALC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Adam M. Marshall of Kaufman Dolowich LLP hereby enters his appearance as counsel for Defendant Selip & Stylianou, LLP in the above-captioned action. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
       August 1, 2024

                              **KAUFMAN DOLOWICH LLP**

                   By:    /s/ Adam M. Marshall
                           Adam M. Marshall, Esq.
                           135 Crossways Park Drive, Suite 201
                           Woodbury, New York 11797
                           (516) 681-1100
                           amarshall@kaufmandolowich.com

To: All counsel via ECF

1