# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

August 2, 2024

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      *Re:*   *Wilson v. Selip & Stylianou, LLP, et al.*
             *Case No. 1:24-cv-4108 (ALC)*

Dear Judge Carter:

      This firm represents Defendant Selip & Stylianou, LLP ("S&S") in the above matter. We write to inform the Court that counsel for Plaintiff has consented to the one-week extension S&S requested. (<u>See</u> ECF Doc. 23).

      With the extension, the deadline for S&S to respond to the Complaint would be August 12, 2024 rather than August 5, 2024.

      We thank the Court for its consideration.

                      Very truly yours,

                        Kaufman Dolowich LLP

                By: _____
                        Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF