# MEMO ENDORSED

**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/2/2024__

August 1, 2024

**VIA ECF**

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Wilson v. Selip & Stylianou, LLP, et al.*
              *Case No. 1:24-cv-4108 (ALC)*

Dear Judge Carter:

      This firm represents Defendant Selip & Stylianou, LLP ("S&S") in the above matter. We write to respectfully request that the deadline for the S&S to respond to the Complaint be extended from August 5, 2024 to August 12, 2024.

      This would be S&S's first extension of time to respond to the Complaint. We are making the request due to an emergency order to show cause our office received in an unrelated matter this evening. I emailed Plaintiff's counsel at 8:15 pm to seek Plaintiff's consent, and will update the Court in the event I receive a response.

      There are currently no other deadlines in the case and no appearances scheduled.

      We thank the Court for its consideration.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 2, 2024

Very truly yours,

Kaufman Dolowich LLP

By: *Adam M. Marshall*
Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF