UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ERIKA WILSON,

                Plaintiff,                Case No: 1:24-cv-4108- ALC

    v.

                                   **NOTICE OF APPEARANCE**

SELIP & STYLIANOU, LLP; J & E PROCESS
SERVERS; and BENJAMIN LAMB.

                Defendants.
-----------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that the undersigned hereby appears as counsel for the Defendant, J & E PROCESS SERVERS, in this matter, and hereby requests that copies of all papers, pleadings, and notices be served upon her at the address set forth below.

Dated:  August 2, 2024
          White Plains, New York

                              WOOD, SMITH, HENNING & BERMAN, LLP


                        By:   *Meghan A. Dibbini*
                              Meghan A. Dibbini
                              *Attorneys for Defendant*
                              **J & E Process Servers**
                              5 Waller Avenue, Suite 200
                              White Plains, New York 10604
                              (914) 353-3833
                              Email: mdibbini@wshblaw.com

To:  VIA ECF
LAW OFFICE OF AHMAD KESHAVARZ
Emma Catarine, Esq.
Ahmad Keshavarz, Esq.
16 Court St., #2600
Brooklyn, NY 11241
Phone: (718) 522-7900
Email: ahmad@NewYorkConsumerAttorney.com