UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ERIKA WILSON,

        Plaintiff,

-against-

SELIP & STYLIANOU, LLP; J & E PROCESS
SERVERS; and BENJAMIN LAMB,

        Defendants.
------------------------------------------------------------------------ x

Civil Action No.:
1:24-cv-4108-ALC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant, J & E PROCESS SERVERS ("J&E"), by and through its undersigned counsel, Wood, Smith, Henning & Berman LLP, hereby certifies that J&E does not have any corporate parents, affiliates and/or subsidiaries which are publicly held and no such publicly held corporation owns ten percent (10%) or more of said party's stock.

Dated: New York, New York
    August 2, 2024

        WOOD, SMITH, HENNING & BERMAN, LLP

          /s/ Meghan Dibbini
    By:_____
        Meghan A. Dibbini
        *Attorneys for Defendant*
        **J & E Process Servers**
        5 Waller Avenue, Suite 200
        White Plains, New York 10604
        (914) 353-3833
        Email: mdibbini@wshblaw.com

To:
LAW OFFICE OF AHMAD KESHAVARZ
Emma Catarine, Esq.
Ahmad Keshavarz, Esq.
16 Court St., #2600
Brooklyn, NY 11241
Phone: (718) 522-7900
Email: ahmad@NewYorkConsumerAttorney.com

33675528.1:10916-0022