

## UNITED STATES DISTRICT COURT
### Southern District of New York

**Erika Wilson**

        Plaintiff(s),

vs.

**Selip & Stylianou, LLP; et al**

        Defendant(s).

**Case No.: 1:24-cv-04108-ALC**

**AFFIDAVIT OF NON-SERVICE**

I certify that I received this process **06/27/2024** at **2:03 PM** to be served upon:

**Benjamin Lamb**

**ss: East Hartford**

I, **Ethan Yade**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **07/03/2024** at **4:00 PM**, I DISCONTINUED ATTEMPTING SERVICE of the within **Summons in a Civil Action and Complaint with Exhibits** on **Benjamin Lamb** at **71 Strawberry Hill Ave, Apt. #615, Stamford, CT 06902** for the reason(s) indicated below:

Comments/Prev. Attempts: **6/29/24 @ 7:10AM - Fountain Terrace Apartments. Subject not listed on directory. Dialed APT 615 on callbox. Went to voicemail for older female with Hispanic accent. Left message. No access past common door. 7/1/24 @ 1:50PM - No answer from callbox. Left message. 7/2/24 @ 6:45PM - No answer from call box. Left message. No access. 7/3/24 @ 4PM - No access. No answer from callbox. No call back from messages left.**

Under penalty of perjury I declare that I have read the foregoing Affidavit Of Service and that the facts stated in it are true.

X _____
**Ethan Yade**

Signed and sworn to before me on **07/08/2024** by an affiant who is personally known to me or produced identification.

_____
Notary Public

Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920

AMY J. CHANTRY
NOTARY PUBLIC
My Commission Expires Mar. 31, 2028