**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ERIKA WILSON,
        Plaintiff,                                 Civil Action No. 1:24-cv-04108-ALC
  -against-                                   **AFFIRMATION OF**
                                                        **ATTEMPTED SERVICE**

SELIP & STYLIANOU, LLP, et al.,
        Defendants.
-------------------------------------------------------X

        **TYIEM RAMELLO PINDER** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 17th day of July, 2024, at approximately 4:01pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND** upon **BENJAMIN LAMB** c/o ABC Legal Services LLC at 147 Prince Street, Suite 4-6, Brooklyn, NY 11201, but a woman named Amanda Simmons said that Benjamin Lamb does not work here or come into the office and that she cannot accept the service, she also added that she thinks he is in Connecticut.

        **TYIEM RAMELLO PINDER** affirms this 18th day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_____
**TYIEM RAMELLO PINDER, #2026027**

#300456

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com