**03798-2024-RPSI** - Saved
License Application

BENJAMIN LAMB — Business Name
Process Server Individual — Business Category
Renewal — Application Type
TOL Issued — Application Status

**Business Category** *
Process Server Individual

**Business Type**
Individual

**License Restriction**
Transfer of Application

**Transfer from License**
1071492-DCA

**License To Application**
1071492-DCA

## Application Information

**First Name** *
BENJAMIN

**Middle Name**

**Last Name** *
LAMB

**Home Address**
[redacted]

**Suffix**

**Date of Birth** *
[redacted]

**email** *
benjamin.lamb9@gmail.com

**Phone 1 (Primary)**
6464980845

**Phone 2 (Alternate)**
(___)-___-____

**SSN** *
[redacted]

## Contact Mailing Information

**Mailing Address**
75 TRESSER BLVD UNIT 347
STAMFORD CT
US 06901