USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/27/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WILSON** Plaintiff, -against- **SELIP & STYLIANOU, LLP**, *et al.*, Defendants. | 24-CV-04108 **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter motion for conference in connection with their anticipated motion to dismiss as well as Plaintiff's response thereto. ECF Nos. 30, 31-32. The Court is also in receipt of Plaintiff's letter motion for extension of time in which Plaintiff requests a 90-day extension of time to serve Defendant Lamb. ECF No. 35. Plaintiff is hereby **GRANTED** the requested extension of time to properly serve Defendant Lamb. Service upon Defendant Lamb is now due by November 25, 2024. Defendants' letter motion for conference is hereby **DENIED** as premature. The Court will consider an updated letter motion upon the completion of service upon Defendant Lamb or upon close of the extended 90-day window for service.

**SO ORDERED.**

Dated: August 27, 2024
New York, New York

*/s/ Andrew L. Carter*
**ANDREW L. CARTER, JR.**
United States District Judge