UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ERIKA WILSON

                Plaintiff(s),

    - against -

SELIP & STYLIANOU, LLP, et al.

                Defendant(s),
---------------------------------------------------------------X

1:24 Civ. 04108 (ALC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 05/30/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Benjamin Lamb by personally serving Benjamin Lamb, and proof of service was therefore filed on 09/10/2024, Doc. #(s) 39.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

    October 17, 2024

DANIEL ORTIZ
Acting Clerk of Court

By: K. Mango
      Deputy Clerk