AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA WILSON _____ )<br>*Plaintiff* )<br>v. )<br>SELIP & STYLIANOU, LLP;<br>J & E PROCESS SERVERS AND BENJAMIN LAMB )<br>*Defendant* ) | Case No.  1:24-CV-4108 |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BENJAMIN LAMB                                                                                      .

Date:   12/13-2024                                          /s/ Jared Mogil
                                                                   *Attorney's signature*

                                                        Jared Mogil, Esq.  5199492
                                                           *Printed name and bar number*

                                                        One Battery Park Plaza 28th Floor
                                                        New York, New York 10004
                                                                        *Address*

                                                        JMogil@grsm.com
                                                                 *E-mail address*

                                                        212 269 5500
                                                              *Telephone number*

                                                        212 269 5505
                                                                *FAX number*