JARED M. MOGIL
JMOGIL@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

December 16, 2024

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Rm. 1306
New York, New York 10007

      **Re: Erika Wilson v. Benjamin Lamb, J &E Process Serving, et al**
         **Case No. 1:24-cv-04108-ALC**
         **Letter Request For Extension of Time**

Dear Judge Carter:

      We are the attorneys for defendant Benjamin Lamb ("Defendant") with respect to the above-referenced matter, having recently been retained. Please allow this writing to serve as Defendant's letter request for additional time to answer, move, or otherwise respond to plaintiff's Complaint pursuant to Fed. R. Civ. P. 12, *et seq*.

      Pursuant to your Honor's individual rule 1(D), the current deadline for the Defendant to respond to the Complaint is December 20, 2024. For clarity, plaintiff Erika Wilson ("Plaintiff"), previously requested a certificate of default against Defendant. [ECF Doc. 47]. However, after Defendant filed his notice of appearance, *pro se*, Plaintiff consented to the vacatur of the default against Defendant and the Court set Defendant's time to respond to the Complaint as December 20, 2024. [ECF Doc. 56]. As such, this represents Defendant's first request for an extension, through retained counsel or otherwise. To that end, the reason for the request is so that the recently retained undersigned can investigate Plaintiff's claims and evaluate Defendant's response to the Complaint. Plaintiff, through counsel, has consented to the extension requested.

      As such, Defendant respectfully request an extension of time, until and including January 23, 2025, to answer, move, or otherwise respond to the Complaint.

      There are currently no scheduled dates known to the undersigned that would be affected by the granting of the relief requested. Lastly, Defendant hereby waives any defenses predicated upon improper or defective service of Plaintiff's Summons and Complaint. However, Defendant does not waive, and specifically reserves, any and all other defenses, rights, or claims at law, equity, or otherwise.

      We thank the Court for its consideration.

                                        Respectfully,

December 16, 2024
Page 2

                                              GORDON REES SCULLY MANSUKHANI, LLP

                                                  */s/ Jared M. Mogil*
                                              Jared M. Mogil

JMM:st

cc:    All counsel of record (via ECF)