UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILSON<br><br>Plaintiff,<br><br>-against-<br><br>SELIP & STYLIANOU, LLP, *et al.*,<br><br>Defendants. | 24-CV-04108<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' correspondence in connection with Defendant Lamb's anticipated motion to dismiss. ECF Nos. 62-67. The Court ORDERS that the Parties appear at a telephonic conference on Thursday, March 13, 2025 at 3 p.m. to discuss the anticipated motion as well as the current status of settlement discussions, if any, between the Parties. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

SO ORDERED.

Dated:  February 5, 2025
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**