UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILSON<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>SELIP & STYLIANOU, LLP, *et al.*,<br><br>　　　　　　　　Defendants. | 24-CV-04108<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　　In follow-up from the March 13, 2025 telephonic conference in this case, the Court apprises the Parties of the following deadlines in this case:

- Plaintiff's Amended Complaint due April 3;
- Joint status report as to the status of settlement discussions, if any, due April 24;
- Defendants' opening briefs for their motions to dismiss due May 15;
- Plaintiff's oppositions due June 5;
- Defendants' replies, if any, due June 17.

**SO ORDERED.**

Dated:　March 13, 2025
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**