**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
Hearings Division

# DEFAULT DECISION

| | |
|---|---|
| **BENJAMIN,S,LAMB**<br>**1833 AMSTERDAM AVE**<br>**NEW YORK,NY 10031** | Summons No:   200002CS<br><br>DEPARTMENT OF CONSUMER AFFAIRS,<br><br>-against-<br><br>BENJAMIN,S,LAMB<br><br>Hearing Date:   08/06/2020<br><br>Hearing Location:   Manhattan<br><br>Type of Hearing:   DEFAULT |

| | |
|---|---|
| Total Penalty Amount: **$500.00** | Restitution: **$0.00** |
| Suspension/Revocation/Sealing: | |

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 200002CS | Default | 02/04/2020 | 1833 AMSTERDAM AVE Manhattan |

| LINE ITEM | OATH CODE | CODE SECTION/RULE | OCCUR-RENCE | NO. OF COUNTS | RESULT | PENALTY | SUSPENSION/REVOCATION/SEALING |
|---|---|---|---|---|---|---|---|
| 1 | NA | 6 RCNY § 1-13 | 1 | 1 | Default | $500.00 | |

Respondent failed to appear on the scheduled hearing date.  All facts alleged in the summons are deemed admitted. Accordingly, the Respondent is found in violation and subject to the penalties imposed herein.

Case 1:24-cv-04108-ALC    Document 74-7    Filed 04/03/25    Page 2 of 4

| | |
|---|---|
| *[signature]* | |
| September 17, 2020 | **09/17/2020** |
| **Andrea Pfeiffer, Hearing Officer** | **Date** |

# IF YOU ARE FOUND IN VIOLATION, YOU MUST PAY THE PENALTY WITHIN 30 DAYS OF THE DECISION DATE OR 35 DAYS IF MAILED.

- **To pay by mail**, send a check or money order, along with a copy of your decision, to the NYC Department of Consumer Affairs, Collections Division, 42 Broadway, 9th Floor, New York, NY 10004. The check or money order should be made out to "NYC Department of Consumer Affairs." Write the summons number on the check or money order.

- **To pay in person**, bring payment to the DCA Collections Division located in Manhattan at 42 Broadway, 5th Floor, New York, NY.

- **To pay online** using a credit or debit card, go to www1.nyc.gov/site/dca/businesses/pay-fines-fees.page.

## IF YOU DISAGREE WITH THE DECISION, YOU MAY APPEAL IT

You MUST use OATH's online or mail-in appeal forms available on OATH's website to submit your appeal. Instructions for filing an appeal may be found on the form and OATH's website at nyc.gov/oath/appeals.

Your appeal MUST be received by the OATH Hearings Division **within 30 days** of the decision date, or 35 days if the decision was mailed to you.

To appeal you MUST pay the full penalty stated in this decision.

- If you cannot pay because of financial hardship, you may ask to not pre-pay by submitting with your appeal a Financial Hardship Application, also available on OATH's website.

## APPEAL BY ENFORCEMENT AGENCY

If you wish to answer an appeal filed by an enforcement agency, you MUST use OATH's Response To Appeal form. Instructions for filing an answer may be found on the form and OATH's website at nyc.gov/oath/appeals.

Your answer must be received **within 30 days** of the date of the enforcement agency's appeal, or within 35 days if it was mailed to you.

If the enforcement agency wins the appeal, you may have to pay a penalty even if your case was originally dismissed after the hearing.

For more information,
see OATH's website nyc.gov/oath
or call 1-844-OATH-NYC

GN3b Decision Back DCA 5-9-17