**NYC Consumer and Worker Protection**

42 Broadway
New York, NY 10004

Dial 311
(212-NEW-YORK)

nyc.gov/dcwp

# CERTIFICATE OF SERVICE BY MAIL

I, Margarita Gomez1, hereby certify that I am the NYC Department of Consumer and Worker Protection employee herein and served a copy of the following document(s):

ORDER OF SUSPENSION
(List of Documents Mailed)

on  BENJAMIN LAMB
(Business/Entity/Principal/Owner)

located at: ▮

and

mailed to: ▮

by mailing and depositing a true and correct copy of said document(s) in the official mailbox for Collections Division

on the following date: May 23, 2023

I certify that the foregoing is true and correct.

*Margarita Gomez*
Signature

Margarita Gomez1
Name

Revenue Analyst
Office Title

*734-2023-COLL*



**42 Broadway**
**New York, NY 10004**

**Dial 311**
**(212-NEW-YORK)**

**nyc.gov/dcwp**

May 23, 2023

BENJAMIN LAMB


**Re: License Number(s):** 1071492-DCA
    **Total Outstanding Amount: $1125**

## LICENSE(S) SUSPENDED

**The Department of Consumer and Worker Protection (DCWP) has suspended your license(s) because you failed to pay outstanding violation fine(s) and/or fees and/or Consumer or Worker restitution.**

You are **directed** to surrender your license document immediately by mail to DCWP's Licensing Center which is located at 42 Broadway, New York, NY 10004.

**If you continue to operate, you may be subject to civil penalties and other sanctions for unlicensed activity.**

To reinstate your license, you must meet all license requirements and comply with all outstanding Departmental Orders.

Questions? Call (212) 436-0373 or email

PAYMENT OPTIONS

| Option | Location | What You Must Do |
|---|---|---|
| **By Mail** | 42 Broadway, 5th Floor New York, NY 10004 | • Mail a check or money order payable to "DCWP". Write Record ID on your check or money order<br>• **Cash Payment not accepted** |
| **Online** | nyc.gov/consumers | • Click "Pay Fines"<br>• Create an account<br>• Pay by credit card* |

*Convenience Fees apply to credit card payments*



*734-2023-COLL*

**NYC Consumer and Worker Protection**

42 Broadway
New York, NY 10004

Dial 311
(212-NEW-YORK)

nyc.gov/dcwp

April 20, 2023

**BENJAMIN LAMB**


License Number(s): 1071492-DCA

## PAYMENT DUE NOTICE

Our records show that you owe the New York City Department of Consumer and Worker Protection (DCWP) fine(s) and/or fee(s) listed below.

| Summons/Certificate of Inspection Number | Record ID | Amount Owed |
|---|---|---|
| 220204HR | 11529-2022-ADJC | $1,125.00 |

DCWP must receive payment within 30 days of the date of the Decision ordering the fine or, if you settled the matter by Consent Order or Settlement Agreement, by the due date listed on that document.

If you were ordered to pay restitution to a consumer or worker you must either: (1) pay the consumer or worker directly and provide proof of payment to DCWP, or (2) if directed to do so by a Consent Order or Settlement Agreement, pay the restitution directly to DCWP. Acceptable proof of payment is a copy of a cancelled check or money order accompanied by proof of mailing/delivery.

If DCWP does not receive full payment by the due date and/or proof of payment if you owed restitution, DCA will suspend or revoke active license(s).[1]

_____

[1] **Please Note:** due to a law passed by City Council in 2016, your license may remain suspended, or be suspended or revoked, if DCWP is notified that you owe penalties to any other City agency imposed by the Office of Administrative Trials and Hearings. If your license is suspended due to balances owed to other agencies, you will be required to pay the amount owed or provide proof that you have entered into a payment arrangement before DCWP will lift such suspension.

### PAYMENT OPTIONS

| Option | Location | What You Must Do |
|---|---|---|
| **By Mail** | 42 Broadway, 5th Floor New York, NY 10004 | • Mail a check or money order payable to "DCWP". Write Record ID on your check or money order<br>• **Cash Payment not accepted** |
| **Online** | nyc.gov/consumers | • Click "Pay Fines"<br>• Create an account<br>• Pay by credit card* |

*Convenience Fees apply to credit card payments*

Questions? Call (212) 436-0373 or email █████████████████.



*734-2023-COLL*