

42 Broadway
New York, NY 10004
Dial 311 (212-NEW-YORK)

Receipt Number: 2209089

Receipt Print Date: May 24, 2023 3:52 PM

Payment Processor ID: JAFFES

Total Fee Item(s) Paid: 1

| Fee Description | Fee Amount | Payment Amount | Payment to Date | Amount Still Owed |
|---|---|---|---|---|
| LL - License Violation | $1125.00 | $1125.00 | $1125.00 | $0.00 |
| Record ID: 11529-2022-ADJC   NOH Number: 220204HR   License Number: 1071492-DCA | | | | |
| Contact Name : BENJAMIN LAMB | | | | |
| Premise Address | | | | |
| **Subtotal:** | $1125.00 | $1125.00 | $1125.00 | $0.00 |

**Convenience Fee:**

**Total Paid:**                                                                 **$1125.00**

Total Payment Methods: 1

| Payment Method | Payor | Payment Amount |
|---|---|---|
| Check         (Paid) | INTER COUNTY JUDICIAL SERVICES LLC | $1125.00 |

**You cannot operate your business until you receive an actual license document from the Department of Consumer Affairs (DCA)**

**If you are an applicant for a new license, please note that Record ID is not a License Number. The license document will include License Number.**

Have you visited the Consumer Affairs Business Toolbox yet? Go to **nyc.gov/consumers** which includes:
- Inspection Checklists
- Online Live Chat for businesses
- *10 Things Every Business Should Know* Guide
- Online licensing services, including paying fines