4355 Grace Ave



Image capture: Feb 2022 © 2024 Google

