CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

*B1288*

**AFFIDAVIT OF SERVICE**

Index no : CV-18079-21/BX
Date Index Number Purchased: 11/18/2021

| | |
|---|---|
| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
| vs. | |
| Defendant(s): | SANDRA G CORTEZJOHNSON |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **12/13/2021** at **11:35 AM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18079-21/BX endorsed thereon** on **SANDRA G CORTEZJOHNSON** at **120 EINSTEIN LOOP APT 15A , BRONX, NY 10475** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Lisa P.**, **co-resident of SANDRA G CORTEZJOHNSON**, a person of suitable age and discretion. Said premises is **SANDRA G CORTEZJOHNSON's** usual place of abode within the state.

On **12/15/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **120 EINSTEIN LOOP APT 15A , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **32** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 12/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 EINSTEIN LOOP APT 15A, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 12/15/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N467405 N467405

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**




**AFFIDAVIT OF SERVICE**

**Index no : CV-18075-21/BX**
**Date Index Number Purchased: 11/18/2021**

| | |
|---|---|
| Plaintiff(s): | **Midland Credit Management, Inc** |
| vs. | |
| Defendant(s): | **JENNIFER MARTINEZ** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

**On 12/13/2021 at 11:53 AM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18075-21/BX endorsed thereon on JENNIFER MARTINEZ at 120 ERDMAN PL APT 14C , BRONX, NY 10475** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident of JENNIFER MARTINEZ**, a person of suitable age and discretion. Said premises is **JENNIFER MARTINEZ**'s usual place of abode within the state.

On **12/15/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **120 ERDMAN PL APT 14C , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Blonde** | **34** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: **accent** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 12/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 ERDMAN PL APT 14C, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 12/15/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C602142 C602142

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX


*61247*

AFFIDAVIT OF SERVICE

Index no : CV-18085-21/BX
Date Index Number Purchased: 11/18/2021

Plaintiff(s): TD BANK USA, N.A.

vs.

Defendant(s): JACINDA C HERNANDEZ

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **12/13/2021** at **12:35 PM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18085-21/BX endorsed thereon** on **JACINDA C HERNANDEZ** at **100 DEBS PL APT 2E , BRONX, NY 10475** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Javier D., co-resident** of **JACINDA C HERNANDEZ**, a person of suitable age and discretion. Said premises is **JACINDA C HERNANDEZ's** usual place of abode within the state.

On **12/15/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **100 DEBS PL APT 2E , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 35 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, goatee | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 12/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 DEBS PL APT 2E, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 12/15/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F058124 F058124



CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

**AFFIDAVIT OF SERVICE**

*81120*

**Index no : CV-18000-21/BX**
**Date Index Number Purchased: 11/16/2021**

| | |
|---|---|
| Plaintiff(s): | **TD BANK USA, N.A.** |
| vs. | |
| Defendant(s): | **GENESIS MORAN ARNAUD** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **12/14/2021 at 11:24 AM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18000-21/BX endorsed thereon on GENESIS MORAN ARNAUD at 2141 HOLLAND AVE APT 4A , BRONX, NY 10462** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Miguel Santos, co-resident of GENESIS MORAN ARNAUD**, a person of suitable age and discretion. Said premises is **GENESIS MORAN ARNAUD's** usual place of abode within the state.

On **12/15/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2141 HOLLAND AVE APT 4A , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black** | **30** | **5ft 4in - 5ft 6in** | **131-160** |
| Other Features: **accent** | | | | | |

I asked the person spoken to whether **he/she Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 12/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2141 HOLLAND AVE APT 4A, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 12/15/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F055021 F055021



Next Document   Document: 1 of 1



CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

*81252*

AFFIDAVIT OF SERVICE

Index no : CV-18082-21/BX
Date Index Number Purchased: 11/18/2021

| Plaintiff(s): | DEPARTMENT STORES NATIONAL BANK |
| --- | --- |
| vs. | |
| Defendant(s): | MICH ALDARONDO |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **12/14/2021 at 12:09 PM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18082-21/BX endorsed thereon on MICH ALDARONDO** at **696 RHINELANDER AVE APT 4C , BRONX, NY 10462** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident** of **MICH ALDARONDO**, a person of suitable age and discretion. Said premises is **MICH ALDARONDO's** usual place of abode within the state.

On **12/15/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **696 RHINELANDER AVE APT 4C , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| **Female** | **Brown** | **Brown** | **34** | **5ft 4in - 5ft 6in** | **161-200** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 12/15/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT"S PLACE OF RESIDENCE AT 696 RHINELANDER AVE APT 4C, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 12/15/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X________________________
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P039475 P039475

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

*81279*

AFFIDAVIT OF SERVICE

Index no : CV-18078-21/BX
Date Index Number Purchased: 11/18/2021

| | |
|---|---|
| Plaintiff(s): | CITIBANK, N.A. |
| vs. | |
| Defendant(s): | JOSHUAR RODRIGUEZ |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **12/18/2021** at **4:16 PM**, I served the within **SUMMONS AND COMPLAINT** with the index#CV-18078-21/BX endorsed thereon on **JOSHUAR RODRIGUEZ** at **1660 ZEREGA AVE , BRONX, NY 10462-5425** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Miriam Rodriguez, co-resident of JOSHUAR RODRIGUEZ**, a person of suitable age and discretion. Said premises is **JOSHUAR RODRIGUEZ**'s usual place of abode within the state.

On **12/21/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1660 ZEREGA AVE , BRONX, NY 10462-5425** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Auburn | 45 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 12/21/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1660 ZEREGA AVE, BRONX, NY 10462-5425 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 12/21/2021

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P040006 P040006

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*01886*

**Index no : CV-18804-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| Plaintiff(s): | **TD BANK USA, N.A.** |
| | vs. |
| Defendant(s): | **JAHIDUL ISLAM** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/03/2022** at **4:25 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18804-21/BX** endorsed thereon on **JAHIDUL ISLAM** at **2235 GLEASON AVE APT 4B , BRONX, NY 10462-5120** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Aliyah D, co-resident of JAHIDUL ISLAM**, a person of suitable age and discretion. Said premises is **JAHIDUL ISLAM's** usual place of abode within the state.

On **01/05/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2235 GLEASON AVE APT 4B , BRONX, NY 10462-5120** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Wrap** | **24** | **5ft 4in - 5ft 6in** | **131-160** |
| Other Features: **Accent (Arab)** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/05/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2235 GLEASON AVE APT 4B, BRONX, NY 10462-5120 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/05/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F059184 F059184

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**




## AFFIDAVIT OF SERVICE

**Index no : CV-18776-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| **Plaintiff(s):** | **Midland Credit Management, Inc** |
| vs. | |
| **Defendant(s):** | **NICHOLAS PEARSON** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/03/2022 at 5:23 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18776-21/BX endorsed thereon on NICHOLAS PEARSON at 1585 WHITE PLAINS RD APT 3F , BRONX, NY 10462** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Sandra Winters, co-resident** of **NICHOLAS PEARSON**, a person of suitable age and discretion. Said premises is **NICHOLAS PEARSON's** usual place of abode within the state.

On **01/05/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1585 WHITE PLAINS RD APT 3F , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Black** | **Black** | **31** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: **glasses** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 01/05/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1585 WHITE PLAINS RD APT 3F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 01/05/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C602291 C602291

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



*81750*

AFFIDAVIT OF SERVICE

Index no : CV-18779-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | Midland Credit Management, Inc |
|---|---|
| vs. | |
| Defendant(s): | LATOYA COLLINS |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/03/2022** at **6:00 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18779-21/BX endorsed thereon** on **LATOYA COLLINS** at **2165 BOLTON ST APT 1E , BRONX, NY 10462** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Antwon S., co-resident** of **LATOYA COLLINS**, a person of suitable age and discretion. Said premises is **LATOYA COLLINS's** usual place of abode within the state.

On **01/05/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2165 BOLTON ST APT 1E , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Black** | **Black** | **38** | **5ft 10in - 6ft 0in** | **161-200** |
| Other Features: **mustache, beard** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/05/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2165 BOLTON ST APT 1E, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/05/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C602604 C602604

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



*81774*

**AFFIDAVIT OF SERVICE**

Index no : CV-18784-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| vs. | |
| Defendant(s): | JERMAINE BETANCOURT |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **3:41 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18784-21/BX endorsed thereon on JERMAINE BETANCOURT at 3302 BOLLER AVE , BRONX, NY 10475** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident of JERMAINE BETANCOURT**, a person of suitable age and discretion. Said premises is **JERMAINE BETANCOURT's** usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3302 BOLLER AVE , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 32 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3302 BOLLER AVE, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

[signature]
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X [signature]
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P040079 P040079

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**



*61643*

**AFFIDAVIT OF SERVICE**

**Index no : CV-18798-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| **Plaintiff(s):** | **CITIBANK, N.A.** |
| **vs.** | |
| **Defendant(s):** | **ZULMA I BETANCOURT** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **3:41 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18798-21/BX endorsed thereon on ZULMA I BETANCOURT** at **3302 BOLLER AVE , BRONX, NY 10475** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident of ZULMA I BETANCOURT**, a person of suitable age and discretion. Said premises is **ZULMA I BETANCOURT**'s usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3302 BOLLER AVE , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Black** | **Black** | **32** | **5ft 4in - 5ft 6in** | **131-160** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3302 BOLLER AVE, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P040009 P040009

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX




## AFFIDAVIT OF SERVICE

Index no : CV-18790-21/BX
Date Index Number Purchased: 12/10/2021

| | |
|---|---|
| Plaintiff(s): | **CAPITAL ONE BANK (USA), N.A.** |
| vs. | |
| Defendant(s): | **MARYLIN VASQUEZ** |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **3:19 PM**, I served the within **SUMMONS AND COMPLAINT** with the index#**CV-18790-21/BX** endorsed thereon on **MARYLIN VASQUEZ** at **120 DONIZETTI PL APT 6F , BRONX, NY 10475** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Roberto Colon, Co-resident of MARYLIN VASQUEZ**, a person of suitable age and discretion. Said premises is **MARYLIN VASQUEZ**'s usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **120 DONIZETTI PL APT 6F , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Salt and Pepper** | **52** | **5ft 7in - 5ft 9in** | **131-160** |
| Other Features: **accent, goatee** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 DONIZETTI PL APT 6F, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

[signature]
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X [signature]
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N467169 N467169

Case No. CV-18791-21/BX

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX


#61656#

AFFIDAVIT OF SERVICE

Index no : CV-18791-21/BX
Date Index Number Purchased: 12/10/2021

|  |  |
|---|---|
| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
| vs. | |
| Defendant(s): | AMELIA CRUZ |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **3:49 PM**, I served the within **SUMMONS AND COMPLAINT** with the index#CV-18791-21/BX endorsed thereon on **AMELIA CRUZ** at **3555 BIVONA ST APT 2H , BRONX, NY 10475** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Rico Pagan, co-resident** of **AMELIA CRUZ**, a person of suitable age and discretion. Said premises is **AMELIA CRUZ**'s usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3555 BIVONA ST APT 2H , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 31 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: accent, mustache, beard | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3555 BIVONA ST APT 2H, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2029471
Branch: White Plains

Atty File#: N467301 N467301



Document: 1 of 1

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



*81545*

**AFFIDAVIT OF SERVICE**

Index no : CV-18795-21/BX
Date Index Number Purchased: 12/10/2021

| | |
|---|---|
| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
| vs. | |
| Defendant(s): | KEITH A ISTRE |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **4:22 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18795-21/BX endorsed thereon** on **KEITH A ISTRE** at **4160 HUTCH RVR PKWY E APT 3A , BRONX, NY 10475** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Leona S., co-resident of KEITH A ISTRE**, a person of suitable age and discretion. Said premises is **KEITH A ISTRE's** usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **4160 HUTCH RVR PKWY E APT 3A , BRONX, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Black** | **Black** | **36** | **5ft 4in - 5ft 6in** | **161-200** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 4160 HUTCH RVR PKWY E APT 3A, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N467142 N467142



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**



*81695*

**AFFIDAVIT OF SERVICE**

**Index no : CV-18806-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| vs. | |
| Defendant(s): | **LARRY LARA** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/05/2022** at **4:26 PM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18806-21/BX endorsed thereon** on **LARRY LARA** at **140 ERDMAN PL APT 2F , BRONX, NY 10475-5325** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Stephanie C., co-resident** of **LARRY LARA**, a person of suitable age and discretion. Said premises is **LARRY LARA's** usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **140 ERDMAN PL APT 2F , BRONX, NY 10475-5325** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **38** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 140 ERDMAN PL APT 2F, BRONX, NY 10475-5325 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1744483 G1744483

Case No. CV-18797-21/BX





**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

*81647*

**Index no : CV-18797-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| vs. | |
| Defendant(s): | **SENCION FRANCISCO** |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022** at **12:40 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18797-21/BX** endorsed thereon on **SENCION FRANCISCO** at **2169 HONE AVE 2A , BRONX, NY 10461** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Ariel Francisco, co-resident of SENCION FRANCISCO**, a person of suitable age and discretion. Said premises is **SENCION FRANCISCO's** usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2169 HONE AVE 2A , BRONX, NY 10461** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **30** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: **accent** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on **01/13/2022** DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2169 HONE AVE 2A, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1732633 G1732633



Next Document Document: 1 of 1

Case No. CV-18799-21/BX

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



AFFIDAVIT OF SERVICE

*01044*

Index no : CV-18799-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | TD BANK USA, N.A. |
|---|---|
| vs. | |
| Defendant(s): | GURJIT S SINGH |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022 at 12:47 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-18799-21/BX endorsed thereon on GURJIT S SINGH at 1026 NEILL AVE APT 2 , BRONX, NY 10461** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Abigail D., co-resident of GURJIT S SINGH**, a person of suitable age and discretion. Said premises is **GURJIT S SINGH**'s usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1026 NEILL AVE APT 2 , BRONX, NY 10461** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Black** | **34** | **5ft 4in - 5ft 6in** | **131-160** |
| Other Features: **accent (Ind.), glasses** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1026 NEILL AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F054639 F054639



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**



#81548#

**Index no : CV-18793-21/BX**
**Date Index Number Purchased: 12/10/2021**

| Plaintiff(s): | **SYNCHRONY BANK** |
|---|---|
| vs. | |
| Defendant(s): | **IRENE SERPE** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022** at **1:10 PM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18793-21/BX** endorsed thereon on **IRENE SERPE** at **1417 ROWLAND ST APT 3R , BRONX, NY 10461** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident of IRENE SERPE**, a person of suitable age and discretion. Said premises is **IRENE SERPE's** usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1417 ROWLAND ST APT 3R , BRONX, NY 10461** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **32** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: **accent** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1417 ROWLAND ST APT 3R, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1745197 G1745197

**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**


*61855*

**AFFIDAVIT OF SERVICE**

Index no : CV-18792-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
|---|---|
| vs. | |
| Defendant(s): | LUIS M MOREL |

NEW YORK
WESTCHESTER ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022 at 1:17 PM**, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18792-21/BX endorsed thereon** on **LUIS M MOREL at 1704 SEDDON ST APT 35 , BRONX, NY 10461** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Ava Rios, co-resident of LUIS M MOREL**, a person of suitable age and discretion. Said premises is **LUIS M MOREL**'s usual place of abode within the state.

On **01/13/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1704 SEDDON ST APT 35 , BRONX, NY 10461** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Brown** | **Brown** | **30** | **5ft 0in - 5ft 3in** | **131-160** |
| Other Features: **accent** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

**IN COMPLIANCE WITH CPLR 3215, on 01/13/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1704 SEDDON ST APT 35, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 01/13/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2023471
Branch: White Plains

Atty File#: N467339 N467339

Case No. CV-18807-21/BX



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**



**AFFIDAVIT OF SERVICE**

*81783*

**Index no : CV-18807-21/BX**
**Date Index Number Purchased: 12/10/2021**

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **MARION FELLEGARA** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022** at **4:54 PM**, I served the within **SUMMONS AND COMPLAINT** with the **index#CV-18807-21/BX** endorsed thereon on **MARION FELLEGARA** at **1602 EDISON AVE APT 2 , BRONX, NY 10461** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **John Fellegara, SON** of **MARION FELLEGARA**, a person of suitable age and discretion. Said premises is **MARION FELLEGARA's** usual place of abode within the state.

On **01/10/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1602 EDISON AVE APT 2 , BRONX, NY 10461** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 47 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: **mustache,beard** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 01/10/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1602 EDISON AVE APT 2, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/10/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1745714 G1745714