FILED: BRONX CIVIL COURT 01/11/2022 02:24 PM   Case 1:24-cv-18208-AS  Document 74-21   Filed 04/03/25   Page 1 of 25   Civil-Bronx3

NYSCEF DOC. NO. 46784                                                                    RECEIVED NYSCEF: 01/11/2022

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



*817#2*

### AFFIDAVIT OF SERVICE

Index no : CV-18805-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | **TD BANK USA, N.A.** |
| | vs. |
| Defendant(s): | **MARGARET RUIZ** |

NEW YORK
WESTCHESTER     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022** at **5:23 PM**, I served the within **SUMMONS AND COMPLAINT** with the **Index#CV-18805-21/BX** endorsed thereon on **MARGARET RUIZ** at **2826 HARRINGTON AVE APT 3 , BRONX, NY 10461-5942** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jane Doe (refused name)**, co-resident of **MARGARET RUIZ**, a person of suitable age and discretion. Said premises is **MARGARET RUIZ's** usual place of abode within the state.

On **01/10/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2826 HARRINGTON AVE APT 3 , BRONX, NY 10461-5942** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 43 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/10/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2826 HARRINGTON AVE APT 3, BRONX, NY 10461-5942 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/10/2022

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: F059186 F059186

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*81794*

Index no : CV-18808-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
| | vs. |
| Defendant(s): | TOMA VUKDEDAJ |

NEW YORK
WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/06/2022** at **5:47 PM**, I served the within SUMMONS AND COMPLAINT with the index#CV-18808-21/BX endorsed thereon on TOMA VUKDEDAJ at 2679 SCHURZ AVE , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Garson Vukdedaj, co-resident of TOMA VUKDEDAJ, a person of suitable age and discretion. Said premises is TOMA VUKDEDAJ's usual place of abode within the state.

On 01/10/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2679 SCHURZ AVE , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | White | Brown | 50 | 6ft 1in - 6ft 3in | Over 200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/10/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2679 SCHURZ AVE, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/10/2022

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: N467190 N467190

1 of 1



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY
OF BRONX**

### AFFIDAVIT OF SERVICE

*#81439*

Index no : CV-18769-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | Midland Credit Management, Inc |
| | vs. |
| Defendant(s): | NEMILA HIPOL |

**NEW YORK**
**WESTCHESTER** ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/06/2022 at 6:19 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-18769-21/BX endorsed thereon on NEMILA HIPOL at 931 SWINTON AVE , BRONX, NY 10465 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jonathan P., co-resident of NEMILA HIPOL, a person of suitable age and discretion. Said premises is NEMILA HIPOL's usual place of abode within the state.

On 01/10/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 931 SWINTON AVE , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Male | White | Brown | 40 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

#### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/10/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 931 SWINTON AVE, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/10/2022

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X_____
BENJAMIN LAMB
License#: 1071492
J and B Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: C601658 C601658

**FILED: BRONX 01/19/2022 10:28 AM**

NYSCEF DOC. NO. 47161

CLAIM NO. Civil-Bronx3

RECEIVED NYSCEF: 01/19/2022

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*W81B93W*

Index no : CV-18800-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | **TD BANK USA, N.A.** |
| | vs. |
| Defendant(s): | **EVELYN ROLDAN** |

NEW YORK
WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

**On 01/15/2022 at 10:45 AM, I served the within SUMMONS AND COMPLAINT with the Index#CV-18800-21/BX** endorsed thereon on EVELYN ROLDAN at 540 THROGGS NECK EXPY , BRONX, NY 10465 in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the recipient served is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|--------|--------|
| Female | Brown | Blonde | 50 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 01/18/2022

*Melissa Cyran*

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: F059079 F059079

1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE



*81213*

Index no : CV-19257-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | CITIBANK, N.A. |
| | vs. |
| Defendant(s): | DELILAH MARTINEZ |

NEW YORK
WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/25/2022 at 12:09 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-19257-21/BX
endorsed thereon on DELILAH MARTINEZ at 100 ERSKINE PL APT 9F , BRONX, NY 10475 in the manner
indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), co-resident of DELILAH
MARTINEZ, a person of suitable age and discretion. Said premises is DELILAH MARTINEZ's usual place of abode
within the state.

On 01/27/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 100 ERSKINE PL APT 9F ,
BRONX, NY 10475 and deposited said envelope in an official depository under the exclusive care and custody of the
U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | Brown | Brown | 25 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/27/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100
ERSKINE PL APT 9F, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/27/2022

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: P040058

1 of 1

Next Document          Document: 1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-19272-21/BX
Date Index Number Purchased: 12/27/2021

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **HERMAN MAXWELL** |

**NEW YORK**
**WESTCHESTER** ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/25/2022 at 12:26 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-19272-21/BX endorsed thereon on HERMAN MAXWELL at 100 DONIZETTI PL APT 25G , BRONX, NY 10475 in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

**Comments: No description available. Defendant spoke to me through the door. He identified himself but would not open the door for covid reasons and safety.**

A description of the recipient served is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | N/A | N/A | N/A | N/A | N/A |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/27/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 DONIZETTI PL APT 25G, BRONX, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/27/2022

_signature_
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6238619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _signature_
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G17-16364

1 of 1

Case 1:24-cv-01318-LG   Document 14-21   Filed 04/03/25   Page 7 of 25

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



**#81921#**

Index no : CV-19271-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **RAMONE LINTON** |

NEW YORK
WESTCHESTER **ss.:**

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/27/2022 at 11:25 AM, I served the within **SUMMONS AND COMPLAINT with the index#CV-19271-21/BX** endorsed thereon on RAMONE LINTON at 3408 BRUNER AVE PH , BRONX, NY 10469 in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to Aziz Haug, co-resident of **RAMONE LINTON**, a person of suitable age and discretion. Said premises is RAMONE LINTON's usual place of abode within the state.

On **01/31/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3408 BRUNER AVE PH** , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Black | Salt and Pepper | 52 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: accent (Caribbean) | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3408 BRUNER AVE PH, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

_Melissa Cyran_
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License#: 1071492
J and F Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1746302

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

**\*61827\***

Index no : CV-19265-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **DEPARTMENT STORES NATIONAL BANK** |
| | **vs.** |
| Defendant(s): | **CECELIA OXABLE** |

NEW YORK
WESTCHESTER   **ss.:**

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/25/2022** at **12:46 PM**, I served the within **SUMMONS AND COMPLAINT** with the index#**CV-19265-21/BX** endorsed thereon on **CECELIA OXABLE** at **900 CO-OP CITY BLVD 18E** , **BRONX, NY 10475-0000** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Anthony D.**, co-resident of **CECELIA OXABLE**, a person of suitable age and discretion. Said premises is **CECELIA OXABLE**'s usual place of abode within the state.

On **01/27/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **900 CO-OP CITY BLVD 18E** , **BRONX, NY 10475-0000** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | Black | Black | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

**IN COMPLIANCE WITH CPLR 3215**, on **01/27/2022** DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 900 CO-OP CITY BLVD 18E, BRONX, NY 10475-0000 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/27/2022

X _____
**BENJAMIN LAMB**
License#: 1074492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: P040213

Case No. CV-19269-21/BX

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE



*#81826*

Index no : CV-19269-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **FREDERICK K MANTEY** |

NEW YORK
WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/25/2022 at 4:25 PM, I served the within **SUMMONS AND COMPLAINT** with the index#CV-19269-21/BX endorsed thereon on **FREDERICK K MANTEY** at **1450 PARKCHESTER RD APT 6C , BRONX, NY 10462** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Jane Doe (refused name)**, co-resident of **FREDERICK K MANTEY**, a person of suitable age and discretion. Said premises is **FREDERICK K MANTEY's** usual place of abode within the state.

On **01/31/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1450 PARKCHESTER RD APT 6C , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Black | Black | 45 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1450 PARKCHESTER RD APT 6C, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL." AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: G1746266

1 of 1




# CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE

**#81828#**

Index no : CV-19270-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **SYNCHRONY BANK** |
|---|---|
| | vs. |
| Defendant(s): | **KIMBERLY MARIN** |

NEW YORK
WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/25/2022** at **4:34 PM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-19270-21/BX** endorsed thereon on **KIMBERLY MARIN** at **1690 METROPOLITAN AVE APT 5F , BRONX, NY 10462** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Anthony Doe (refused last name)**, co-resident of **KIMBERLY MARIN**, a person of suitable age and discretion. Said premises is **KIMBERLY MARIN**'s usual place of abode within the state.

On **01/31/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1690 METROPOLITAN AVE APT 5F , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: Mustache,beard | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1690 METROPOLITAN AVE APT 5F, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X _____
**BENJAMIN LAMB**
License# 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: G1746272

1 of 1




## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*#818554#*

Index no : **CV-19255-21/BX**
Date Index Number Purchased: **12/27/2021**

| Plaintiff(s): | **CITIBANK, N.A.** |
|---|---|
| | vs. |
| Defendant(s): | **MIGUEL GOMEZ** |

NEW YORK
WESTCHESTER      ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/25/2022** at **5:46 PM**, I served the within **SUMMONS AND COMPLAINT** with the **Index#CV-19255-21/BX** endorsed thereon on **MIGUEL GOMEZ** at **1776 CASTLE HILL AVE APT 6N , BRONX, NY 10462** in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to **Lena Tejeda, co-resident** of **MIGUEL GOMEZ**, a person of suitable age and discretion. Said premises is **MIGUEL GOMEZ's** usual place of abode within the state.

On **01/31/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1776 CASTLE HILL AVE APT 6N , BRONX, NY 10462** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 40 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1776 CASTLE HILL AVE APT 6N, BRONX, NY 10462 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X _____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: P040146

1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
### OF BRONX

### AFFIDAVIT OF SERVICE

*82741*

Index no : CV-18094-21/BX
Date Index Number Purchased: 11/18/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
|---|---|
| | vs. |
| Defendant(s): | FRANCISCO S OTERO |

NEW YORK
WESTCHESTER      ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/26/2022 at 6:29 PM, I served the within **SUMMONS AND COMPLAINT with the Index#CV-18094-21/BX** endorsed thereon on **FRANCISCO S OTERO** at **1915 Andrews Ave. APT 3N, Bronx, NY 10453** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Gloria Ramos**, co-resident of **FRANCISCO S OTERO**, a person of suitable age and discretion. Said premises is **FRANCISCO S OTERO**'s usual place of abode within the state.

On 01/31/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **1915 Andrews Ave. APT 3N, Bronx, NY 10453** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Blonde | 40 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1915 Andrews Ave. APT 3N, Bronx, NY 10453 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N467034

1 of 1



Case No. CV-19262-21/BX



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

**\*81918\***

Index no : CV-19262-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **DISCOVER BANK** |
| | vs. |
| Defendant(s): | **JANET FORBES A/K/A JANET MURDOCK** |

**NEW YORK**
**WESTCHESTER**  ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

**On 01/27/2022 at 11:35 AM**, I served the within **SUMMONS AND COMPLAINT with the index#CV-19262-21/BX** endorsed thereon on **JANET FORBES A/K/A JANET MURDOCK** at **907 E 221ST ST APT 4F , BRONX, NY 10469** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Thomas C.**, co-resident of **JANET FORBES A/K/A JANET MURDOCK**, a person of suitable age and discretion. Said premises is **JANET FORBES A/K/A JANET MURDOCK's** usual place of abode within the state.

**On 01/31/2022,** deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **907 E 221ST ST APT 4F** , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|---------------|---------------|-----|---------------|---------|
| Male | Black | Black | 48 | 5ft 7in - 5ft 9in | 131-160 |
| Other Features: mustache, accent (Caribbean) | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

**IN COMPLIANCE WITH CPLR 3215**, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 907 E 221ST ST APT 4F, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

Melissa Olynek

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: D164811

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE



*#62835*

Index no : CV-19253-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
|---|---|
| | vs. |
| Defendant(s): | WILLY A LOPEZ |

**NEW YORK**
**WESTCHESTER**     ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/27/2022** at **11:52 AM**, I served the within **SUMMONS AND COMPLAINT** with the **index#CV-19253-21/BX** endorsed thereon on **WILLY A LOPEZ** at **3221 COLDEN AVE APT 1D**, **BRONX, NY 10469** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jane Doe (refused name)**, co-resident of **WILLY A LOPEZ**, a person of suitable age and discretion. Said premises is **WILLY A LOPEZ's** usual place of abode within the state.

On **01/31/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3221 COLDEN AVE APT 1D**, **BRONX, NY 10469** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Brown | 45 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: accent, glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3221 COLDEN AVE APT 1D, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: N466410

1 of 1

Document: 1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE



*81915*

Index no : **CV-19259-21/BX**
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
|---|---|
| | vs. |
| Defendant(s): | NAOMI A PEMBERTON |

NEW YORK
WESTCHESTER   ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **01/27/2022 at 12:07 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-19259-21/BX** endorsed thereon on NAOMI A PEMBERTON at **3009 WILSON AVE , BRONX, NY 10469** in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the recipient served is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 40 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: **glasses** | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3009 WILSON AVE, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X_____
**BENJAMIN LAMB**
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: N467783

1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*82016*

Index no : CV-19250-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | Midland Credit Management, Inc |
| | vs. |
| Defendant(s): | EUGENIA TAYLOR |

NEW YORK
WESTCHESTER          ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/27/2022 at 12:23 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-19250-21/BX endorsed thereon on EUGENIA TAYLOR at 2722 DEWITT PL FL 2 , BRONX, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Melvin P., co-resident of EUGENIA TAYLOR, a person of suitable age and discretion. Said premises is EUGENIA TAYLOR's usual place of abode within the state.

On 01/31/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 2722 DEWITT PL FL 2 , BRONX, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|------|------|------|------|------|------|
| Male | Black | Black | 50 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache,beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 01/31/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 2722 DEWITT PL FL 2, BRONX, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 01/31/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

_____
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: C593421

1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY
## OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-18091-21/BX
Date Index Number Purchased: 11/18/2021

| | |
|---|---|
| Plaintiff(s): | **SYNCHRONY BANK** |
| | vs. |
| Defendant(s): | **WILFREDO CABRERA JR** |

NEW YORK
WESTCHESTER     ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 01/31/2022 at 2:03 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-18091-21/BX
endorsed thereon on WILFREDO CABRERA JR at 100 VAN CORTLANDT PARK S APT C34 , Bronx, NY
10463 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Samantha Rivera, co-tenant of WILFREDO
CABRERA JR, a person of suitable age and discretion. Said premises is WILFREDO CABRERA JR's usual place
of abode within the state.

On 02/03/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal &
Confidential" properly addressed to defendant and defendant's last known residence, at 100 VAN CORTLANDT
PARK S APT C34 , Bronx, NY 10463 and deposited said envelope in an official depository under the exclusive care
and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by
return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Auburn | 34 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: accent | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the
State of New York in any capacity whatever and received a negative reply. The source of my information and belief are
the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of
New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/03/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS
ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID
ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 VAN
CORTLANDT PARK S APT C34, Bronx, NY 10463 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST
OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT
INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY
OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/03/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1745919

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*#82036*

Index no : CV-19252-21/BX
Date Index Number Purchased: 12/27/2021

| | | |
|---|---|---|
| Plaintiff(s): | TD BANK USA, N.A. | |
| | **vs.** | |
| Defendant(s): | **KARINA D VELEZ** | |

**NEW YORK**
**WESTCHESTER**    **ss.:**

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2022 at 10:46 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-19252-21/BX endorsed thereon on KARINA D VELEZ at 3073 BUHRE AVE APT 5E , BRONX, NY 10461-4737 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Michael P., co-resident of KARINA D VELEZ, a person of suitable age and discretion. Said premises is KARINA D VELEZ's usual place of abode within the state.

On 02/03/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3073 BUHRE AVE APT 5E , BRONX, NY 10461-4737 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Brown | Black | 42 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: mustache,beard | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/03/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3073 BUHRE AVE APT 5E, BRONX, NY 10461-4737 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/03/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: F059405

1 of 1

CLAIM NO. Civil-Bronx3
RECEIVED NYSCEF: 02/07/2022



*81828*

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

Index no : CV-19263-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | SYNCHRONY BANK |
| | vs. |
| Defendant(s): | JOAN TOMANELLI |

NEW YORK
WESTCHESTER    ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/02/2022 at 10:52 AM, I served the within SUMMONS AND COMPLAINT with the index#CV-19263-21/BX endorsed thereon on JOAN TOMANELLI at 1724 PARKVIEW AVE , BRONX, NY 10461 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Jane Doe (refused name), co-resident of JOAN TOMANELLI, a person of suitable age and discretion. Said premises is JOAN TOMANELLI's usual place of abode within the state.

On 02/03/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1724 PARKVIEW AVE , BRONX, NY 10461 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Brown and Gray | 58 | 5ft 0in - 5ft 3in | 100-130 |

Other Features: glasses

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/03/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1724 PARKVIEW AVE, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/03/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: G1746239

1 of 1

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE

*81954*

Index no : CV-19254-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | CITIBANK, N.A. |
|---|---|
| | vs. |
| Defendant(s): | MARYANN GECAY |

NEW YORK
WESTCHESTER   ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **02/02/2022** at **11:12 AM**, I served the within **SUMMONS AND COMPLAINT** with the **Index#CV-19254-21/BX** endorsed thereon on **MARYANN GECAY** at **3003 BAISLEY AVE , BRONX, NY 10461** in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the recipient served is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 40 | 5ft 10in - 6ft 0in | Over 200 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on **02/03/2022** DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3003 BAISLEY AVE, BRONX, NY 10461 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/03/2022

*Melissa A. Cyran*
Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License# 1071492
J und E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: P040180

Document: 1 of 1



**CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX**

**AFFIDAVIT OF SERVICE**

#81916#

Index no : CV-19261-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | **TD BANK USA, N.A.** |
| | vs. |
| Defendant(s): | **NICHOLAS D DIMARCO** |

**NEW YORK**
**WESTCHESTER**    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **02/02/2022** at **11:27 AM**, I served the within **SUMMONS AND COMPLAINT** with the index#CV-19261-21/BX endorsed thereon on NICHOLAS D DIMARCO at 3214 RANDOLPH PL , BRONX, NY 10465 in the manner indicated below:

**SUITABLE AGE**: by delivering thereat a true copy of each to Stephanie Doe (refused last name), co-resident of NICHOLAS D DIMARCO, a person of suitable age and discretion. Said premises is NICHOLAS D DIMARCO's usual place of abode within the state.

On **02/03/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3214 RANDOLPH PL , BRONX, NY 10465 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| Female | White | Brown | 40 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3z15**

IN COMPLIANCE WITH CPLR 3215, on 02/03/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3214 RANDOLPH PL, BRONX, NY 10465 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/03/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: F059365

1 of 2

Next Documents          Document: 1 of 1

# CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

## AFFIDAVIT OF SERVICE



*63184*

Index no : CV-18789-21/BX
Date Index Number Purchased: 12/10/2021

| Plaintiff(s): | **CAPITAL ONE BANK (USA), N.A.** |
|---|---|
| vs. | |
| Defendant(s): | **GARY W BROWN** |

NEW YORK
WESTCHESTER        ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/11/2022 at 12:41 PM, I served the within SUMMONS AND COMPLAINT with the index#CV-18789-21/BX endorsed thereon on GARY W BROWN at 3309 Fenton Ave. APT 2, Bronx, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to Olivia S., co-resident of GARY W BROWN, a person of suitable age and discretion. Said premises is GARY W BROWN's usual place of abode within the state.

On 02/16/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 3309 Fenton Ave. APT 2, Bronx, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 30 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 02/16/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3309 Fenton Ave. APT 2, Bronx, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 02/16/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: N467212

1 of 1

## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX



### AFFIDAVIT OF SERVICE

**#831.95#**

Index no : CV-19251-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | Midland Credit Management, Inc |
| --- | --- |
| | vs. |
| Defendant(s): | **RHYS GARDNER** |

**NEW YORK**
**WESTCHESTER**      **ss.:**

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **02/18/2022** at **11:57 AM**, I served the within **SUMMONS AND COMPLAINT** with the **index#CV-19251-21/BX** endorsed thereon on **RHYS GARDNER** at **100 Benchley Pl APT 7K, Bronx, NY 10475** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jane Doe (refused name), co-resident of RHYS GARDNER**, a person of suitable age and discretion. Said premises is **RHYS GARDNER**'s usual place of abode within the state.

On **02/22/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **100 Benchley Pl APT 7K, Bronx, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Brown | Brown | 32 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: glasses | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

**IN COMPLIANCE WITH CPLR 3215, on 02/22/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 100 Benchley Pl APT 7K, Bronx, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.**

Sworn to and subscribed before me on 02/22/2022

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

Atty File#: C602758

1 of 1



## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*83482*

Index no : CV-19264-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | TD BANK USA, N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | DANIA VALDIVIESO |

NEW YORK
WESTCHESTER      ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 02/24/2022 at 5:59 PM, I served the within SUMMONS AND COMPLAINT with the Index#CV-19264-21/BX endorsed thereon on DANIA VALDIVIESO at 1361 Arnows Ave APT 2, Bronx, NY 10469 in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to John Doe (refused name), co-resident of DANIA VALDIVIESO, a person of suitable age and discretion. Said premises is DANIA VALDIVIESO's usual place of abode within the state.

On 03/08/2022, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at 1361 Arnows Ave APT 2, Bronx, NY 10469 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Male | White | Black | 38 | 5ft 10in - 6ft 0in | 161-200 |
| Other Features: goatee, glasses | | | | | |

I asked the person spoken to whether he/she Defendant was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 03/08/2022 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 1361 Arnows Ave APT 2, Bronx, NY 10469 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 03/08/2022

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

X _____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Atty File#: 19059336

1 of 1



 
## CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

### AFFIDAVIT OF SERVICE

*83408*

Index no : CV-19266-21/BX
Date Index Number Purchased: 12/27/2021

| Plaintiff(s): | CAPITAL ONE BANK (USA), N.A. |
| --- | --- |
| | vs. |
| Defendant(s): | RAAMESE BATTLE |

NEW YORK
WESTCHESTER    ss.:

**BENJAMIN LAMB**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 03/01/2022 at 1:12 PM, I served the within **SUMMONS AND COMPLAINT** with the **Index#CV-19266-21/BX** endorsed thereon on **RAAMESE BATTLE** at **120 Alcott Pl APT 32K, Bronx, NY 10475** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Jennifer Smith, co-resident** of **RAAMESE BATTLE**, a person of suitable age and discretion. Said premises is **RAAMESE BATTLE's** usual place of abode within the state.

On **03/08/2022**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **120 Alcott Pl APT 32K, Bronx, NY 10475** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
| --- | --- | --- | --- | --- | --- |
| Female | Black | Black | 30 | 5ft 0in - 5ft 3in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on **03/08/2022** DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 120 Alcott Pl APT 32K, Bronx, NY 10475 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 03/08/2022

X _____

*Melissa A. Cyran*

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/22

BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2022471
Branch: White Plains

Atty File#: N464387

1 of 1