

Image capture: Jun 2018    © 2024 Google

