Google Maps  867 Kinsella St



New York

Google Street View

Aug 2011

Image capture: Aug 2011      © 2024 Google

