**MEMO ENDORSED**

KAUFMAN DOLOWICH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/23/2025__

Telephone: 516.681.1100
www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

July 22, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Wilson v. Selip & Stylianou, LLP, et al.**
             **Case No. 1:24-cv-4108 (ALC)**

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP ("S&S") in the above matter.

I write with the consent of counsel for all parties to respectfully request that the deadline for the Defendants to file their motions to dismiss be extended by one (1) week, and that the deadlines for opposition and reply papers be extended by one (1) week each to match. I am requesting the extension because of an urgent personal matter concerning my father's estate which has taken me out of the office this week.

Under the current briefing schedule, Defendants' motions are due by July 25, 2025; Plaintiff's opposition papers are due by August 22, 2025; and Defendants' replies are due by September 12, 2025. (ECF Doc. 83).

With the extension, Defendants' motions would be due by August 1, 2025; Plaintiff's opposition papers would be due by August 29, 2025; and Defendants' replies would be due by September 19, 2025.

The briefing schedule was extended once before, on May 13, 2025. (ECF Doc. 83). No other deadlines would be affected.

I thank the Court for its consideration.

                        Very truly yours,
                        Kaufman Dolowich LLP

                        Adam M. Marshall, Esq.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 23, 2025
New York, NY