**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

July 30, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **Wilson v. Selip & Stylianou, LLP, et al.**
               **Case No. 1:24-cv-4108 (ALC)**

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP ("S&S") in the above matter.

I write with the consent of counsel for all parties to respectfully request that the briefing deadlines for Defendants' forthcoming motions to dismiss be extended by one (1) more week each. This Court granted a prior one-week extension last Thursday at my request. (ECF Doc. 85).

I am requesting the additional time because I returned to the office this week, later than expected, and will be handling a traverse hearing and oral argument in another matter before Justice Moyne tomorrow in New York County Supreme Court.

Under the current briefing schedule, Defendants' motions would be due by August 1, 2025; Plaintiff's opposition papers would be due by August 29, 2025; and Defendants' replies would be due by September 19, 2025. (ECF Doc. 85).

With the proposed extension, Defendants' motions would be due by August 8, 2025; Plaintiff's opposition papers would be due by September 5, 2025; and Defendants' replies would be due by September 26, 2025.

I thank the Court for its consideration and courtesies.

                                            Very truly yours,
                                            Kaufman Dolowich LLP

                      By: _____
                                            Adam M. Marshall, Esq.

cc:      All Counsel of Record via ECF