UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
Erika Wilson

                        Plaintiff,           Case No. 1:24-cv-04108-ALC

     -against-

                                          **NOTICE OF MOTION**

SELIP & STYLIANOU, LLP;
J&E PROCESS SERVERS; and
BENJAMIN LAMB,

                      Defendants.
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the annexed declaration of Seth N. Bursky, the exhibit thereto, and the accompanying memorandum of law, Defendant J & E Process Servers shall move this Court at Room 44 at United States District Court for the Southern District of New York located at 40 Foley Square, New York, NY 10007, on October 14, 2025, 10:00 a.m. in the forenoon of that day, or as soon thereafter as counsel may be heard, for an Order dismissing Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems just and proper.

Dated:  August 8, 2025
          White Plains, New York

|  | WOOD, SMITH, HENNING & BERMAN, LLP |
|---|---|
| By: | /s/ Seth N. Bursky <br> _____ <br> Seth N. Bursky, Esq. <br> *Attorneys for Defendant* <br> J & E Process Servers <br> 5 Waller Avenue, Suite 200 <br> White Plains, New York 10604 <br> (914) 353-3866 <br> sbursky@wshblaw.com |

To:   All Counsel of Record *via* ECF