UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Erika Wilson

                        Plaintiff,

      -against-

SELIP & STYLIANOU, LLP;
J&E PROCESS SERVERS; and
BENJAMIN LAMB,

                      Defendants.
------------------------------------------------------------X

Case No. 1:24-cv-04108-ALC

**DECLARATION OF SETH N. BURSKY**

      Seth N. Bursky, duly admitted to practice law before this Court, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

      1.    I am an attorney with the law Firm, Wood, Smith, Henning & Berman LLP, attorneys of record for Defendant J & E Process Servers ("J&E").

      2.    I am fully familiar with the facts set forth herein.

      3.    I submit this Declaration in support of J&E's motion to dismiss Plaintiff's Complaint for lack for standing pursuant to Rule 12(b)(1) and failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Rule.

      4.    On May 30, 2024, Plaintiff commenced this proceeding (the "Instant Action").

      5.    On August 2, 2024, J&E filed an Answer to Instant Action Complaint.

      6.    On April 3, 2024, Plaintiff filed an Amended Complaint. A true and correct copy of the Complaint (without exhibits) is annexed hereto as Exhibit A (ECF No. 74).

7.  For the reasons set forth herein along with the supporting exhibits hereto, the Declaration of Ellen Eakley with supporting exhibits thereto, and the accompanying Memorandum of Law, it is respectfully requested that the Court grant J&E's motion to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure along with such other and further relief as this Court deems just and proper.

Dated: August 8, 2025
White Plains, New York

WOOD, SMITH, HENNING & BERMAN, LLP

By: /s/ Seth N. Bursky
_____
Seth N. Bursky, Esq.
*Attorneys for Defendant*
J & E Process Servers
5 Waller Avenue, Suite 200
White Plains, New York 10604
(914) 353-3866
sbursky@wshblaw.com

To:   All Counsel of Record *via* ECF

37710303.1:10916-0022