UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIKA WILSON,

                               Plaintiff,         Case No.: 1:24-cv-4108-ALC

      - against -

                               **NOTICE OF MOTION**

SELIP & STYLIANOU, LLP; J & E PROCESS
SERVERS; and BENJAMIN LAMB.

                            Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Sarah Prager, Esq., dated August 8, 2025, the annexed memorandum of law, dated August 8, 2025, and upon all prior pleadings and proceedings, Defendant Benjamin Lamb, will move this Court before United States District Judge Andrew L. Carter, Jr. at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 444, New York, New York 10007, on a date to be set by the Court, for an Order:

1. dismissing the First Amended Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and (6); and,

2. for such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order, dated July 31, 2025, opposition papers, if any, must be served on or before September 5, 2025.

Dated: New York, New York
August 8, 2025

                                              **GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ *Sarah Prager*
Sarah Prager, Esq.
Joseph Salvo, Esq.
*Attorneys for Defendant*
BENJAMIN LAMB
One Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
sprager@grsm.com
jsalvo@grsm.com

TO: All Counsel of Record (*via* ECF)