# EXHIBIT A

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

SYNCHRONY BANK

PLAINTIFF,

-AGAINST-

ERIKA N WILSON

DEFENDANT(S).

INDEX NUMBER CV-05361-23/BX
FILE NO. G1756067

**STIPULATION DISCONTINUING
ACTION WITHOUT PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and all counterclaims, if any, are hereby **discontinued without prejudice** without costs to either party as against the other. This stipulation may be filed without further notice with the clerk of the court. A facsimile signature shall be deemed an original for purposes of filing this stipulation with the court. Pursuant to NY CPLR R. 2101 (e), the parties authorize the court to file a copy of this document in lieu of the original.

Dated : 03 day of June, 2024

CAMBA LEGAL SERVICES INC
By : MATTHEW SCHEDLER, ESQ
Attorney for Defendant
20 SNYDER AVE
BROOKLYN, NY 11226
7189406311

Selip & Stylianou, LLP
By: Arslan Akhtar, Esq.
Attorneys for Plaintiff
199 Crossways Park Drive
Woodbury, NY 11797
(516) 364-6006

PSTIPDIS