UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ERIKA WILSON,

               Plaintiff,

-against-

SELIP & STYLIANOU, LLP,
J & E PROCESS SERVERS,
and BENJAMIN LAMB,

               Defendants.
-----------------------------------------------------X

Case No. 1:24-cv-4108 (ALC)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Adam M. Marshall, dated August 8, 2025, the exhibits attached thereto, the accompanying Memorandum of Law, and upon the pleadings and proceedings had herein, Defendant Selip & Stylianou, LLP ("S&S") will move this Court, before the Honorable Andrew L. Carter, Jr., at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an Order:

a. Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing Plaintiff's First Amended Complaint as against S&S; and

b. Granting S&S such other and further relief as the Court deems just.

Dated: Woodbury, New York
       August 8, 2025

**KAUFMAN DOLOWICH LLP**

By: _____
Brett A. Scher, Esq.
Adam M. Marshall, Esq.
*Attorneys for Defendant*
*Selip & Stylianou, LLP*
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

To:    All Counsel via ECF