# AMENDED COMPLAINT
# Exhibit M

CIVIL COURT OF THE STATE OF NEW YORK COUNTY OF BRONX

AFFIDAVIT OF SERVICE



*90994*

Index no : CV-05361-23/BX
Date Index Number Purchased: 05/30/2023

| Plaintiff(s): | SYNCHRONY BANK |
|---|---|
| | vs. |
| Defendant(s): | ERIKA N WILSON |

STATE OF NEW YORK
COUNTY OF WESTCHESTER  ss.:

BENJAMIN LAMB, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On 06/08/2023 at 3:16 PM, I served the within **SUMMONS AND COMPLAINT** with the **index#CV-05361-23/BX** endorsed thereon on **ERIKA N WILSON** at **3540 DECATUR AVE APT 1G , BRONX, NY 10467** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to Chante Wilson, Co-Resident of ERIKA N WILSON, a person of suitable age and discretion. Said premises is ERIKA N WILSON's usual place of abode within the state.

On **06/16/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **3540 DECATUR AVE APT 1G , BRONX, NY 10467** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 25 | 5ft 4in - 5ft 6in | 131-160 |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**ADDITIONAL MAILING PURSUANT TO 3215**

IN COMPLIANCE WITH CPLR 3215, on 06/16/2023 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 3540 DECATUR AVE APT 1G, BRONX, NY 10467 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 06/16/2023

X_____
BENJAMIN LAMB
License#: 1071492
J and E Process Service, Inc
901 North Broadway Ste 18
N. White Plains, NY 10603
914-328-1069
DCA License#: 2027471
Branch: White Plains

Melissa A. Cyran
Notary Public, State Of New York
No. 01CY6228619
Qualified in WESTCHESTER
Commission Expires 9/27/26

Atty File#: G1756067