# AMENDED COMPLAINT
# Exhibit II



**New York State Unified Court System**

# Additional Notice of Lawsuit

nycourts.gov
UCS-CCR1 (04/2022)
Page **1** of **2**
nycourthelp.gov

| | |
|---|---|
| Name of Court: | CIVIL |
| County: | BRONX |
| Street Address: | 851 GRAND CONCORSE |
| City, State, Zip Code: | BRONX, NY 10451 |
| Name of Defendant: | ERIKA N WILSON |
| Defendant Address: | 3540 DECATUR AVE APT 1G |
| | BRONX, NY 10467 |
| Plaintiff: | SYNCHRONY BANK |
| Defendant: | ERIKA N WILSON |
| Original Creditor: | SYNCHRONY BANK |
| Index Number: | CV-05361-23/BX |

**Attention:** a lawsuit has been filed against you claiming that you owe money for an unpaid consumer debt.

You may wish to contact an attorney.

You should respond to the lawsuit as soon as possible by filing an "answer" which may be done at the court clerk's office listed above.

If you do not respond to the lawsuit, the court may enter a money judgment against you. Once entered, a judgment is good and can be used against you for twenty years, and your personal property and money, including a portion of your paycheck and/or bank account, may be taken from you. Also, a judgment may affect your credit score and can affect your ability to rent a home, find a job, or take out a loan.

You CANNOT be arrested or sent to jail for owing a debt.

Additional information can be found at the New York State Court System website.

**Sources of information and assistance:**

The court encourages you to inform yourself about your options as a defendant in this lawsuit. In addition to seeking assistance from a private attorney or legal aid office, there are free legal assistance computer programs that you can use online to help you represent yourself in this lawsuit.

For further information, or to locate a legal aid program near you, you may visit the LawHelpNY website or the New York State Court System website, which has information for representing yourself and links to other resources at:
https://www.nycourts.gov/courthelp/MoneyProblems/whenYouOwe.shtml.

---


**ADA Accommodations**
ada@nycourts.gov • 212-428-2760


Spoken or Sign Language Interpreters
interpreter@nycourts.gov • 646-386-5670

**COURT Help**

# New York State Unified Court System

## Notificación Adicional de Demanda

nycourts.gov
UCS-CCR1 (04/2022)
Page 2 of 2
nycourthelp.gov

| | |
|---|---|
| Tribunal: | CIVIL |
| Condado: | BRONX |
| Dirección: | 851 GRAND CONCORSE |
| Ciudad, estado, Código postal: | BRONX, NY 10451 |
| Nombre de la parte demandada: | ERIKA N WILSON |
| Dirección: | 3540 DECATUR AVE APT 1G<br>BRONX, NY 10467 |
| Parte Demandante: | SYNCHRONY BANK |
| Parte Demandada: | ERIKA N WILSON |
| Acreedor Original: | SYNCHRONY BANK |
| Número de causa: | CV-05361-23/BX |

**Atención:** Se ha entablado una demanda en su contra reclamándole una deuda de consumo.

Si quiere, consulte con un abogado.

Conteste a la demanda lo antes posible al entablar una "contestación" en la secretaría del tribunal arriba mencionado.

El tribunal podría emitir un fallo monetario en su contra si no contesta la demanda. Una vez que se emita el fallo, este tendrá validez y podría usarse en su contra por 20 años y le podrían quitar sus bienes personales y dinero, incluso una porción de su sueldo y/o cuenta bancaria. También, un fallo monetario podría afectarle su puntuación crediticia y podría impactar su capacidad para alquilar una vivienda, conseguir empleo, o solicitar un préstamo.

NO se le arrestará ni encarcelará por deudas.

Para más información visite la página web del Sistema de los Tribunales del estado de Nueva York.

**Fuentes de información y ayuda:**

El tribunal le anima a informarse acerca de las opciones disponibles como persona demandada. Además de buscar ayuda con abogados privados o la oficina de ayuda legal, sepa que existen programas de computadora de asesoría legal, en línea, a su disposición si se representará por derecho propio en esta demanda.

Para más información, o para localizar un programa de asesoría legal cercano a usted, visite la página web LawHelpNY o la página web del Sistema de los Tribunales del estado de Nueva York que ofrece información y enlaces para recursos de representación por derecho propio https://www.nycourts.gov/courthelp/MoneyProblems/whenYouOwe.shtml.

ADA Accommodations
ada@nycourts.gov • 212-428-2760

Spoken or Sign Language Interpreters
interpreter@nycourts.gov • 646-386-5670

COURT Help