# EXHIBIT 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------ X
                                      :        Index No.: 5361/23

SYNCHRONY BANK

                      Plaintiff,

       – against –                    ANSWER

ERIKA WILSON,

                     Defendant(s).
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Defendant Erika Wilson, by her attorney, Matthew Schedler, Esq., Of Counsel to Elizabeth Miller, Esq., CAMBA Legal Services Inc., hereby interpose the following Verified Answer to the Complaint:

1. Defendant lacks sufficient information to either admit or deny the allegations in paragraphs 1, 2, and 3 of the Complaint.

2. Defendant denies the allegations in paragraph 4 of the Complaint.

3. Defendant denies the allegations in paragraph 5 of the Complaint.

4. Defendant denies the allegations in paragraph 6 of the Complaint.

5. Defendant denies the allegations in paragraph 7 of the Complaint.

6. Defendant denies the allegations in paragraph 8 of the Complaint.

7. Defendant denies the allegations in paragraph 9 of the Complaint.

8. Defendant denies the allegations in paragraph 10 of the Complaint.

9. Defendant denies the allegations in paragraph 11 of the Complaint.

### DEFENSES

1

### First Affirmative Defense

10. The Court lacks personal jurisdiction over defendant because she was not properly served in accordance with C.P.L.R. § 308.

### Second Affirmative Defense

11. The plaintiff lacks standing to bring this action.

### Third Affirmative Defense

12. The defendant does not owe the debt.

### Fourth Affirmative Defense

13. The defendant disputes the amount of the debt.

### Fifth Affirmative Defense

14. The defendant is entitled to an offset against the amounts claimed because of plaintiff's failure to mitigate its damages.

### Sixth Affirmative Defense

15. The statute of limitations has expired

### Prayer for Relief

WHEREFORE, Defendant respectfully asks that the Court:

A. Dismiss the Complaint in its entirety;

B. Award defendant's reasonable costs and attorney fees; and

C. Award such other and further relief as the Court deems just and proper.

Dated: August 21, 2023
Brooklyn, New York



By: Matthew Schedler, Esq., Of Counsel
CAMBA Legal Services, Inc.
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, NY 11226
(718) 940-6311, ext. 79222
(347) 525-5072
matthewsc@camba.org
*Attorneys for the Defendant*

# VERIFICATION

State of New York    )
                     ) ss.:
County of Kings      )

The undersigned, an Attorney duly admitted to practice law in the State of New York, affirms pursuant to NY CPLR 3020 (d) (3) the following statements to be true under the penalties of perjury: That I am the Attorney of record for Defendant; That I have read and know the contents of the foregoing Answer; That same is true to the knowledge of the affirmant except as to those matters therein stated to be alleged upon information and belief and as to those matters I believe to be true. The reason this verification is made by the affirmant and not the Defendant is because the Defendant does not reside in the county where I maintain an office for the practice of law.

By: Matthew Schedler, Esq., Of Counsel
Elizabeth Miller, Esq., Executive Director
CAMBA Legal Services, Inc.
Attorneys for Defendant
885 Flatbush Ave. 2nd Fl.
Brooklyn, NY 11226
(718) 940-6311
*Attorneys for the Defendant*

Dated: August 21, 2023
    Brooklyn, New York

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Civil Court of the City of New York, County of Bronx,
Index No.: 5361/23

SYNCHRONY BANK

                                  Plaintiff,

-against-

ERIKA WILSON

                                  Defendant(s).

**ANSWER**

Signature (Rule 130-1.1-a)

Print name beneath
Matthew Schedler, Of Counsel

*Attorney for*
**CAMBA LEGAL SERVICES, INC.**
Elizabeth Miller, Esq., General Counsel
*Office and Post Office Address, Telephone*
20 Snyder Avenue
Brooklyn, New York 11226
718-940-6311 ext. 79222

To: Selip and Stylianou, LLP
    199 Crossways Park Drive
    Woodbury, NY 11797
    Attorney(s) for Plaintiff

Service of a copy of the within is hereby admitted.
Dated,

    Attorney(s) for