MEMO ENDORSED    Case 1:24-cv-04108-ALC    Document 98    Filed 08/19/25    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/19/2025__



CAMBA
where you can

Divya Subrahmanyam, Esq.
Supervising Attorney
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718-940-6311, ext. 40211

August 18, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Request to Submit Consolidated Opposition to Motions to Dismiss
             *Wilson v. Selip & Stylianou, LLP et al*, Case No.: 1:24-cv-4108-ALC

Dear Judge Carter:

     My office represents Plaintiff Erika Wilson in this action, along with co-counsel, the Law Office of Ahmad Keshavarz. Pursuant to this Court's scheduling order (ECF No. 87), on August 8, 2025, the Defendants in this case filed individual Motions to Dismiss for lack of standing and failure to state a claim. The motions raise overlapping issues and concern the same set of factual allegations.

     Accordingly, we request permission to submit a single consolidated opposition brief, with a page limit enlarged to 40 pages. Counsel for all three Defendants have consented to this request.

     Thank you for your consideration.

                                      Sincerely,

                                      /s/ *Divya Subrahmanyam*

cc: all attorneys of record via ECF

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 19, 2025
New York, NY

Snyder Avenue · Brooklyn, NY 11226 · T: 718.287.0010 · F: 718.287.1719
ce · Staten Island, NY 10301 · T: 646.973.1420 · F: 646.380.7215
Main Office: 1720 Church Avenue · Brooklyn, New York 11226 · 718.287.2600
CAMBA.org