MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/3/2025



CAMBA
Legal Services

Naomi Young, Esq.
Staff Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Ave | Brooklyn, NY 11226
Email: naomi.young@camba.org
Office: (718) 940-6311 | Fax (718) 462-5537 | Cell: (929) 745-8299

September 3, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Consent application to enlarge time by three weeks Plaintiff's time to file oppositions to motions to dismiss
**Wilson v. Selip & Stylianou, LLP, et al.**
**Case No. 1:24-cv-4108 (ALC)**

Dear Judge Carter:

CAMBA Legal Services, Inc. represents the plaintiff in the above-captioned matter as co-counsel with the Law Office of Ahmad Keshavarz.

With the consent of counsel for all three of the defendants in this matter, I write to request that the upcoming September 5, 2025, deadline for filing opposition to defendants' motions to dismiss be extended by three (3) weeks to September 26, 2025. Under the current schedule, the defendants' motions to dismiss were due on August 8, 2025, opposition is due on September 5, 2025, and defendants' replies are due September 26, 2025. Under our requested schedule, plaintiff's opposition will be due September 26, and defendants' replies will be due October 17, 2025.

The extension is sought because two counsels have been out sick. Also, our co-counsel has been exceptionally tied up with other cases this week and will be for the next two weeks.

Plaintiff has not previously requested an extension of time for filing opposition to the motions to dismiss in this case. Plaintiff did request (Dkt. No. 97), with the consent of all counsel, permission to consolidate opposition to all three motions to dismiss into one opposition with an extended page limit, and this court granted that request on August 19, 2025.

Sincerely,

/s/ Naomi Young
Naomi Young, Esq.

CC: All Counsel of Record via ECF

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 3, 2025
New York, NY