

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** 914.353.3850 • **fax** 914.353.3851 • www.wshblaw.com

**Garry T. Stevens Jr.**
**direct dial** 914.353.3877
**email** gstevens@wshblaw.com
**refer to** 10916-0022

October 16, 2025

*VIA ECF*

Honorable Andrew L. Carter, Jr.,
U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

    Re:    ***Defendant J&E Process Servers' Request to Extend Time to Reply to Plaintiff's Opposition to Motion to Dismiss.***
*Erika Wilson v. Selip & Stylianou, LLP; J & E Process Servers; and Benjamin Lamb*.
Our Client:    J & E Process Servers
Case No.:    1:24-cv-4108 (ALC)

Dear Judge Carter:

    This firm represents Defendant J & E Process Serves ("J&E") in the above-referenced action.

    With the consent of counsel from the plaintiff, Erika Wilson, and co-defendants, Benjamin Lamb and Selip & Stylianou, LLP, I write to request that the upcoming October 17, 2025 deadline for defendants' reply to plaintiffs opposition be extended by two (2) weeks to October 31, 2025. Under the current schedule, defendants' replies to plaintiff's opposition, filed on September 26, 2025, are due on October 17, 2025. Under our requested schedule, defendants' replies will be due October 31, 2025

    The extension is sought because one of the attorneys previously handling this matter is no longer associated with our firm, and the undersigned's commitment to other matters has limited the time available to effectively respond to Plaintiff's arguments in opposition to J&E's motion.

Honorable Andrew L. Carter, Jr., U.S.D.J.
Our File No.: 10916-0022
October 16, 2025
Page 2

    J&E has not previously requested an extension of time for filing its reply in support of its motion to dismiss, although it did provide consent on all requested deadline extension in connection with this motion practice.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
    GARRY T. STEVENS JR.

GTS

CC: All Counsel of Record via ECF.

40232946.1:10916-0022