**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam M. Marshall
amarshall@kaufmandolowich.com

October 29, 2025

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    **Wilson v. Selip & Stylianou, LLP, et al.**
              **Case No. 1:24-cv-4108 (ALC)**

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP ("S&S") in the above matter.

I write with the consent of counsel for all parties to respectfully request that the deadline for Defendants to file replies in support of their respective motions to dismiss (ECF Docs. 88, 91, 94) be extended from October 31, 2025 to November 7, 2025.

This Court granted a prior two-week extension from October 17, 2025 at the request of Defendant J & E Process Servers. (ECF Doc. 103).

I am requesting the additional time because of an unexpected scheduling conflict with a hearing in New York County Supreme Court.

I thank the Court for its consideration and courtesies.

                                                 Very truly yours,
                                                 Kaufman Dolowich LLP

                             By: _____
                                              Adam M. Marshall, Esq.

cc:     All Counsel of Record via ECF