**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x
  **WILSON**                       :

                       **Plaintiff,**    :          **1:24-cv-4108** (ALC)

          **-against-**      :      **ORDER**

**SELIP & STYLIANOU, LLP**

              **Defendants.**  **: :**
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court schedules a telephonic conference April 9, 2026 at 11 am. The Parties should be

prepared to discuss the status of settlement negotiations.

 The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the

date and time specified above.

**SO ORDERED.**

**Dated:**    **March 27, 2026**
           **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**