**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
              :
 **WILSON**          :
              :
              :
       **Plaintiff,**  :
              :    **1:24-cv-4108 (ALC)**
    -against-     :
               **ORDER**
**SELIP & STYLIANOU, LLP**
      **Defendants.** **: :**
              :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

   Following up from the telephonic conference, the Parties are ORDERED to file a joint

status report by April 30, 2026 indicating whether the case has settled or if the Parties need

assistance with settlement. If settlement discussions break down, the Parties should propose a

date by which the answer will be filed by Defendants.

**SO ORDERED.**


**Dated:**  **April 9, 2026**
    **New York, New York**

              _____

                **ANDREW L. CARTER, JR.**
                **United States District Judge**