

## CAMBA
### Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

April 30, 2026

**<u>VIA ECF</u>**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   **Joint Status Report Regarding Settlement**
      *Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

The parties write in response to Your Honor's April 9, 2026, Order requesting the parties to provide an update with respect to the settlement of the action. On April 7, 2026, Plaintiff's counsel met with counsel for all three Defendants and conveyed a global settlement demand. Plaintiff also conveyed that it would be willing to discuss individual settlements with the defendants.

Today, Plaintiffs received a combined offer of judgment. Plaintiff will convey this offer to their client and have a substantive response early next week. The parties believe that the best course of action is to set a deadline for Defendants to answer. If they have not already done so, Defendants are prepared to file their answers by May 21, 2026.

Respectfully,

*/s/ Matthew Schedler*

CC: All counsel of record via ECF