**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x
  WILSON                               :

                   **Plaintiff,**       :

                   **-against-**        :

**SELIP & STYLIANOU, LLP**

                  **Defendants.**   : :

--------------------------------------------------------- x

                         **1:24-cv-4108 (ALC)**

                         **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to continue negotiating towards settlement and to file a joint status report with the status of settlement by May 14, 2026. If the Parties need assistance with settlement, they are ORDERED to indicate so in their JSR. If settlement negotiations breakdown, Defendants are ORDERED to answer by May 21, 2026.

**SO ORDERED.**

**Dated:**   **May 1, 2026**
        **New York, New York**

                                                                        **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**