**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ERIKA WILSON,

                                      Case No.: 1:24-cv-4108-ALC

                Plaintiff,

      - against -                    **NOTICE OF APPEARANCE**

SELIP & STYLIANOU, LLP; J & E PROCESS
SERVERS; and BENJAMIN LAMB.

                    Defendants.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Lyndsey Caldwell of Gordon Rees Scully Mansukhani

LLP enters an appearance on behalf of Defendant Benjamin Lamb, in the above-captioned matter,

and requests that copies of all briefs, orders, correspondence and other papers be served upon the

undersigned.

Dated: May 6, 2026

                              **GORDON REES SCULLY MANSUKHANI LLP**

                              */s/ Lyndsey Caldwell*
                              Lyndsey Caldwell, Esq.

                              One Battery Park Plaza, 28th Floor
                              New York, NY 10004
                              Tel: (212) 269-5500
                              Email: lcaldwell@grsm.com

                              *Counsel for Defendant Benjamin Lamb*