

CAMBA
Legal Services

Divya Subrahmanyam, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 40211

May 14, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    **Joint Status Report Regarding Settlement**
             *Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

      The parties write in response to Your Honor's May 1, 2026, Order directing the parties to provide an update with respect to the settlement of the action. In response to April 30, 2026 Defendants' offer of judgment, Plaintiff has conveyed a reduced settlement demand. Defendants have not yet responded but have agreed to do so within one week of this letter, by May 21, 2026. Plaintiff will respond to that counter within one week after that, by May 28, 2026.

      Defendants accordingly respectfully request an extension of their time to answer to June 4, 2026.

      Plaintiff remains open to settlement and will respond to any joint counteroffer or make an individual demand if a Defendant is interested in settling individually.

                Respectfully,

                */s/ Divya Subrahmanyam*

CC: All counsel of record via ECF