MEMO ENDORSED



**CAMBA**
Legal Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/2/26

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

June 2, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:    **Joint Status Report Regarding Settlement**
        *Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

The parties write in response to Your Honor's May 15, 2026, Order requesting the parties to provide an update with respect to the settlement of the action. On May 21, 2026, Defendants made an offer of judgment. On June 1, 2026 Plaintiff rejected the offer of judgement, made a counteroffer, and asked if Defendants would consent to mediation before a mediator the parties agree upon or a referral to the SDNY mediation program. Defendants responded that they would provide a response on or before June 8, 2026 as to whether they will agree to mediate or wish to continue with litigation. The parties request the time to answer be extended until June 10, 2026 or if the parties decide to mediate the earlier of 60 days or the completion of the mediation.

Respectfully,

*/s/ Matthew Schedler*

CC: All counsel of record via ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/2/26