# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

June 9, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/10/26  _____

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **_Re:_**     ***Wilson v. Selip & Stylianou, LLP, et al.***
> **_Case No. 1:24-cv-4108 (ALC)_**

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP in the above matter.

I write with the consent of all parties to respectfully request that the deadline for Defendants to answer the First Amended Complaint be extended by one week, from June 10, 2026 to June 17, 2026.

We are requesting the extension to allow the Defendants additional time to decide whether mediate or proceed with litigation.  (See ECF Doc. 120).

We thank the Court for its consideration.

> Very truly yours,
> Kaufman Dolowich LLP
>
> By:     _____
> Adam M. Marshall, Esq.

cc:     All Counsel of Record via ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/10/26

If the Parties need assistance with mediation, let the Court know.