# KAUFMAN | DOLOWICH

**MEMO ENDORSED**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/22/26_____
```

June 17, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:**    *Wilson v. Selip & Stylianou, LLP, et al.*
> **Case No. 1:24-cv-4108 (ALC)**

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP in the above matter.

I write with the consent of all parties to respectfully request that the deadline for Defendants to answer the First Amended Complaint be extended by another week, from June 17, 2026 to June 24, 2026.

We are requesting the extension because Defendants need additional time to mutually decide whether mediation would be worthwhile. This would be the second such extension.

We thank the Court for its consideration.

Very truly yours,
Kaufman Dolowich LLP

By:  _____
Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/22/26