# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
**amarshall@kaufmandolowich.com**

June 24, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> ***Re:    Wilson v. Selip & Stylianou, LLP, et al.***
> ***Case No. 1:24-cv-4108 (ALC)***

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP in the above matter.

I write with the consent of all parties to respectfully request that the deadline for Defendants to answer the First Amended Complaint be extended by another two weeks, from June 24, 2026 to July 8, 2026.

Defendants have informed Plaintiff that Defendants are willing to participate in a settlement conference before Your Honor, provided that Your Honor is amenable to that arrangement. The proposed extension will afford Plaintiff sufficient time to consider Defendants' proposal and Defendants sufficient time to complete their pleadings absent an agreement to proceed with a settlement conference.

We thank the Court for its consideration.

Very truly yours,
Kaufman Dolowich LLP

By:    Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF