**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
 **WILSON**                                              :
                                                         :
                                                         :
                            **Plaintiff,**               :
                                                         :        **1:24-cv-4108 (ALC)**
                      -against-                           :
                                                         :        **ORDER**
**SELIP & STYLIANOU, LLP**
                            **Defendants.**       : :
                                                         :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to appear for an in-person settlement conference on July 7, 2026 at 2 pm in the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 444. By July 2, 2026, the Parties should each send their settlement position *ex parte* to alcarternysdchambers@nysd.uscourts.gov.

The Defendants' request for an extension on their answer until July 8, 2026 is GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 125.

**SO ORDERED.**
 **Dated:    June 26, 2026**

         **New York, New York**
                                                    _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**