

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** 914.353.3850 • **fax** 914.353.3851 • www.wshblaw.com

**Meghan A. Dibbini**
**direct dial** 914.353.3833
**email** mdibbini@wshblaw.com

June 30, 2026

***Via ECF***
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    ***Wilson v. Selip & Stylianou, LLP, et al.***
           ***Case No. 1:24-cv-4108 (ALC)***

Dear Judge Carter:

This firm represents Defendant, J&E Process Servers ("J&E"), in the above-referenced action, wherein Erika Wilson ("Plaintiff") brings suit against J&E, Selip & Stylianoi, LLP ("S&S"), and Benjamin Lamb ("Lamb"). We write to respectfully request a brief adjournment of the July 7, 2026 Settlement Conference. The reason for this request is that I will be participating in a previously scheduled mediation on the same date in a different matter. This is our first request for an adjournment. Plaintiff's counsel and counsel for all co-defendants have consented to this adjournment, and have collectively advised that all parties are available on July 10th.

Defendants would also request an extension of time to answer the First Amended Complaint until-post settlement conference. Plaintiff's counsel has consented to such an extension.

We thank this Court for their time and attention.

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
      MEGHAN A. DIBBINI

cc:  Courtesy Copy:  ALCarterNYSDChambers@nysd.uscourts.gov
      All Counsel of Record via ECF

44027808.1:10916-0022

**WOOD • SMITH • HENNING • BERMAN**