UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

WILSON

                              Plaintiff,

                                                    1:24-cv-4108 (ALC)

            -against-
                                                    **ORDER**

SELIP & STYLIANOU, LLP
                        Defendants.        : :

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The July 7, 2026 settlement conference is rescheduled to July 28, 2026. The Parties

are ORDERED to appear at 2 pm in the Thurgood Marshall United States Courthouse, 40

Foley Square, Courtroom 444. By July 2, 2026, the Parties should each send their

settlement position *ex parte* to alcarternysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to terminate ECF No. 127.

SO ORDERED.
Dated:    July 1, 2026
              New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**