# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

July 16, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> ***Re:*** ***Wilson v. Selip & Stylianou, LLP, et al.***
> ***Case No. 1:24-cv-4108 (ALC)***

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP in the above matter, which is scheduled for an in-person settlement conference on July 28, 2026 at 2:00 pm.

I write with the consent of all parties to respectfully request that the deadline for the submission of *ex parte* settlement position statements be extended by one day, to July 17, 2026.

We thank the Court for its consideration.

Very truly yours,
Kaufman Dolowich LLP

By: _____
Adam M. Marshall, Esq.

cc:     All Counsel of Record via ECF