UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

WILSON                                    :
                                          :
                    Plaintiff,            :
                                          :        1:24-cv-4108 (ALC)
              -against-                   :
                                          :        **ORDER**
SELIP & STYLIANOU, LLP                    :
                    Defendants.        : :
                                          :
_____           x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to provide the court with an interim joint status report

by August 11, 2026. The Parties are ORDERED to file another joint status report by

August 25, 2026.

SO ORDERED.
Dated:    July 28, 2026
          New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge