

CAMBA
Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

August 11, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    **Interim Joint Status Report Regarding Settlement**
              *Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

      The parties write in response to Your Honor's July 28, 2026, Order requesting the parties to provide an update with respect to the settlement of the action. On August 4, 2026, Plaintiff rejected Defendants' settlement offer and made a counteroffer. Today Defendants responded with another counteroffer. Plaintiff's attorneys will discuss this with their client and respond in the next few days.  Parties will update the court again on August 30, 2026 pursuant to the July 28, 2026 order.

                    Respectfully,

                    */s/ Matthew Schedler*

CC: All counsel of record via ECF