MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/25/26

WSHB

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
tel 914.353.3850 • fax 914.353.3851 • www.wshblaw.com

Meghan A. Dibbini
direct dial 914.353.3833
email mdibbini@wshblaw.com

August 25, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Interim Joint Status Report Regarding Settlement**
*Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

We write jointly on behalf of the parties regarding the status of settlement negotiations and the parties' joint status report presently due on August 25, 2026.

Defendants recently requested additional time, through September 11, 2026, to provide Plaintiff with a response to Plaintiff's August 12, 2026 settlement demand, and Plaintiff has consented to that request.

Accordingly, the parties respectfully request that the deadline to submit their next joint status report and the deadline to answer be extended to September 25, 2026. The parties will continue to confer in good faith regarding settlement in the interim and will advise the Court at that time as to the status of those efforts.

We thank the Court for its consideration.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP

By: [signature]
MEGHAN A. DIBBINI

CC: All counsel of record via ECF

50733602.1:10916-0022

SO ORDERED: [signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/25/26