KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
**amarshall@kaufmandolowich.com**

September 23, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

***Re: Wilson v. Selip & Stylianou, LLP, et al.***
***Case No. 1:24-cv-4108 (ALC)***

Dear Judge Carter:

My firm represents Defendant Selip & Stylianou, LLP in the above matter.

I write with the consent of all parties to respectfully request that the deadline for Defendants to answer the First Amended Complaint be extended by another two weeks, from September 25, 2026 to October 9, 2026. We expect this will be the last such extension.

Since the parties' last status report (ECF Doc. 135), Defendants made another joint Rule 68 offer of judgment on September 11, 2026. Plaintiff responded on September 18, 2026. Settlement appears unlikely.

We thank the Court for its consideration.

Very truly yours,
Kaufman Dolowich LLP

By: ______________________
Adam M. Marshall, Esq.

cc: All Counsel of Record via ECF