MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ___________
DATE FILED: 9/28/26

CAMBA
Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

September 25, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Joint Status Report Regarding Settlement**
*Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

The parties write in response to Your Honor's August 25, 2026, Order requesting the parties to provide an update with respect to the settlement of the action by today. Defendants made an offer of judgment on September 18, 2026. Plaintiff rejected the offer of judgment and responded with a counteroffer. To date, Plaintiff has not received a response to her counteroffer. If Defendants decide to respond to Plaintiff's most recent demand, they will do so by October 1, 2026. The parties request an extension of time to provide another status update by October 2, 2026, a week before the deadline to answer that Defendants proposed in their letter yesterday. The parties will continue to confer in good faith regarding settlement in the interim and will advise the Court at that time as to the status of those efforts.

Respectfully,

*/s/ Matthew Schedler*

CC: All counsel of record via ECF

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/28/26