MEMO ENDORSED

CAMBA
Legal Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ___________
DATE FILED: 10/5/26

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

October 2, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Joint Status Report Regarding Settlement**
*Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

The parties write in response to Your Honor's September 28, 2026, Order requesting that the parties provide an update with respect to the settlement of this action by today. Defendants made a new offer of judgment on October 1, 2026. Plaintiff have responded with a counteroffer. The parties request an extension of time to provide another status update by October 14, 2026, and extend the same as Defendants' deadline to answer to October 16, 2026.

The parties will continue to confer in good faith regarding settlement in the interim and will advise the Court at that time as to the status of those efforts.

Respectfully,

*/s/ Matthew Schedler*

CC: All counsel of record via ECF

SO ORDERED:

Andrew L Carter Jr

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/5/26