LYNDSEY CALDWELL
LCALDWELL@GRSM.COM

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 16, 2026

**VIA ECF**
Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Erika Wilson v. Selip & Stylianou, LLP, et al.***
**Case No.: 1:24-cv-4108-ALC**

Dear Judge Carter:

This firm represents Defendant Benjamin Lamb ("Lamb") in the above-referenced action. I write with consent of all parties to respectfully request that the deadline for submission of Defendants' response to Plaintiff's First Amended Complaint be extended by fourteen (14) days from October 16, 2026 to October 30, 2026.

The parties are currently conducting settlement negotiations and a response to Plaintiff's latest counter demand is being prepared.

We thank Your Honor for your consideration to this matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Lyndsey Caldwell*

Lyndsey Caldwell