CAMBA
Legal Services

Matthew Schedler, Esq.
Supervising Attorney, Consumer Law Project
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
Phone: 718 940-6311 ext. 79284

October 15, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Joint Status Report Regarding Settlement**
*Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

The parties write with a status update. Defendants made an offer of judgment on October 1, 2026. Plaintiff responded with a counteroffer. Today, Plaintiff rejected the offer of judgment, made a counteroffer, and requested an all-in last best and final from the Defendants. Defendants are taking Plaintiff's counteroffer under consideration and moving under separate cover to extend the deadline to appear in the action.

The parties will continue to confer in good faith regarding settlement in the interim and will advise the Court at that time as to the status of those efforts.

Respectfully,

*/s/ Matthew Schedler*

CC: All counsel of record via ECF