WSHB

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
tel 914.353.3850 • fax 914.353.3851 • www.wshblaw.com

Meghan A. Dibbini
direct dial 914.353.3833
email mdibbini@wshblaw.com

October 30, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: **Joint Status Report and Advisement of Settlement**
*Wilson v. Selip & Stylianou, LLP, et al.*, No. 1:24-cv-04108-ALC

Your Honor:

We write to respectfully advise the Court that the parties have reached a settlement in principle today and we expect to execute a formal agreement shortly. Accordingly, in light of the settlement, Defendants do not intend to file their Answers to the Complaint, which would have otherwise been due today. The parties anticipate filing a stipulation of discontinuance following execution of the formal settlement agreement and satisfaction of its terms.

Very truly yours,

WOOD, SMITH, HENNING & BERMAN LLP

By: Meghan A. Dibbini
MEGHAN A. DIBBINI

MAD

52064420.1:10916-0022